UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JUDLAU CONTRACTING, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| UNITED SPECIALTY INSURANCE | ) |
| COMPANY, | ) |
| | ) |
| Defendant. | ) |

COMPLAINT

Plaintiff Judlau Contracting, Inc. ("Judlau") for its Complaint against Defendant United

Specialty Insurance Company ("United Specialty"), alleges as follows:

Summary

1.      Judlau was the general contractor for flood mitigation construction work at the

Queens-Midtown Tunnel in New York City and subcontracted certain concrete work to M. Ali

Construction Inc. ("M. Ali").  M. Ali poured concrete into toll booth electrical equipment,

thereby damaging it.  M. Ali was insured by United Specialty, with additional insured status to

be provided for Judlau.  Judlau therefore notified United Specialty of the incident and requested

coverage.  However, United Specialty failed to provide coverage, forcing Judlau to incur

$825,469 in repair costs.  Judlau now seeks to recover those funds from United Specialty based

on its breach of the policy.

Jurisdiction and Venue

2.      Judlau is a corporation organized under the laws of the state of New York with a

principal office in New York.

3.     United Specialty is an insurance company organized under the laws of the state of Delaware with its principal place of business in Texas.

4.     This Court has subject matter jurisdiction pursuant to 28 U.S.C. § 1332 as the matter in controversy exceeds $75,000 and is between citizens of different States.

5.     United Specialty has transacted business within Illinois.

6.     United Specialty has contracted to insured persons, property, and/or risks located within Illinois at the time of contracting.

7.     United Specialty has made or performed a contract or promise substantially connected with Illinois.

8.     Personal jurisdiction is therefore proper under Fed. R. Civ. P. 4(k)(1)(a) and 735 ILCS 5/2-209.

9.     Venue is proper under 28 USC § 1391 as this is the district in which the defendant is subject to the court's personal jurisdiction with respect to such action.

<u>Factual Background</u>

10.     The New York Metropolitan Transportation Authority's Triborough Bridge and Tunnel Authority (the "MTA") entered into a contract for Judlau to perform construction work on the Queens-Midtown Tunnel in New York City (the "project") to mitigate flooding including adding gates to the tunnels, adding drainage, and building walls to route water flow.

11.     Judlau then subcontracted a portion of the work at the project to a concrete company named M. Ali, mainly installing concrete for certain walls.

12.     Judlau and M. Ali entered into a Standard Subcontract, dated March 29, 2018 (the "Subcontract"), a copy of which is attached hereto as "Exhibit A".

13.     M. Ali signed the Subcontract.

14.     M. Ali performed work at the project including concrete installation.

15.     In approximately October of 2018, M. Ali poured concrete that flowed into an electrical junction box (the "junction box").

16.     M. Ali was negligent in preparing for the concrete installation.

17.     M. Ali was negligent in installing the concrete.

18.     The junction box was owned by the MTA.

19.     The junction box was not part of the project.

20.     M. Ali was not working on the junction box.

21.     The junction box housed electrical equipment necessary for the operation of MTA toll booths for the Queens-Midtown Tunnel.

22.     The electrical equipment inside the junction box was damaged by the concrete from M. Ali.

23.     In approximately February 2019, Judlau discovered the damage to the junction box.

24.     Judlau then analyzed how to respond.

25.     The Subcontract requires M. Ali to obtain and maintain insurance.

26.     The Subcontract requires M. Ali to list Judlau as an additional insured on its commercial general liability insurance policy.

27.     M. Ali provided Judlau with a Certificate of Liability Insurance, dated September 19, 2019, indicating that M. Ali had commercial general liability insurance with United Specialty.

28.     United Specialty issued policy number USA 4197816, effective December 1, 2017 to December 1, 2018 (the "policy").

29.     A copy of the policy is attached hereto as "Exhibit B".

30.     The policy contains Insurance Services Office, Inc. endorsement form CG 2033 04 13 for automatic additional insured status when required in a construction agreement with M. Ali.

31.     Specifically, the policy states as follows:

A.     **Who Is An Insured** is amended to include as an additional insured any person or organization for whom you are performing operations when you and such person or organization have agreed in writing in a contract or agreement that such person or organization be added as an additional insured on your policy.  Such person or organization is an additional insured only with respect to liability for "bodily injury", "property damage" or "personal and advertising injury" caused, in whole or in part, by:

**1.**     Your acts or omissions; or
**2.**     The acts or omissions of those acting on your behalf;

in the performance of your ongoing operations for the additional insured.

32.     M. Ali was performing operations for Judlau in October of 2018 at the project.

33.     M. Ali agreed in writing that Judlau would be added as an additional insured on M. Ali's policy.

34.     The damage to the junction box was caused at least in part by M. Ali's acts or omissions in the performance of its ongoing operations for Judlau.

35.     Judlau is an additional insured on the policy.

36.     Judlau sent a letter to United Specialty, dated September 24, 2019 (the "September 24, 2019 letter"), notifying United Specialty of the damage to the junction box and requesting defense and indemnity.

37.     A copy of the September 24, 2019 letter, without its own exhibits, is attached hereto as "Exhibit C".

38.     United Specialty received the September 24, 2019 letter.

39.     On October 7, 2019, United Specialty e-mailed Judlau stating amongst other things that, "we are CGL carrier for M. Ali Construction. I still need to speak with my insured to make my final liability decisions, but also plan on hiring local i/a to aid in estimate of damages and get an agreed price with MTA."

40.     On October 7, 2019, United Specialty contacted Judlau on the telephone and stated that it will provide coverage once United Specialty has reviewed the MTA contract.

41.     On October 7, 2019, Judlau provided United Specialty with a copy of the MTA contract.

42.     Judlau complied with all requests for information from United Specialty.

43.     The repairs to the junction box were time sensitive because the junction box contained electronics that are important for the MTA to collect tolls for vehicles passing through the Queens-Midtown Tunnel.

44.     On May 27, 2020, Judlau entered into a contract for Transcore, LP ("Transcore") to repair the junction box.

45.     In July 2020, Judlau e-mailed United Specialty with copies of estimates for the repairs to the junction box.

46.     On November 1, 2020, Judlau notified United Specialty that Transcore and Judlau were about to begin work repairing the junction box.

47.     From November 1, 2020 to November 28, 2020, Transcore and Judlau performed repair work on the junction box.

48. On November 3, 2020, United Specialty wrote in an email to Judlau that, "[w]e are still evaluating the claim and your estimates. We will continue to monitor throughout the work progress including review of any additional final documents and proof of payments."

49. At no time did United Specialty notify Judlau of any intent to deny coverage or reserve it rights.

50. Judlau's own repair work for the junction box cost approximately $91,664.95.

51. Transcore invoiced Judlau $675,963.21 for the repair work for the junction box.

52. Judlau paid Transcore for its work.

53. Judlau repeatedly requested reimbursement from United Specialty for the costs to repair the junction box.

54. United Specialty refused to reimburse Judlau and/or failed to respond to Judlau's requests.

55. Judlau continued to follow up with United Specialty through 2021 for reimbursement.

56. United Specialty eventually offered to pay Judlau a fraction of the cost for the damages to the junction box, which Judlau rejected.

57. Judlau is therefore forced to file this suit to collect from its insurer United Specialty for breach of the policy.

<u>Count I - Breach of Contract</u>

58. Judlau incorporates all of the foregoing paragraphs by reference.

59. United Specialty entered into a valid contract with M. Ali through the policy, under which Judlau was an intended beneficiary.

60. M. Ali and Judlau fully performed their obligations under the policy.

61.    Pursuant to the policy, United Specialty is required to provide insurance coverage for the loss.

62.    However, United Specialty breached the policy by failing to pay for the loss.

63.    As a result of the breach by United Specialty, Judlau has been damaged by incurring expenses in repairing the junction box.

64.    Judlau therefore seeks a judgment against United Specialty for those expenses.

<u>Jury Demand</u>

65.    Judlau demands a trial by jury.

WHEREFORE, Judlau respectfully requests that this Court enter a judgment against United Specialty for breach of contract in excess of $825,469, plus interest, attorney's fees, costs, and such further relief as may be appropriate.

Dated:  September 23, 2022

Respectfully submitted,

Ray Hughes
The Hughes Firm, LLC
2027 West Division Street, Suite 122
Chicago, Illinois 60622
(708) 320-3336
ray@hughesfirmllc.com
*Attorneys for Plaintiff*

**EXHIBIT A**

Contract# 3603-MALI01

## STANDARD SUBCONTRACT

This "Subcontract" is made as of this Thursday, March 29, 2018 between:

**CONTRACTOR**

| Name: | Judlau Contracting, Inc. |
|---|---|
| Address: | 26-15 Ulmer StreetCollege Point NY 11354 |
| Phone / Email: | P: (718)554-2300 F: E: Web: |

and
**SUBCONTRACTOR**

| Name: | M. ALI CONSTRUCTION INC. |
|---|---|
| Address: | M. ALI CONSTRUCTION INC. 250 OCEAN PKWY, SUITE 2BBROOKLYN NY 11218 |
| Phone / Email: | P: F: |

On or about the __16__ day of __December__ , Contractor entered into a "Prime Contract" with :
**OWNER**

| Name: | The Triborough Bridge and Tunnel Authority |
|---|---|
| Address: | 2 Broadway NY,NY |

to construct the Project described below.

**PROJECT**

| Name: | 36-03 (Flood Mitigation) |
|---|---|
| Address: | NY |

The Project is financed by

**CONSTRUCTION LENDER (if applicable)**

| Name: | |
|---|---|

The Project is to be constructed in accordance with the Prime Contract and the plans and specifications. Said plans and specifications have been prepared by or on behalf of

**ARCHITECT/ENGINEER**

| Name: | |
|---|---|



M. ALI CONSTRUCTION INC.                 Page 1 of 66                 Judlau Contracting, Inc.

Contract# 3603-MALI01

Contract# 3603-MALI01

**NOW, THEREFORE,** the Contractor and the Subcontractor, in consideration of mutual covenants and for other valuable consideration, the receipt and sufficiency of which is acknowledged, do hereby agree as follows:

## 1. SUBCONTRACT WORK

The Subcontractor shall provide all labor, materials, tools, supplies, equipment, services, facilities, supervision, administration, insurance, and other items necessary and/or incidental for the proper and complete performance and acceptance of the work in accordance with the Subcontract Documents and "Attachment A – Price and Scope of Work."

The only exclusions to the Subcontract Work are in "Attachment B – Exclusions and Clarifications."

## 2. SUBCONTRACT DOCUMENTS

The Subcontract Documents consist of: (1) this Agreement including its Attachments; (2) the Prime Contract, including all portions listed in "Attachment F – Incorporated Prime Contract Documents" and the provisions to the Subcontract Work, but excluding any payment provisions contained therein, and, if the Owner is a Federal agency, all provisions listed in Attachment J- Incorporated FAR and DFARS Flowdown Clauses; (3) modifications issued subsequent to the execution of the Agreement between the Owner and Contractor or Contractor and Subcontractor, whether before or after the execution of this Agreement, that apply to the Subcontract Work; (4) all insurance requirements required by the Prime Contract and this agreement and the safety requirements in "Attachment D – Safety Requirements and Insurance Verification Form;" and (5) all addenda, modifications, revisions, drawings, specifications, details, all general, supplementary, and special terms and conditions, and bid documents where applicable. These documents comprise the entire Agreement, as if attached to this Agreement or repeated herein. By executing this agreement, Subcontractor warrants that it has received, either a paper or electronic copy of, and reviewed the Prime Contract provisions applicable to the Subcontract Work and all of the portions of the Prime Contract listed in "Attachment F – Incorporated Prime Contract Documents" and all other documents attached hereto.

The Subcontractor represents and acknowledges that it knows and/or has received a full and complete copy of the following: (1) the name, address, and primary business telephone number of the Owner; (2) the name and the address of the surety on the Contractor's payment bond to which notice should be sent; and (3) to the extent the Owner is willing to provide a statement, a statement from the Owner that funds are available and have been authorized for the full Subcontract Price.

All the Subcontract Documents are intended to supplement and complement each other and shall, where possible, be thus interpreted. If, however, any provision of the Subcontract Documents irreconcilably conflict, the provision imposing the greater duty or obligation on the Subcontractor shall govern. The Subcontractor is required to call any discrepancy in the Subcontract Documents to the Contractor's attention, in writing, prior to executing this Agreement.

The Subcontractor is bound and responsible to the Contractor to the same extent as the Contractor is bound and responsible and liable under the Prime Contract to the Owner. In no event shall the Subcontractor have greater or more rights against the Contractor than the Contractor shall have against the Owner. The Subcontractor's rights hereunder shall be subject to all of the limitations imposed on the Contractor by the Prime Contract.

All clauses from the Federal Acquisition Regulation (FAR) and any agency supplement thereto, e.g. Defense Federal Acquisition Regulation Supplement (DFARS), that are in the Prime Contract are flowed down to the Subcontractor to the extent required by law or regulation.

Notwithstanding the incorporation of the Prime Contract provisions into this Agreement, where applicable, the incorporation specifically excludes any payment provisions contained therein and no provision of the Subcontract Documents shall be interpreted so as to create any conflict, inconsistency, or ambiguity in the contingent payment provisions in this Agreement and, in the event there should be any such conflict or inconsistency, the contingent payment provisions of this Agreement shall take precedence and control except as otherwise required by law.

The term "Architect/Engineer" (hereinafter referred to as "A/E") shall be deemed to include those representative(s) directing the work for the Owner, or any other person authorized by the Prime Contract to direct, judge, approve, or reject any work.

## 3. ITEMS INCLUDED WITHIN SCOPE OF WORK

M. ALI CONSTRUCTION INC.                    Page 2 of 66                    Judlau Contracting, Inc.

Contract# 3603-MALI01

The work included in this Agreement shall be performed under the direction of the Contractor, and to the satisfaction of the Contractor, Owner, and A/E. All work shall be performed in strict accordance with the Subcontract Documents. Notwithstanding **Attachment B**, the work to be performed by the Subcontractor includes all of the work set forth in this Agreement, as well as any and all other work incidental or related thereto, including work which is reasonably inferable from the Subcontract Documents and work reasonably necessary for a complete and proper Project, or which is necessary to have a properly and totally acceptable system and Project. All work shall be performed in a skillful and workmanlike manner with new material of the best kind and grade for the purpose intended. The Subcontractor agrees, without additional compensation, to abide by all decisions issued by the Contractor, when the Contractor has been directed to perform, and abide by similar decisions issued by the Owner subject to the provisions of paragraphs 8 and 9. The Subcontractor shall provide, at its own expense, all tools, safety equipment required by this Agreement or by law, scaffolding, hoisting facilities, shop drawings, test samples, guarantees, permits, licenses, unloading, and all other items necessary for the proper performance of this Subcontractor's work.

### 4.SITE INSPECTION AND INVESTIGATION

The Subcontractor represents and agrees that it has carefully examined and understands this Agreement and all the Subcontract Documents, has investigated the nature, locality, and site of its Scope of Work and the conditions and difficulties under which it is to be performed, and that it enters into this Agreement on the basis of its own examination, investigation, and evaluation of all such matters and not in reliance upon any opinions or representations of Contractor, the Owner, or of any of their respective officers, agents, servants, or employees.

The Subcontractor is familiar with the requirements of the various governmental agencies and departments having jurisdiction of the Project. The Subcontractor hereby acknowledges and agrees that it has satisfied itself as to the completeness of the Subcontract Documents, including the drawings and specifications, and their compliance with the applicable building code, life safety codes, and other applicable governmental laws, ordinances, rules, and regulations.

The Subcontractor shall not make any claim for damages because of any misinterpretation or misunderstanding of the Subcontract Documents or because of any lack of information, incorrect information, or inaccuracies contained in any of the Subcontract Documents or by reason of any conditions at the site which are not disclosed by the Subcontract Documents subject to the provisions of paragraphs 8 and 9. The Subcontractor acknowledges that any estimates of quantities set forth in the Subcontract Documents are approximate only. The Subcontractor also acknowledges that the Contractor has not made any representations as to the work to be performed by the Subcontractor, except as expressly written in this Agreement.

The Subcontractor shall furnish and be responsible for all lines, dimensions, and elevations required to perform its work. All dimensions and elevations shown in the Subcontract Documents are to be verified in the field by the Subcontractor and are not warranted by the Contractor to be correct. Subcontractor shall insure the proper matching and fitting of the Subcontract Work with contiguous work.

Any change or adjustment made by the Subcontractor without the express prior written authorization of the Contractor shall be at the Subcontractor's sole risk and expense. Any and all decisions by the Owner or the A/E relative to any ambiguity or discrepancy shall be binding on the Subcontractor when furnished to the Subcontractor by the Contractor. The Subcontractor shall also be required to do all things and be bound by all rulings of the Owner or A/E to the same extent and degree as the Contractor is bound thereto.

### 5.SAFETY

The Subcontractor shall comply with all applicable Federal and State regulations, including OSHA requirements, as well as the Owner requirements, and all of the Subcontract requirements provided in "Attachment D – Safety Requirements" and in the Project's Safety Plan, whichever are the most stringent.

Failure to maintain proper safety standards on the job site in accordance with State, Federal, Contractor's, or Owner's regulations or the Project's Site Safety Plan shall be grounds for termination for cause, pursuant to Article 20.

### 6.COORDINATION AND COOPERATION

The Subcontractor shall: (a) cooperate with the Contractor and all others whose work may interfere with the Subcontract Work; (b) specifically note and immediately advise the Contractor of any interference with the Subcontract work; and (c) participate in the preparation of coordination drawings and work schedules involving the Subcontract Work.

The Subcontractor shall cooperate in good faith with the Contractor in the event of any actual or potential violation of any laws, regulations, rules, decrees, or directives applicable to the Contractor or Subcontractor, including providing access to its owners, directors, officers, employees and agents for interviews. The Subcontractor will notify Contractor of any reports, forms, disclosures, or other filings that the Subcontractor submits to any entity, including any agency, branch, department, or instrumentality of federal, state, or local government, in relation to its activities on behalf of or in connection with Contractor. If notification is required under this section, the Subcontractor will notify Contractor in writing of the relevant report, form, disclosure, or other filing within seven (7) calendar days of submission, and will provide a copy of the relevant report, form, disclosure, or other filing to Contractor within seven (7) calendar days of submission. The Subcontractor will

Contract# 3603-MALI01

also notify Contractor if any actions taken by the Subcontractor on behalf of Contractor may trigger reporting or disclosure obligations for Contractor to one or more governmental agencies regarding the lobbying activity. Such notification to Contractor will occur in writing within seven (7) days of the triggering activity. If the Owner is Federal Agency, the Subcontractor shall provide prior notice to the Contractor before filing any disclosure based upon requirements of the FAR or any agency FAR supplement.

### 7. LAWS, REGULATIONS, ETC.

All work and materials to be furnished, supplied, or performed by the Subcontractor must strictly comply with all Federal, State, Local, Municipal, as well as the laws, rules, regulations, statutes, ordinances, and directives of all other governing jurisdictions and authorities, including, without limitation, those relating to prevailing wages, safety, discrimination in employment, immigration (including, but not limited to, the Immigration Reform and Control Act), fair employment practices or equal employment opportunity, environmental regulations, and whether or not provided for by the Subcontract Documents (hereinafter "Laws") as part of this Agreement and without any additional compensation. If the Subcontractor discovers any variance between this Agreement and any of the governing Laws, the Subcontractor shall notify the Contractor promptly, in writing, and make the necessary changes before proceeding with its work. The Subcontractor agrees to defend (at the request of Contractor) and to indemnify and hold the Contractor, Owner, A/E, and their respective agents, employees, and representatives harmless to the fullest extent permitted by law from and against any and all claims, loss, or expense caused or occasioned directly or indirectly by the Subcontractor's failure to fully comply with this section. The Subcontractor shall comply with all safety and health laws, and shall take all reasonable precautions for the safety of all employees on the Project and all other persons who may be affected thereby. The Subcontractor acknowledges that in no event shall Contractor be obligated under this Agreement to take any action that Contractor believes, in good faith, would cause it to be in violation of any laws, regulations, rules, decrees, or directives applicable to the Contractor or the Subcontractor.

All obligations specified by law or required by the Prime Contract to be included in this Subcontract are hereby incorporated.

In an emergency affecting the safety of persons or property, the Subcontractor shall act immediately to prevent threatened damage, injury, or loss.

### 8. CHANGES

### 8A. (APPLICABLE WHEN OWNER IS NOT A FEDERAL AGENCY)

Without invalidating this Subcontract, changes to the Subcontract Work may be requested by the Owner or the Contractor. If a change to the Subcontract Work is requested by the Owner, Subcontractor agrees to comply with the change order procedure contained in the Prime Contract and shall provide an estimate for that work. These changes may be in the nature of an addition or deletion to the Subcontract Work. In the event of a deletion of Subcontract Work, the same change order procedure will be utilized for the imposition of a credit to the Subcontract Price.

The Subcontractor shall not be entitled to any increase or upward adjustment in the Subcontract Price unless the amount and liability are acknowledged and approved, in writing in advance, by the Contractor's authorized representative. If the Subcontractor proceeds with any changed or extra work without prior written approval, the work will be performed at the Subcontractor's own risk and expense. No alteration, addition, omission, or change shall be made in the work, except upon written Change Order issued by the Contractor. Any change or adjustment in the Subcontract Price must be specifically stated in a written Change Order. Change Orders are subject to the terms of this Agreement and all other Subcontract Documents. Prior to the issuance of any Change Order, the Contractor may require the Subcontractor to furnish a detailed breakdown showing the difference in value of each item of the work added, omitted, or changed by the proposed Change Order. If an agreement as to monetary allowance or other term in the Change Order cannot be reached, the Subcontractor shall perform the work with the final adjustment reserved until final completion of the work. The monetary amount for the performance of any Change Order shall not exceed the allowance set forth in the Subcontractor's prior price breakdown. The failure of the Subcontractor to commence performance of any Change Order, when so directed in writing by the Contractor, whether or not all terms have been agreed upon, shall be a material breach of this Agreement. Any extension of time needed as a result of a proposed Change Order shall be requested by the Subcontractor, in writing, prior to the issuance of the Change Order, and shall be incorporated therein. There shall be no other monetary or time allowance, direct or indirect, to the Subcontractor other than what is specifically written in the Change Order, including, but not limited to, delays, suspensions, escalations, impact, and all other cost factors. Ordinary field modifications which do not substantially increase Subcontractor's cost of work will be performed without any price adjustment.

No Change Order will be issued for additional work of any kind unless approved by the Architect and the Owner prior to its issuance. In the event a controversy occurs between the Owner and Contractor concerning a Change Order, to the fullest extent permitted by law, no compensation for these items shall be due Subcontractor from Contractor until payment for them is received by Contractor, it being understood that receipt of payment by Contractor from the Owner is a condition precedent to the right of Subcontractor to receive payment from Contractor for the Change Order.

Where unit prices are stipulated in this Agreement, all adjustments, whether increases or decreases, shall be made in accordance with said unit

M. ALI CONSTRUCTION INC.                    Page 4 of 66                    Judlau Contracting, Inc.

Contract# 3603-MALI01

prices. Unit prices shall be deemed to include all overhead, profit, supervision, and all other direct and indirect expenses. Note that the quantity for the unit price work may be approximated in the Prime Contract. Changes to quantity and the per unit price paid therefore are subject to the renegotiation clause contained in the Prime Contract.

If the price cannot be agreed upon, the Contractor may elect the option to direct the Change Order work to be done by the Subcontractor on a time and material basis. The Subcontractor shall prepare daily time and material invoices which shall be submitted to the Contractor's authorized representative for his or her signature on a daily basis. Unless the Prime Contract contains a provision therein allowing subcontractors a specified mark-up for overhead and profit to which Subcontractor agrees to be bound, said daily time and material invoices shall include only direct out-of-pocket material, equipment, and labor costs with a maximum total mark-up of 10 percent. The 10 percent mark-up on time and material invoices is deemed to be full and complete compensation to the Subcontractor for all costs including overhead, supervision, and profit. In the event the Change Order work is the result of the Owner's act or omission, the Subcontractor Price for the Change Order shall not increase more than what the Owner agrees to pay for the work, less a reasonable deduction for work performed by the Contractor, as well as for the Contractor's overhead and profit.

**8B. (APPLICABLE WHEN OWNER IS A FEDERAL AGENCY)**

(a) The Contractor may, at any time, without notice to the sureties, if any, by written order designated or indicated to be a change order, make changes in the work within the general scope of the Subcontract, including changes—

(1) In the specifications (including drawings and designs);

(2) In the method or manner of performance of the work;

(3) In the Government-furnished or Contractor-furnished property or services; or

(4) Directing acceleration in the performance of the work.

(b) Any other written or oral order (which, as used in this paragraph (b), includes direction, instruction, interpretation, or determination) from the Contractor that causes a change shall be treated as a change order under this clause; Provided, that the Subcontractor gives the Contractor written notice stating—

(1) The date, circumstances, and source of the order; and

(2) That the Subcontractor regards the order as a change order.

(c) Except as provided in this clause, no order, statement, or conduct of the Contractor shall be treated as a change under this clause or entitle the Subcontractor to an equitable adjustment.

(d) If any change under this clause causes an increase or decrease in the Subcontractor's cost of, or the time required for, the performance of any part of the work under this contract, whether or not changed by any such order, the Contractor shall make an equitable adjustment and modify the Subcontract in writing. However, except for an adjustment based on defective specifications, no adjustment for any change under paragraph (b) of this clause shall be made for any costs incurred more than 20 days before the Contractor gives written notice as required. In the case of defective specifications for which the Government is responsible, the equitable adjustment shall include any increased cost reasonably incurred by the Subcontractor in attempting to comply with the defective specifications.

(e) The Subcontractor must assert its right to an adjustment under this clause within 20 days after (1) receipt of a written change order under paragraph (a) of this clause or (2) the furnishing of a written notice under paragraph (b) of this clause, by submitting to the Contractor a written statement describing the general nature and amount of the proposal, unless this period is extended by the Contractor. The statement of proposal for adjustment may be included in the notice under paragraph (b) of this clause.

(f) No proposal by the Subcontractor for an equitable adjustment shall be allowed if asserted after final payment under this Subcontract.

(g) Should the Subcontractor's assertion of a right to a subcontract adjustment be related to the action or in action of the Government, Subcontractor's recovery shall be limited to the recovery Contractor obtains on Subcontractor's behalf from the Government.

**9.CLAIMS**

**9A. (APPLICABLE WHEN OWNER IS NOT A FEDERAL AGENCY)**

If the Subcontractor shall claim compensation for any damage sustained by reason of any act or omission of the Owner, the A/E, the Contractor, or any other person or should the Subcontractor claim that any work required of it is not required by this Agreement, it shall, within two (2) calendar days after sustaining such damage or within two (2) calendar days after being directed to perform such work, deliver to the Contractor a written statement of the nature and basis of its claim and, within thirty (30) calendar days of providing such initial written

Contract# 3603-MALI01

notice, the Subcontractor shall deliver to the Contractor a verified and itemized statement of the details and amount of such damage or extra work, unless the Prime Contract requires notice and information about a claim to the Owner in a shorter period of time, in which case the shorter period shall prevail. If the Contractor shall require any additional data, the Subcontractor shall furnish the same within five (5) calendar days after written demand.

No claim against the Contractor shall be made or asserted in any action or proceeding at law or in equity, and the Subcontractor shall not be entitled to allowance of such claim, unless the Subcontractor has complied with all requirements relating to the giving of written notice of the information with respect to such claim as provided in this Agreement, including this section and Section 12.

The failure of the Subcontractor to give such written notice and information as to any claim shall be conclusively deemed to be a waiver by the Subcontractor of such claim, such written notice and information being conditions precedent to such claim. As used herein, "claim" shall include any claim arising out of, under, or in connection with, or in any way related to or on account of, this Agreement (including claims in the nature of breach of contract or fraud or misrepresentation before or subsequent to the acceptance of this Agreement and claims of a type which are barred by the provisions of this Agreement) for damages, payment, or compensation of any nature or for extension of any time for performance of any part of this Agreement.

The requirements of notices and information of this Agreement, including this section and Section 12, are for the purpose of enabling the Contractor to avoid waste of funds by affording it promptly the opportunity to cancel or revise any order, change its plans, mitigate or remedy the effects of circumstances giving rise to a claim, or take such other action as may seem desirable and to verify any claimed expense or circumstances as they occur, and the requirements herein for such notice and information are essential to this Agreement.

The requirements of notices and information of this section are required whether or not Contractor is aware of the existence of any circumstances which might constitute a basis for a claim and whether or not the Contractor has indicated it will consider a claim.

Upon compliance with these provisions, the Contractor will, upon the Subcontractor's written request, take all commercially reasonable steps to obtain from the Owner, if possible, payment for such damage or extra work. The Contractor shall not, however, be obliged to institute any legal action or proceeding upon such claim. In no event shall the sum to be paid to the Subcontractor exceed the amount in fact received therefor by the Contractor from the Owner.

If the Owner shall, at any time, order the suspension or termination of work, the Contractor without additional cost may order the Subcontractor to suspend or terminate performance until such time as the Owner directs it to proceed.

The Contractor shall not be liable, and the Subcontractor shall make no claim against the Contractor for damages for any delay, suspension, or interruption of the work, whether caused by the Contractor, any of the Contractor's other subcontractors, any other contractor on the site, the Owner or the Owner's representatives, or the A/E.

If the Contractor discontinues work through no fault on its part, this Agreement shall, at the Contractor's option, be terminated and the Contractor shall thereupon be liable to the Subcontractor only when payment is received from the Owner and only for the value, prorated on the basis of the Subcontractor's compensation hereunder, of such work as has been performed up to the time of such termination. In no event shall the Contractor be liable to the Subcontractor for any loss of profits on unperformed work. If monies are withheld by the Owner from amounts due the Contractor due to no fault of the Subcontractor, Subcontractor shall be paid for his work by the Contractor.

**9B. (APPLICABLE WHEN OWNER IS A FEDERAL AGENCY)**

If the Subcontractor shall claim compensation for any damage sustained by reason of any act or omission of the Government, the Contractor, or any other person, or should the Subcontractor claim that any work required of it is not required by this Agreement, it shall, within two (2) calendar days after sustaining such damage or within two (2) calendar days after being directed to perform such work, deliver to the Contractor a written statement of the nature and basis of its claim and, within twenty (20) calendar days of providing such initial written notice, the Subcontractor shall deliver to the Contractor a verified and itemized statement of the details and amount of such damage or extra work, unless the Prime Contract requires notice and information about a claim to the Owner in a shorter period of time, in which case the shorter period shall prevail. If the Contractor shall require any additional data, the Subcontractor shall furnish the same within five (5) calendar days after written demand.

No claim against the Contractor shall be made or asserted in any action or proceeding at law or in equity, or in any administrative proceeding, and the Subcontractor shall not be entitled to allowance of such claim, unless the Subcontractor has complied with all requirements relating to the giving of written notice of the information with respect to such claim as provided in this Agreement, including this section and Section 12.

The failure of the Subcontractor to give such written notice and information as to any claim shall be conclusively deemed to be a waiver by the Subcontractor of such claim, such written notice and information being conditions precedent to such claim. As used herein, "claim" shall include any claim arising out of, under, or in connection with, or in any way related to or on account of, this Agreement (including claims in the nature of breach of contract or fraud or misrepresentation before or subsequent to the acceptance of this Agreement and claims of a type which are barred by the provisions of this Agreement) for damages, payment, or compensation of any nature or for extension of any time for performance of any part of this Agreement.

Contract# 3603-MALI01

The requirements of notices and information of this Agreement, including this section and Section 12, are for the purpose of enabling the Contractor to avoid waste of funds by affording it promptly the opportunity to cancel or revise any order, change its plans, mitigate or remedy the effects of circumstances giving rise to a claim, or take such other action as may seem desirable and to verify any claimed expense or circumstances as they occur, and the requirements herein for such notice and information are essential to this Agreement.

The requirements of notices and information of this section are required whether or not Contractor is aware of the existence of any circumstances which might constitute a basis for a claim and whether or not the Contractor has indicated it will consider a claim.

Upon compliance with these provisions, the Contractor will, upon the Subcontractor's written request, take all commercially reasonable steps to obtain from the Government, if possible, payment for such damage or extra work. The Contractor shall not, however, be obliged to institute any legal or administrative action or proceeding upon such claim. In no event shall the sum to be paid to the Subcontractor exceed the amount in fact received therefor by the Contractor from the Government.

If the Government shall, at any time, order the suspension or termination of work, the Contractor without additional cost may order the Subcontractor to suspend or terminate performance until such time as the Government directs it to proceed.

The Contractor shall not be liable, and the Subcontractor shall make no claim against the Contractor for damages for any delay, suspension, or interruption of the work, whether caused by the Contractor, any of the Contractor's other subcontractors, any other contractor on the site, the Government or the Government's representatives, or the A/E.

Subcontractor has the obligation to continue the work under the Subcontract pending resolution of such claim.

## 10. MATERIAL, EQUIPMENT, INSPECTION, STORAGE, AND APPROVALS

The Subcontractor shall provide, at its own expense, sufficient, safe, and proper facilities for the inspection of the Subcontractor's work by the Contractor, Owner, and the A/E. The Subcontractor shall be responsible for the receipt, delivery, unloading, storage, protection, insurance, and all risk of loss relating to any materials or equipment it is to furnish and/or install until the final acceptance of the work by the Owner. If the Contractor permits the Subcontractor to use hoists, conveyances, or any scaffold or other equipment which is either owned or leased by the Contractor, the Subcontractor shall satisfy itself as to the safety of such facilities; and the Subcontractor assumes entire responsibility for, and shall indemnify and save harmless the Contractor to the fullest extent permitted by law against any liability, loss, or expense (including attorneys' fees) incurred in consequence either of bodily injury (including death) or of damage to property which arises out of any such use and shall, at the Subcontractor's expense, defend any action brought against the Contractor or the Owner by anyone, growing out of such accident or injuries, any incident, damage, or injury arising out of such facilities and the use thereof, whether or not the operators operating such equipment, are on the Contractor's or Subcontractor's payroll when any such accident or injuries may occur.

The Subcontractor shall protect its work, and shall be liable for it prior to its final acceptance by the Contractor, Owner, and A/E. The Contractor shall not be responsible or liable for any damage, which shall happen to the Subcontractor's work, material, or equipment unless such damage is caused by the negligence of Contractor, Owner, or other subcontractors, or their agents or employees.

If the Contractor furnishes materials to the Subcontractor, then the Subcontractor shall inspect all materials at time of receipt and delivery. The Subcontractor shall be responsible to notify the Contractor immediately, in writing, of any defects or non-conformity in the material delivered. Failure to notify the Contractor shall be deemed an acceptance of the material as being in accord with this Agreement. The Subcontractor shall be liable for any damages incurred by the Contractor as a result of its failure to so notify the Contractor.

Within 24 hours after receiving written notice from the Contractor, the Subcontractor shall remove any portion of its work which is condemned or disapproved as not being in compliance and conformity with the requirements of the Subcontract Documents. The Subcontractor shall promptly, at its own expense, correct and rectify same. If the Contractor determines that it will accept non-conforming work, the Contractor shall be entitled to a credit for the non-conformity, less overhead and profit unless required by the Owner, plus all other costs incurred. Any inspection or supervision by the Contractor shall not relieve the Subcontractor of its obligations. The Subcontractor shall promptly perform any and all punch-list work.

All work done and material or equipment delivered shall become the property of the Contractor and shall not be removed from the site without the Contractor's written consent; when directed by the Contractor, the Subcontractor shall forthwith remove all surplus material, scaffolding, apparatus, machinery, tools and equipment furnished by it.

## 11. CLEANUP, SIGNS, AND SHEDS

The Subcontractor shall continuously maintain the Project free from all dirt, rubbish, debris, and any other waste materials produced by its work. The Subcontractor shall be responsible for the removal and disposal of all receptacles into which same is deposited. On the completion of the various portions of the work, the Subcontractor shall broom clean its work areas. Should Subcontractor fail to remove its debris, Contractor may remove it and charge the cost to Subcontractor.

Contract# 3603-MALI01

Unless approved by the Contractor, the Subcontractor shall not place any signs, billboards, or posters on any portion of the Project, the Property, or fences surrounding the site.

If so required by the Contractor, the Subcontractor shall, at its own cost, provide, erect, and maintain, at locations designated by the Contractor, tool sheds for storing the Subcontractor's tools, materials, and equipment and trailers for use by its workers. The Subcontractor shall relocate its trailers and sheds as requested by the Contractor at the Subcontractor's own cost. The Contractor will not be responsible for any clothing, tools, materials, or equipment lost, damaged, stolen, or destroyed.

## 12. PROGRESS AND PERFORMANCE

TIME IS OF THE ESSENCE in the Subcontractor's commencement, prosecution, and construction of the work. Therefore, Subcontractor shall be liable for all direct and consequential damages arising out of Subcontractor's breach of this Agreement. Subcontractor shall: (a) within ten (10) calendar days of the execution of this Agreement, submit to Contractor a detailed, proposed schedule for the Subcontract Work for Contractor's approval in preparing an overall Project progress schedule; (b) begin the Subcontract Work promptly upon Contractor's order to do so; (c) coordinate and perform the Subcontract Work diligently and promptly and in such order and sequence as Contractor may from time to time direct and will not delay completion of the Subcontract Work or any other Project work; (d) furnish at all times sufficient, qualified, and competent forces and supervision, and adequate, conforming, and usable materials, equipment, plans, tools, and other necessary items to achieve progress according to Contractor's current Project progress schedule; and (e) provide a resource loaded recovery schedule within reasonable time after demanded by Contractor. Failure to comply with any of the requirements of this section is a material breach of this Agreement and is grounds for Contractor to withhold payment to Subcontractor.

If Subcontractor fails to provide a schedule in the time and manner required by this section, Subcontractor agrees to be bound by the Contractor's schedule for the Project.

Subcontractor also agrees to be bound by such modifications to the Project schedule as are discussed at any job progress meetings and are contained in the minutes of those meetings unless written objection is delivered in writing by Subcontractor within forty-eight (48) hours of the occurrence of such meeting.

Without limiting the generality of the foregoing and in recognition of the completion dates contained in the Subcontract Documents, whenever requested by the Contractor, Subcontractor shall: (a) submit, with its proposed schedule, information showing the time required to prepare and approve shop drawings, to fabricate and deliver materials and equipment, and to install the Subcontract Work; (b) order (for manufacture or purchase and delivery) all materials required for performance of the Subcontract Work as soon as possible in order to avoid delays caused by strikes, transportation, or unavailability; (c) furnish Contractor within thirty (30) calendar days a list of major materials and equipment required for the Subcontract Work showing the dates on which such material and equipment is expected to be delivered to the Project site; (d) cause a qualified home office supervisory representative to attend all progress meetings; and (e) provide a recovery schedule when in the sole discretion of Contractor the Subcontractor's work is delayed. Failure to comply with the above listed requirements when requested by Contractor shall be a material breach of this Agreement and shall be grounds for termination for cause.

Subcontractor shall notify Contractor immediately by telephone and confirm in writing within seventy-two (72) hours, if Subcontractor finds that any item cannot be delivered as required to maintain Contractor's progress schedule.

The Subcontractor shall proceed with each and every part of this Agreement in a prompt and diligent manner. The Subcontractor, without additional compensation, shall perform its work at such times, in such order, and in such manner as the Contractor may direct. The Subcontractor shall continue and complete its work so as not to delay the Contractor, the Owner, other contractors or subcontractors, and so as to insure completion as directed by the Contractor.

Any time specified for the completion of this Subcontractor's work or portion thereof in the Subcontract Documents or in the schedules that shall be published, is a material provision of this Agreement, and time is of the essence. The Subcontractor shall promptly increase its forces, accelerate its performance, work overtime and weekends, without additional compensation, if, in the sole opinion of the Contractor, such work is necessary to maintain proper progress. The Subcontractor shall conform to the Contractor's hours of work. Contractor will not pay Subcontractor for premium time unless pursuant to a prior written authorization by the Contractor. If the Subcontractor should delay the progress or performance of the work, then the Subcontractor shall be in breach of this Agreement, and the Subcontractor shall defend (at Contractor's request) and indemnify and hold the Contractor harmless from all damages suffered as a result thereof. The Subcontractor agrees that, if it shall delay the progress of the work so as to cause loss to the Contractor or delay, impede, interfere with, or injure the work of other contractors or subcontractors employed at the Project, or shall cause the Contractor to become obligated for liquidated or actual damages to the Owner, or shall cause the Contractor to suffer the loss or diminution of any compensation or payment, Subcontractor shall defend (at Contractor's request) and indemnify and save harmless the Contractor and reimburse the Contractor for all damages that may result therefrom, including the loss or diminution of any compensation or payment. The Contractor shall be entitled to terminate this Agreement for cause due to late performance.

Should the Subcontractor's performance, in whole or in part, be delayed for reasons beyond the Subcontractor's control, the Subcontractor shall be entitled to an extension of time in which to complete its work, which extended period shall be determined and fixed by Contractor. As

Contract# 3603-MALI01

a condition precedent to an extension of time, the Subcontractor shall give written notice to the Contractor within forty-eight (48) hours after the time when Subcontractor knows or should know of any cause which might under any circumstances result in a delay for which Subcontractor claims or may claim an extension of time (including those causes which the Contractor or Owner is responsible for or has knowledge of), specifically stating that an extension is or may be claimed, identifying such cause and describing, as fully as practicable at the time, the nature and expected duration of the delay and its effect on the various portions of the Subcontract Work. Such extensions of time shall be Subcontractor's sole and exclusive remedy for any such occurrence and Contractor shall be released and discharged of and from any claims which Subcontractor may have on account of any cause of delay, whether or not specifically stated herein.

Since the possible necessity for an extension of time may materially alter the scheduling, plans, and other actions of the Contractor, and since, with sufficient opportunity, the Contractor might if it so elects attempt to mitigate the effect of a delay for which an extension of time might be claimed, and since merely oral notice may cause disputes as to the existence or substance thereof, the giving of written notice as above required shall be of the essence to the Subcontractor's obligations and failure of the Subcontractor to give timely written notice as above required shall be a conclusive waiver of an extension of time.

To the fullest extent permitted by the law, as between the Subcontractor and Contractor, the Subcontractor assumes the risk of all suspensions of or delays in the performance of the Subcontract Work, regardless of the length thereof, arising from all causes whatsoever, whether or not relating to this Agreement, including wrongful acts or omissions of the Owner and Contractor, their respective officers, agents, employees and contractors, except only to the extent, if any, an extension of time may be due as expressly provided from elsewhere in this Agreement and except to the extent, if any, that compensation may be agreed to by the Owner. Subject only to such exceptions, the Subcontractor shall bear the burden of all costs, expenses, and liabilities which he may incur in connection with such suspensions or delays, and all such suspensions, delays, costs, and liability of any nature whatsoever, whether or not provided for in this Agreement, shall conclusively be deemed to have been within the contemplation of the parties.

Notwithstanding any provisions of this Agreement, whether relating to time of performance or otherwise, the Contractor makes no representation or guaranty as to when the construction site or any part thereof will be available for the performance of this Agreement or as to whether conditions at the construction site will be such as to permit the Subcontract Work to be performed thereon without interruption or by any particular sequence or method or as to whether the performance of the Subcontract Work can be completed by the time required under this Agreement.

Wherever in connection with the Subcontract Work it is required, expressly or otherwise, that the Contractor shall perform any act relating to the Subcontract Work, including making available or furnishing any real property, materials, or other things, no guaranty is made by the Contractor as to the time of such performance and the delay of the Contractor in fulfilling such requirements shall not result in liability of any kind on the part of the Contractor except only to the extent, if any, that an extension of time or compensation may be due as expressly provided for elsewhere in this Agreement.

## 13.INDEMNIFICATION

Throughout this Subcontract, "Indemnified Parties" means OHL USA Inc., OHL Building Inc., OHL-Arellano Construction Co., Community Asphalt Corp., CAC Vero I LLC, Sawgrass Rock Quarry Inc., Judlau Enterprises Inc., OHL Construction Canada Inc., Judlau Contracting, Inc., TC Electric, LLC, J-Track, LLC, Welkin Mechanical, LLC, the Owner, any party required to be indemnified pursuant to the Prime Contract, and any of their respective officers, agents, servants, or employees, and affiliates, parents and subsidiaries.

The following indemnification requirements shall apply to Subcontractors and their subcontractors, suppliers, trucking and delivery companies, and materialmen performing work on Projects located in Alabama; Maine; Nevada; North Dakota; Vermont; Wyoming; Pennsylvania; Wisconsin; D.C.; and/or Canada.

Subcontractor hereby assumes responsibility and liability for any and all claims, damages, losses and expenses, including, but not limited to, attorneys' fees, resulting from, arising out of or occurring in connection with the Work. Subcontractor agrees to indemnify, defend, and hold harmless the Indemnified Parties from and against any and all such claims, whether or not such claims are caused by or arise out of the Indemnified Parties' sole or concurrent negligence, and further from and against any and all loss, cost, expense, liability, damage, penalties, fines or injury, including legal fees and disbursements, that the Indemnified Parties may directly or indirectly sustain, suffer or incur as a result thereof.

Subcontractor agrees to and does hereby assume, on behalf of the Indemnified Parties the defense of any action at law or in equity which may be brought against the Indemnified Parties upon or by reason of such claims and to pay on behalf of the Indemnified Parties, upon demand, the amount of any judgment that may be entered against the Indemnified Parties in any such action. In the event that any such claims, loss, cost, expense, liability, damage, penalties, fines or injury arise or are made, asserted or threatened against the Indemnified Parties, the Indemnified Parties shall have the right to withhold from any payments due or to become due to the Subcontractor an amount sufficient in its judgment to protect and indemnify the Indemnified Parties from and against any and all such claims, loss, cost, expense, liability, damage, penalties, fines or injury, including legal fees and disbursements.

In claims against any person or entity indemnified under this section by an employee of the Subcontractor or anyone directly or indirectly

Contract# 3603-MALI01

employed by them or anyone for whose acts they may be liable, the indemnification obligation under this section shall not be limited by limitation on amount or type of damages, compensation or benefits payable by or for the Subcontractor under workers' compensation acts, disability benefits or other employee acts.

IN THE EVENT THAT THE LAW OF THE STATE IN WHICH THE PROJECT IS LOCATED LIMITS THE INDEMNITY OBLIGATIONS OF THE SUBCONTRACTOR, THEN THE INDEMNITY OBLIGATIONS OF THE SUBCONTRACTOR SHALL BE ENFORCED TO THE FULLEST EXTENT PERMITTED BY APPLICABLE LAW, AND THIS ARTICLE SHALL BE CONSTRUED TO CONFORM TO SUCH LAW.

The following indemnification requirements shall apply to Subcontractors and their subcontractors, suppliers, trucking and delivery companies, and materialmen performing work on Projects located in Alaska; Arizona; Georgia; Hawaii; Idaho; Indiana; Maryland; Massachusetts; Michigan; Minnesota; New Jersey; South Carolina; South Dakota; Tennessee; Virginia; and/or West Virginia.

Except as otherwise provided below, Subcontractor hereby assumes responsibility and liability for any and all claims, damages, losses and expenses, including, but not limited to, attorneys' fees, resulting from, arising out of or occurring in connection with the Work. Subcontractor agrees to indemnify, defend, and hold harmless the Indemnified Parties from and against any and all claims, whether or not such claims are caused by or arise out of the Indemnified Parties' own negligence or fault, and further from and against any and all loss, cost, expense, liability, damage, penalties, fines or injury, including legal fees and disbursements, that the Indemnified Parties may directly or indirectly sustain, suffer or incur as a result thereof.

In claims against any person or entity indemnified under this section by an employee of the Subcontractor or anyone directly or indirectly employed by them or anyone for whose acts they may be liable, the indemnification obligation under this section shall not be limited by limitation on amount or type of damages, compensation or benefits payable by or for the Subcontractor under workers' compensation acts, disability benefits or other employee acts.

This provision shall not be construed in any way to require the Subcontractor, its agents, and its employees to indemnify the Indemnified Parties for claims caused by or resulting from the sole negligence of the Indemnified Parties. In all other instances, including but not limited to, instances where the Indemnified Parties are partially, but not solely, negligent, Subcontractor agrees to and does hereby assume, on behalf of the Indemnified Parties, the defense of any action at law or in equity which may be brought against the Indemnified Parties upon or by reason of such claims and to pay on behalf of the Indemnified Parties, upon demand, the amount of any judgment that may be entered against the Indemnified Parties in any such action. In the event that any such claims, loss, cost, expense, liability, damage, penalties, fines or injury arise or are made, asserted or threatened against the Indemnified Parties, the Indemnified Parties shall have the right to withhold from any payments due or to become due to the Subcontractor an amount sufficient in its judgment to protect and indemnify the Indemnified Parties from and against any and all such claims, loss, cost, expense, liability, damage, penalties, fines or injury, including legal fees and disbursements.

Nothing in this Subcontract shall be deemed to relieve the Subcontractor of its immediate duty to defend any and all Indemnified Parties, as specified in this Subcontract, pending a determination of the respective liabilities of the Subcontractor, and the Indemnified Parties, by legal proceeding or Subcontract.

IN THE EVENT THAT THE LAW OF THE STATE IN WHICH THE PROJECT IS LOCATED LIMITS THE INDEMNITY OBLIGATIONS OF THE SUBCONTRACTOR, THEN THE INDEMNITY OBLIGATIONS OF THE SUBCONTRACTOR SHALL BE ENFORCED TO THE FULLEST EXTENT PERMITTED BY APPLICABLE LAW, AND THIS ARTICLE SHALL BE CONSTRUED TO CONFORM TO SUCH LAW.

The following indemnification requirements shall apply to Subcontractors and their subcontractors, suppliers, trucking and delivery companies, and materialmen performing work on Projects located in Arkansas; Colorado; Connecticut; Delaware; Iowa; Illinois; Kansas; Kentucky; Louisiana; Missouri; Mississippi; Montana; Nebraska; New Hampshire; New Mexico; New York; North Carolina; Ohio; Oklahoma; Oregon; Rhode Island; Utah; and/or Washington.

Except as otherwise provided below, Subcontractor hereby assumes responsibility and liability for any and all claims, damages, losses and expenses, including, but not limited to, attorneys' fees, resulting from, arising out of or occurring in connection with the Work. Subcontractor agrees to indemnify, defend, and hold harmless the Indemnified Parties from and against any and all claims, whether or not such claims are based upon the Indemnified Parties' alleged fault or upon any alleged breach of any statutory duty or obligation on the part of the Indemnified Parties, and further from and against any and all loss, cost, expense, liability, damage, penalties, fines or injury, including legal fees and disbursements, that the Indemnified Parties may directly or indirectly sustain, suffer or incur as a result thereof. However, this provision shall not be construed in any way to require the Subcontractor, its agents, and its employees to indemnify the Indemnified Parties for any claims caused by or resulting from the Indemnified Parties own fault or negligence.

In claims against any person or entity indemnified under this section by an employee of the Subcontractor or anyone directly or indirectly employed by them or anyone for whose acts they may be liable, the indemnification obligation under this section shall not be limited by limitation on amount or type of damages, compensation or benefits payable by or for the Subcontractor under workers' compensation acts, disability benefits or other employee acts.

The Subcontractor agrees to and does hereby assume, on behalf of the Indemnified Parties the defense of any action at law or in equity which may be brought against the Indemnified Parties upon or by reason of such claims and to pay on behalf of the Indemnified Parties, upon

M. ALI CONSTRUCTION INC.        Page 10 of 66        Judlau Contracting, Inc.

Contract# 3603-MALI01

demand, the amount of any judgment that may be entered against the Indemnified Parties in any such action. In the event that any such claims, loss, cost, expense, liability, damage, penalties, fines or injury arise or are made, asserted or threatened against the Indemnified Parties, the Indemnified Parties shall have the right to withhold from any payments due or to become due to the Subcontractor an amount sufficient in its judgment to protect and indemnify the Indemnified Parties from and against any and all such claims, loss, cost, expense, liability, damage, penalties, fines or injury, including legal fees and disbursements.

Nothing in this Subcontract shall be deemed to relieve the Subcontractor of its immediate duty to defend any and all Indemnified Parties, as specified in this Subcontract, pending a determination of the respective liabilities of the Subcontractor, and the Indemnified Parties, by legal proceeding or Subcontract.

In claims against any person or entity indemnified under this section by an employee of the Subcontractor or anyone directly or indirectly employed by them or anyone for whose acts they may be liable, the indemnification obligation under this section shall not be limited by a limitation on amount or type of damages, compensation or benefits payable by or for the Subcontractor under workers' compensation acts, disability benefit acts or other employee benefit acts.

IN THE EVENT THAT THE LAW OF THE STATE IN WHICH THE PROJECT IS LOCATED LIMITS THE INDEMNITY OBLIGATIONS OF THE SUBCONTRACTOR, THEN THE INDEMNITY OBLIGATIONS OF THE SUBCONTRACTOR SHALL BE ENFORCED TO THE FULLEST EXTENT PERMITTED BY APPLICABLE LAW, AND THIS ARTICLE SHALL BE CONSTRUED TO CONFORM TO SUCH LAW.

The following indemnification requirements shall apply to Subcontractors and their subcontractors, suppliers, trucking and delivery companies, and materialmen performing work on Projects located in Florida.

Subcontractor hereby assumes responsibility and liability for any and all claims, damages, losses and expenses, including, but not limited to, attorneys' fees, resulting from, arising out of or occurring in connection with the Work. Subcontractor hereby agrees to indemnify, defend, and hold harmless the Indemnified Parties from any claim, liability, damage, loss, injury, expense, penalty, fine, judgment, or cost (including, but not limited to, reasonable attorney's fees in arbitration, court proceedings, or appeal) arising out of, in connection with, or in any manner pertaining to the Agreement or the work hereunder, caused in whole or in part by any act, omission, or default of Subcontractor or any of Subcontractor's sub-subcontractors or suppliers of any tier, or their respective employees or representatives, whether or not caused in part by any act, omission or default of Contractor or any other party indemnified hereunder. However, this Agreement shall not be construed to indemnify any party against that party's own gross negligence or willful, wanton, or intentional misconduct or for statutory violation or punitive damages, except and to the extent the statutory violation or punitive damages are caused by or result from the acts or omissions of Subcontractor or any of Subcontractor's sub-subcontractors or suppliers of any tier or their respective employees or representatives.

In claims against any person or entity indemnified under this section by an employee of the Subcontractor or anyone directly or indirectly employed by them or anyone for whose acts they may be liable, the indemnification obligation under this section shall not be limited by a limitation on amount or type of damages, compensation or benefits payable by or for the Subcontractor under workers' compensation acts, disability benefits or other employee acts.

To the extent Subcontractor's indemnification obligation hereunder requires Subcontractor to indemnify any party against any claim, liability, damage, loss, injury, expense, penalty, fine, judgment, or cost caused, in whole or in part, by such party's act, omission, or default, such indemnification obligation shall not exceed the combined sum of the Subcontract Price and the limits of Subcontractor's General Liability Insurance required under this Agreement, which sum Contractor and Subcontractor hereby acknowledge bears a reasonable commercial relationship to this Agreement, per Section 725.06(1) of the Florida Statutes. Contractor and Subcontractor further acknowledge that this Agreement of indemnification shall be deemed to be incorporated in, and a part of, the bid documents and project specifications.

Subcontractor agrees to and does hereby assume, on behalf of the Indemnified Parties the defense of any action at law or in equity which may be brought against the Indemnified Parties upon or by reason of such claims and to pay on behalf of the Indemnified Parties, upon demand, the amount of any judgment that may be entered against the Indemnified Parties in any such action. In the event that any such claims, loss, cost, expense, liability, damage, penalties, fines or injury arise or are made, asserted or threatened against the Indemnified Parties, the Indemnified Parties shall have the right to withhold from any payments due or to become due to the Subcontractor an amount sufficient in its or their judgment to protect and indemnify the Indemnified Parties from and against any and all such claims, loss, cost, expense, liability, damage, penalties, fines or injury, including legal fees and disbursements.

In furtherance to but not in limitation of the indemnity provisions in this Agreement, Subcontractor hereby expressly and specifically agrees that its obligation to indemnify, defend, and save harmless as provided in this Agreement shall not in any way be affected or diminished by any statutory or constitutional immunity it enjoys from suits by its own employees or from limitations of liability or recovery under worker's compensation laws.

Nothing in this Agreement shall be deemed to relieve the Subcontractor of its immediate duty to defend any and all Indemnified Parties, as specified in this Agreement, pending a determination of the respective liabilities of the Subcontractor, and the Indemnified Parties, by legal proceeding or Agreement. This, however, does not shorten or in any way impact the deadline or statute of limitations for filing suit to enforce these indemnity obligations.

Notwithstanding the foregoing, in the event the work hereunder is performed in connection with a construction contract for a public agency or in connection with a public agency's job, Subcontractor shall only indemnify and hold harmless Contractor, its officers, and employees from

**M. ALI CONSTRUCTION INC.**                     Page 11 of 66                     Judlau Contracting, Inc.

Contract# 3603-MALI01

liabilities, damages, losses, and costs, including, but not limited to, reasonable attorneys' fees, to the extent caused by the negligence, recklessness, or intentional wrongful misconduct of Subcontractor and persons employed or utilized by Subcontractor in performance of this Agreement.

Subcontractor shall include the indemnification obligations of this Agreement in each of its sub-subcontracts and shall be in favor of the Indemnified Parties and the Subcontractor.

IN THE EVENT THAT THE LAW OF THE STATE IN WHICH THE PROJECT IS LOCATED LIMITS THE INDEMNITY OBLIGATIONS OF THE SUBCONTRACTOR, THEN THE INDEMNITY OBLIGATIONS OF THE SUBCONTRACTOR SHALL BE ENFORCED TO THE FULLEST EXTENT PERMITTED BY APPLICABLE LAW, AND THIS ARTICLE SHALL BE CONSTRUED TO CONFORM TO SUCH LAW.

The following indemnification requirements shall apply to Subcontractors and their subcontractors, suppliers, trucking and delivery companies, and materialmen performing work on Projects located in **California.**

**Subcontractor's Indemnification and Defense of Contractor.** With the exception that this Section shall in no event be construed to require indemnification by Subcontractor to a greater extent than permitted under the statutes or public policy of the State of California, Subcontractor shall defend, indemnify, and save harmless Contractor, including its officers, directors, partners, joint venturers, agents, employees, affiliates, parents and subsidiaries, and each of them, of and from any and all claims, demands, causes of action, damages, costs, expenses, actual attorneys' fees, losses or liabilities, in law or in equity, of every kind and nature whatsoever ("Claims") arising out of or in connection with Subcontractor's obligations under this Subcontract. Subcontractor's duties under this Section shall apply to Claims for, but not limited to:
(a) Personal injury, including, but not limited to, bodily injury, emotional injury, sickness or disease, or death to persons, including, but not limited to, any employees or agents of Subcontractor, Owner, Contractor, or any other subcontractor and/or damage to property of anyone (including loss of use thereof) caused or alleged to be caused in whole or in part by any act or omission of Subcontractor, its employees, agents, sub-subcontractors and others for whom Subcontractor is responsible.
(b) Damages and penalties imposed on account of the violation of any law, order, citation, rule, regulation, standard, ordinance or statute, caused by the action or inaction of Subcontractor.
(c) Infringement of any patent rights which may be brought against the Contractor arising out of the Work.
(d) Claims and liens for labor performed or materials used or furnished to be used in performance of the Work, including all incidental or consequential damages resulting to Contractor from such claims or liens.
(e) Any violation or infraction by Subcontractor of any law, order, citation, rule, regulation, standard, ordinance or statute in any way relating to the occupational health or safety of employees, including, but not limited to, the use of Contractor's or others' equipment, hoists, elevators, or scaffolds
(h) Any failure or alleged failure to comply with the terms of this Subcontract or the Contract Documents.
The indemnification requirements of this Section shall extend to Claims occurring after this Subcontract is terminated as well as while it is in force. Such indemnity provisions apply to the fullest extent permitted by law, regardless of any passively negligent act or omission of Contractor, or its agents or employees. Subcontractor, however, shall not be obligated to indemnify Contractor for Claims arising from the active negligence, sole negligence, or willful misconduct of Contractor, or its agents, employees or independent contractors who are directly responsible to Contractor, or for defects in design furnished by such persons, or for Claims that do not arise out of the Work.
Except as otherwise provided by the statutes or public policy of the State of California, Subcontractor's obligations under this Section do not affect, and are not affected by, the insurance required of Subcontractor pursuant to this Agreement.
With respect to Claims by an employee of Subcontractor, anyone directly or indirectly employed by Subcontractor or anyone for whose acts it may be liable, the indemnification obligation under this Section shall not be limited by a limitation on the amount or type of damages, compensation or benefits payable by or for Subcontractor under workers' compensation acts, disability benefit acts or other employee benefit acts.
Subcontractor shall promptly pay and satisfy any judgment or decree that may be rendered against Contractor or its agents or employees, or any of them, arising out of any Claim covered by this Section .
Defense of Claims.
(a) With respect to any Claims against Contractor as to which Subcontractor owes to Contractor a defense obligation, Subcontractor, having considered its options available at law, hereby elects to proceed under California Civil Code Sections 2782(e)(2) and/or 2782.05(e)(2), and further agrees that upon final resolution of any such Claim, any reimbursement for defense fees and costs previously paid by Subcontractor shall be governed by such provisions of the California Civil Code .
(b) Subcontractor shall, at Subcontractor's own cost, expense and risk, defend (with counsel designated by Contractor) all Claims as defined above that may be brought or instituted by third persons, including, but not limited to, governmental agencies or employees of Subcontractor, against Contractor, subject to the provisions of Civil Code Sections 2782(e)(2) and/or 2782.05(e)(2).
(c) Subcontractor shall reimburse Contractor or its agents or employees for any and all legal expense incurred by any of them in connection herewith or in enforcing the indemnity granted in this Section .
**Subcontractor's Indemnification and Defense of Owner and Others.** With the exception that this Section shall in no event be construed to require indemnification by Subcontractor to a greater extent than permitted under the statutes or public policy of the State of California, Subcontractor shall defend, indemnify, and save harmless Owner, including its officers, directors, partners, joint venturers, agents, employees, affiliates, parents and subsidiaries, and each of them, as well as any other persons that Contractor is required to indemnify and defend under the Contract Documents, of and from any and all Claims, to the same extent that Contractor is required to defend and/or indemnify Owner and

Contract# 3603-MALI01

such other persons, but only with respect to Claims arising out of or in connection with Subcontractor's performance under this Subcontract.
**Sub-subcontractor Indemnity.** Subcontractor shall ensure that its sub-subcontractors of every tier also fully indemnify and defend Contractor, Owner and any other persons that Contractor is required to indemnify and defend under the Contract Documents, to the same extent that Contractor is required to indemnify and defend such persons.
**Construction of Section.** Notwithstanding any of the provisions of this Section, if it is finally determined by a court of competent jurisdiction that any of such provisions are void or unenforceable under governing law, then such provisions shall be deemed stricken from this Subcontract and the remaining provisions shall remain in full force and effect and shall be construed to provide for the maximum defense and indemnification obligation by Subcontractor permitted by law.

The following indemnification requirements shall apply to Subcontractors and their subcontractors, suppliers, companies, and materialmen performing work on Projects located in Texas.

Subcontractor hereby assumes responsibility and liability for any and all claims, damages, losses and expenses, including, but not limited to, attorneys' fees, resulting from, arising out of or occurring in connection with the Work. Subcontractor agrees to indemnify, defend, and hold harmless the Indemnified Parties from and against any and all such claims and further from and against any and all loss, cost, expense, liability, damage, penalties, fines or injury, including legal fees and disbursements, that the Indemnified Parties may directly or indirectly sustain, suffer or incur as a result thereof. However, in accordance with Tex. Ins. Code § 151.102, this provision shall not be construed in any way to require the Subcontractor, its agents, and its employees to defend or indemnify the Indemnified Parties for claims resulting from the Indemnified Parties' negligence or fault, the breach or violation of a statute, ordinance, governmental regulation, standard or rule, or a breach of contract of the Indemnified Parties.

Notwithstanding the foregoing, Subcontractor hereby assumes the entire responsibility and liability for any and all bodily injury (including death resulting therefrom) to an employee of the Subcontractor, its agent or its Subcontractor of any tier caused by, resulting from, arising out of or occurring in connection with the Work. Subcontractor agrees to indemnify, defend and hold harmless the Indemnified Parties against any and all such claims, whether or not such claims are caused, in whole or in part, by the Indemnified Parties' alleged negligence,  and further from and against any and all loss, cost, expense, liability, damage, penalties, fines or injury, including legal fees and disbursements, that the Indemnified Parties may directly or indirectly sustain, suffer or incur and the Subcontractor agrees to and does hereby assume, on behalf of the Indemnified Parties, the defense of any action at law or in equity which may be brought against the Indemnified Parties upon or by reason of such claims and to pay on behalf of the Indemnified Parties, upon demand, the amount of any judgment that may be entered against the Indemnified Parties in any such action.

Nothing in this Subcontract shall be deemed to relieve the Subcontractor of its immediate duty to defend any and all Indemnified Parties, as specified in this Subcontract, pending a determination of the respective liabilities of the Subcontractor, and the Indemnified Parties, by legal proceeding or Subcontract.

The following indemnification requirements shall apply to trucking and delivery companies performing work or services on Projects located in Texas.

Subcontractor hereby assumes responsibility and liability for any and all claims, damages, losses and expenses, including, but not limited to, attorneys' fees, resulting from, arising out of or occurring in connection with the Work. Subcontractor agrees to defend, indemnify and hold harmless the Indemnified Parties from and against any and all such claims and further from and against any and all loss, cost, expense, liability, damage, penalties, fines or injury, including legal fees and disbursements, that the Indemnified Parties may directly or indirectly sustain, suffer or incur as a result thereof. However, in accordance with Tex. Transportation Code § 623.0155, this provision shall not be construed in any way to require the Subcontractor, its agents, and its employees to indemnify the Indemnified Parties for claims other than those that arise from the wrongful or negligent act or omission of Subcontractor.

As used here, the term "wrongful or negligent act or omission" includes breach or violation of a statute, ordinance, governmental regulation, standard, site safety standard or practice or rule or breach of contract.
Nothing in this Subcontract shall be deemed to relieve the Subcontractor of its immediate duty to defend any and all Indemnified Parties, as specified in this Subcontract, pending a determination of the respective liabilities of the Subcontractor, and the Indemnified Parties, by legal proceeding or Subcontract.

IN THE EVENT THAT THE LAW OF THE STATE IN WHICH THE PROJECT IS LOCATED LIMITS THE INDEMNITY OBLIGATIONS OF THE SUBCONTRACTOR, THEN THE INDEMNITY OBLIGATIONS OF THE SUBCONTRACTOR SHALL BE ENFORCED TO THE FULLEST EXTENT PERMITTED BY APPLICABLE LAW, AND THIS ARTICLE SHALL BE CONSTRUED TO CONFORM TO SUCH LAW.

The following indemnification requirements shall apply when the Owner is a Federal Agency:

Subcontractor agrees to defend, indemnify and hold harmless the Indemnified Parties from and against any and all such claims, loss, cost, expense, liability, damage, penalties, fines or injury, including legal fees and disbursements, that the Indemnified Parties may directly or indirectly sustain, suffer or incur as a result of Subcontractor's failure to comply with a material provision of any of the clauses set forth in Attachment J -- Incorporated FAR and DFARS Flowdown Clauses or Subcontractor's failure to provide accurate certifications of compliance with federal statutes and regulations where required.

M. ALI CONSTRUCTION INC.                     Page 13 of 66                          Judlau Contracting, Inc.

Contract# 3603-MALI01

14.INSURANCE

Before commencing the Work, as defined in the Agreement, Subcontractor shall obtain and maintain, at its own expense, from insurance companies lawfully authorized to do business in the jurisdiction in which the Project is located and satisfactory to Contractor, insurance according to the limits and terms identified below for the duration of the Project and as required after completion. In the event Subcontractor hires any subcontractors, suppliers, trucking and delivery companies, and materialmen, Subcontractor shall ensure that its contract with such subcontractors, suppliers, trucking and delivery companies, and materialmen includes all of the provisions of this Section.

1. **Comprehensive Business/Automobile Liability Insurance.** This insurance shall be on a current ISO form or equivalent and apply on an "any auto" basis, including all vehicles used in connection with the Subcontract Work, and provide annual limits of at least $2,000,000 per occurrence - bodily injury and property damage combined including uninsured and underinsured motorist coverage and medical payment protection. Coverage shall include, without limitation, loading and unloading.

2. **Workers' Compensation** (including but not limited to coverage or endorsements for Occupational Disease Benefits, Voluntary Compensation and Disability Benefits, Jones Act and U.S. Longshoremen's and Harbor Worker's Act, if applicable) -- Statutory Limits for the state(s) in which the Work will take place. If applicable, coverage shall contain an "Other States Endorsement." Self-Insurance is not acceptable. If Subcontractor leases one or more employees through the use of a payroll, employee management or other company, then Subcontractor must procure workers' compensation insurance written on an "if any" policy form, including an endorsement providing coverage for alternate employer/leased employee liability. Such insurance shall be in addition to the workers' compensation coverage provided to the leased employee by the payroll, employee management or other company.

3. **Employer's Liability.**
   This insurance shall have limits of at least $2,000,000 for each bodily injury by accident, each bodily injury by disease, and annual aggregate.

4. **Commercial General Liability Insurance.** This insurance shall be provided by a current ISO occurrence form policy, including, without limitation, coverage for damages because of bodily injury, death, property damage and personal and advertising injury. This insurance shall include, without limitation, coverage for ongoing operations as well as the products-completed operations hazard, with no exclusion for explosion, collapse, or underground hazards. Coverage will also include Contractual Liability Insurance against the liability assumed hereinabove, Independent Contractors Liability Insurance if Subcontractor sublets to another all or any portion of the Subcontract Work (with no exclusions for subcontracted work), and Personal Injury Liability Coverage.. Commercial General Liability Insurance. This insurance shall have annual limits, dedicated to the Project, of at least $2,000,000 combined single limit for bodily injury and property damage each occurrence; $4,000,000 general aggregate; and $4,000,000 products/completed operations aggregate.This insurance shall be maintained from commencement of the Work until not less than 10 years after final completion and acceptance of the Project, or to the applicable Statute of Repose in the state where the Project is located, whichever is shorter. If the policy includes a professional services exclusion, it may be no broader than ISO form CG 22 79 07 98.

5. **Umbrella and Excess Liability.** Subcontractor shall provide excess liability limits of $25,000,000 in the form of an umbrella or excess liability policy. This insurance shall follow form to the Employer's Liability, Commercial General Liability, and Automobile Liability policies listed above, and shall "drop down" for defense and indemnity in the event of exhaustion of the underlying insurance.

6. **Builders Risk / Installation Floater.** During the term of this contract, subcontractor shall maintain in force, at its own expense, Builder's Risk / Installation Floater covering contractor's labor, materials and equipment to be used for completion of the work performed under this contract against all risks of direct physical loss, excluding earthquake and flood, for an amount equal to the full amount of the contract improvements. This insurance will also cover materials stored at the construction site, materials in transit and materials stored at a temporary site.

7. **Professional Liability Insurance.** Subcontractor shall provide professional liability insurance with annual limits of at least $2,000,000 per claim and $5,000,000 in the aggregate. This insurance must be maintained for at least 10 years after final completion of the Project, or to the applicable Statute of Repose in the state where the Project is located, whichever is shorter. The retroactive date, if any, must be before the commencement of any work or services under this Agreement. All subcontractors utilizing testing companies or surveying companies shall obtain or require such testing companies or surveying companies to obtain Errors and Omissions liability coveragewith a minimum limit of $1,000,000 per claim and a maximum deductible of $25,000. Certificates of Insurance satisfactory to the Contractor are to be provided prior to commencement of the Subcontract Work.

8. **Pollution Liability Insurance.** Subcontractor shall provide pollution liability insurance for bodily injury and/or property damage with limits of not less than $5,000,000 per occurrence or per claim. Coverage must include completed operations, defense, excavation, environmental clean-up, remediation and disposal. This coverage must remain in force for both on-Site and off-Site exposures, and must remain in place for a period of not less than 5 years following final completion of the Project.

9. **Crane Liability and Riggers Legal Liability Insurance.** All subcontractors operating, hiring, or contracting others to use, operate, or hire a crane will be required to supply Contractor with an updated crane certification and adhere to all current OSHA Standards, including OSHA Standard # 1926.1427, and any subsequent revisions. The crane certification shall be kept on the job site at all times. In addition, Subcontractor will maintain or cause to be maintained property damage insurance for the Crane and Riggers Liability Insurance with minimum limits of $5,000,000 per occurrence (claims made policies are not acceptable unless approved by Contractor in writing and are subject to additional insurance requirements) covering loss or damage to all property, including not only property in operator's care, custody, and control but also consequential damage to all other property arising from all Crane and/or Rigging operations. The insurance coverages will be the broadest form available including Boom Overload and Collapse, Over-the-Road Liability, Debris

Contract# 3603-MALI01

Removal, Preservation of Property, and, if applicable, Property in Transit. The policy will name the Contractor, Owner, and other entities as may be reasonably requested as additional insureds. All damages to the crane are the sole responsibility of the Subcontractor and the Subcontractor waives and shall cause all applicable insurance carriers providing physical damage insurance on the Crane to also waive all right of recovery against the Contractor, Owner, and all other parties with interest in the Project for all damages to the crane.

10. **General Insurance Requirements**
11.

    i. **Additional Insureds.** To the extent permitted by law the Indemnified Parties and such other parties as Contractor may designate, shall be listed as additional insureds on Subcontractor's Commercial General Liability, Business Auto Liability, and Umbrella/Excess policies (if Umbrella/Excess insurance is required). Each policy (including umbrella/excess) shall state that the insurance provided to the additional insureds is primary and non-contributory to any other insurance (including primary, excess, self-insurance, or on any other basis) available to the additional insureds. The insurance policies shall not eliminate or restrict coverage for claims or suits between named insureds and additional insureds. The coverage provided to the additional insureds must be at least as broad as that provided to the first named insured on each policy. In the event that any policy provided in compliance with this Insurance Section states that the coverage provided to an additional insured shall be no broader than that required by contract, or words of similar meaning, the parties agree that nothing in this Insurance Section is intended to restrict or limit the breadth of such coverage. With respect to the Commercial General Liability policy, additional insured status must be provided by I.S.O. forms CG 20 10 04 13, CG 20 26 04 13 or CG 20 38 04 13 and CG 20 37 04 13.

    ii. IN THE EVENT THAT THE LAW OF THE STATE IN WHICH THE PROJECT IS LOCATED (OR OTHER APPLICABLE LAW) LIMITS THE ADDITIONAL INSURED COVERAGE THAT THE INDEMNIFIED PARTIES MAY REQUIRE FROM SUBCONTRACTOR, THEN SUBCONTRACTOR SHALL BE REQUIRED TO OBTAIN ADDITIONAL INSURED COVERAGE TO THE FULLEST EXTENT OF COVERAGE AND LIMITS ALLOWED BY APPLICABLE LAW AND THIS CONTRACT SHALL BE READ TO CONFORM TO SUCH LAW.

    iii. **Minimum Limits.** The limits of insurance provided by Subcontractor shall be the greater of the limits maintained in the normal course of Subcontractor's business or the minimum limits specified in this Insurance Section. The limits of insurance stated above for each type of insurance are minimum limits only; in the event Subcontractor's policy provides greater limits, then the additional insureds shall be entitled to, or to share in, the full limits of such policy, and this Insurance Section shall be deemed to require such full limits.

    iv. **Tools, Equipment and Supplies.** Subcontractor is responsible for insuring its own tools and equipment. Subcontractor is responsible for insuring any supplies, materials or other materials destined for incorporation into the Subcontract Work which are not insured under either Owner's property insurance or builder's risk insurance. Subcontractor should contact Contractor with any questions in this regard.

    v. **Waivers of Subrogation.** To the fullest extent permitted by law, all insurance Subcontractor furnishes in compliance with this Insurance Section shall include a waiver of subrogation in favor of all parties required to be added as additional insureds under Section 2.1 above.

    vi. **Certificates of Insurance.** Prior to commencement of the Subcontract Work, and prior to any personnel coming onto the Project Site, and within three (3) days of any renewal, change in coverage, or replacement of coverage, Subcontractor shall require its Insurance Broker to provide Certificates of Insurance ("COIs") and the Insurance Verification Form (IVF) found in Attachment D, in duplicate, indicating the Project and evidencing all required coverages, including policy numbers, dates of expiration, and limits of liability thereunder. Subcontractor shall continue to provide COIs and IVFs to Contractor annually, and in the event of any change in insurer, limits, or coverage, during the entire time period for which such insurance is required under this Insurance Section. In addition, upon request, Subcontractor shall deliver to the Contractor a true and correct copy of endorsements or other similar documents from each applicable insurance company, evidencing the addition of the Indemnified Parties, and other entities as may be reasonably requested, as additional insureds under all applicable policies.

    vii. Subcontractor's failure to provide COIs shall not relieve it of its responsibility to carry and maintain the insurance required by this Insurance Section Contractor's failure to demand or inspect a COI, and/or Contractor's failure to identify or object to any discrepancy therein, is not a waiver of any requirement contained in this Insurance Section or elsewhere in this Agreement.

    viii. **Notice of Cancellation.** All policies shall contain a provision that coverages afforded under the policies shall not be canceled, materially changed, or not renewed unless at least thirty (30) days prior written notice has been given to Contractor.

    ix. **Deductibles & Self-Insured Retentions.** The policies Subcontractor furnishes in compliance with this Insurance Section shall not be subject to any deductible or self-insured retention in excess of $25,000 unless approved in writing by Contractor. Subcontractor shall be responsible for any deductible or self-insured retention due under any insurance it provides. The coverage afforded to the additional insureds under Section 2.1 above shall not be conditioned on the payment of any deductible or retention.

    x. **Contractor's Right to Procure Insurance.** In the event of a failure of Subcontractor to furnish and maintain said insurance and to furnish satisfactory evidence thereof, Contractor shall have the right (but not the obligation) to procure such insurance on behalf of Subcontractor, and Subcontractor shall furnish all necessary information in connection with Contractor's procurement and either pay the cost thereof to Contractor immediately upon presentation of a bill therefor, or have the cost thereof deducted from any payment otherwise due to Subcontractor under this Subcontract at Contractor's option. At Owners and Contractor's options, Contractor and/or Owner may provide a consolidated insurance program or other form of Project-specific insurance applicable to all or some subcontractors. The parties agree that in the event Owner and/or Contractor provides such insurance, Contractor may modify or replace this Insurance Section.

Contract# 3603-MALI01

xi. **No Waiver.** Any waiver or modification of the insurance requirements stated in this Insurance Section must be agreed to in writing by Contractor.

xii. **No Limitation.** IN THE EVENT THAT THE LAW OF THE STATE IN WHICH THE PROJECT IS LOCATED (OR APPLICABLE LAW) LIMITS THE APPLICABLITY OF ANY OF THE INSURANCE COVERAGE THAT CONTRACTOR MAY REQUIRE FROM SUBCONTRACTOR, THEN SUBCONTRACTOR SHALL BE REQUIRED TO OBTAIN COVERAGE TO THE FULLEST EXTENT OF COVERAGE AND LIMITS ALLOWED BY APPLICABLE LAW AND THIS CONTRACT SHALL BE READ TO CONFORM TO SUCH LAW.

## 15.OWNER RELATIONSHIP

The Subcontractor shall not interfere with the Contractor's relationship with the Owner. The Subcontractor shall not enter into any other contract relating to the Project without the Contractor's prior written consent. The Subcontractor further agrees that any and all communications with the Owner, whether formal or informal, written or oral, shall not be made without the prior knowledge and approval of Contractor.

## 16.TAXES, ESCALATION, ETC.

The Subcontractor shall pay any and all taxes, costs, fees, etc., imposed directly or indirectly on account of its work, labor, material, and services provided under or relating to this Agreement. At no time shall there be any increase or escalation in the agreed price on account of any such charge. The agreed Subcontract Price is valid for the duration of the Project. The Subcontractor shall, on demand, substantiate that all taxes and other charges are being properly paid.

## 17.SUBCONTRACTOR'S REPRESENTATIVE

The Subcontractor shall have a competent representative at the Project at all times. The Subcontractor shall replace said representative, without additional charge, if so requested by the Contractor.

## 18.ASSIGNMENT

The Subcontractor shall not assign this Agreement or any part or interest therein, or any monies due or to become due without the Contractor's prior written consent. Any assignment or attempted assignment contrary to this Section is null and void and constitutes a material breach of this Subcontract.

## 19.BONDS

The Subcontractor shall, as part of this Agreement, furnish to the Contractor full and duly executed Performance and Payment Bonds in the form annexed hereto as "Attachment H – Payment and Performance Bonds" and in the amount of the Subcontract price identified in Attachment A, issued by a state licensed surety company. Contractor will issue payment directly to the Surety for actual direct costs for these bonds upon receipt of an invoice from the Surety, not to exceed 1% of the Contract Price. Contractor will not reimburse Subcontractor for these bond costs should the Subcontractor pay the Surety directly. Additionally, the Subcontractor is responsible for advising the Contractor of all additional costs inclusive of those related to bond premiums at the time each Change Order is negotiated.

If no Performance and Payment Bond is furnished to the Contractor, the Subcontractor's Principal shall execute and return a Personal Guarantee of payment for Subcontractor's prevailing wages, union dues, fringe, or union payroll in the form set forth in "Attachment G – Principal's Personal Guaranty".

## 20.TERMINATION

## 20A. TERMINATION FOR CAUSE (APPLICABLE WHEN OWNER IS NOT A FEDERAL AGENCY)

Should the Subcontractor become insolvent, the Subcontractor may be deemed to be in material breach of this Agreement. For the purpose of this paragraph, any filing seeking relief under the Federal Bankruptcy Laws, whether Chapter 7 or Chapter 13, any Assignment for the Benefit of Creditors, any transfer to avoid creditor liability violative of the Debtor and Creditor Law of the State of where the Project is located, any failure to pay financial obligations as they become due, including tax liability and union agreement fringe benefits, shall be deemed an act of insolvency. Further, the Contractor may deem this contract materially breached if the Subcontractor fails to properly prosecute and perform any part of its work, fails to exert its best performance efforts, becomes the subject of any claim of failure to pay the appropriate wage rates (including fringe benefits), or is terminated under any other contract with the Contactor.

The failure of the Contractor to invoke the provisions of this paragraph may not be construed as a waiver of the material breach by the Contractor, or an acceptance by the Contactor of the acts of the Subcontractor.

M. ALI CONSTRUCTION INC.                    Page 16 of 66                    Judlau Contracting, Inc.

Contract# 3603-MALI01

In case of such breach, the Contractor may, at its discretion, and without prejudice to, or limitation of, any other remedy, right, or defense the Contractor may have, terminate this Agreement, or any part thereof, by giving three (3) calendar days written notice thereof to the Subcontractor. In case of a termination, the Contractor may take and use any and all materials, equipment, tools, or chattels furnished by or belonging to the Subcontractor either at or for the Project. The Contractor may, at its discretion, do whatever is necessary to assure performance of any terminated work, and take such action, if necessary, in the Subcontractor's name.

The Contractor may withhold from Subcontractor any monies otherwise due from this Agreement or due from any other agreement between the parties hereto, to offset the damages incurred as a result of a breach. In case of a breach, the Subcontractor and its surety company, if applicable, shall be liable to the Contractor for any and all additional costs, expenses, attorneys' fees, and all other damages which directly or indirectly result from the Subcontractor's breach or threatened breach.

If it shall be determined that a termination for cause under this clause was wrongful or unjustified, such termination shall be deemed to be a termination for convenience under section 32 of this Agreement.

**20B. TERMINATION FOR DEFAULT (APPLICABLE WHEN OWNER IS A FEDERAL AGENCY).**

(a) If the Subcontractor refuses or fails to prosecute the work or any separable part, with the diligence that will insure its completion within the time specified in this subcontract including any extension, or fails to complete the work within this time, the Contractor may, by written notice to the Subcontractor, terminate the right to proceed with the work (or the separable part of the work) that has been delayed. In this event, the Contractor may take over the work and complete it by contract or otherwise, and may take possession of and use any materials, appliances, and plant on the work site necessary for completing the work. The Subcontractor and its sureties, if any, shall be liable for any damage to the Contractor resulting from the Subcontractor's refusal or failure to complete the work within the specified time, whether or not the Subcontractor's right to proceed with the work is terminated. This liability includes any increased costs incurred by the Contractor in completing the work.

(b) The Subcontractor's right to proceed shall not be terminated nor the Subcontractor charged with damages under this clause, if -

(1) The delay in completing the work arises from unforeseeable causes beyond the control and without the fault or negligence of the Subcontractor. Examples of such causes include (i) acts of God or of the public enemy, (ii) acts of the Government in its contractual or sovereign capacity, (iii) acts of another subcontractor in the performance of its subcontract with Contractor, (iv) fires, (v) floods, (vi) epidemics, (vii) quarantine restrictions, (viii) strikes, (ix) freight embargoes, (x) unusually severe weather, or (xi) delays of sub-subcontractors or suppliers at any tier arising from unforeseeable causes beyond the control and without the fault or negligence of both the Subcontractor and the sub-subcontractors or suppliers; and

(2) The Subcontractor, within 5 days from the beginning of any delay (unless extended by the Contractor in writing), notifies the Contractor in writing of the causes of delay. If, in the judgment of the Contractor, the facts warrant such action, the time for completing the work shall be extended. The decision of the Contractor shall be final and conclusive on the parties, but subject to appeal under the Disputes clause.

(c) If, after termination of the Subcontractor's right to proceed, it is determined that the Subcontractor was not in default, or that the delay was excusable, the rights and obligations of the parties will be the same as if the termination had been issued for the convenience of the Contractor.

(d) The rights and remedies of the Contractor in this clause are in addition to any other rights and remedies provided by law or under this contract.

**21. LABOR RELATIONS AND STRIKES**

The Subcontractor shall take all actions necessary to assure harmonious labor relations at the Project and to prevent strikes or other labor disputes. The Subcontractor shall abide by all labor agreements and jurisdictional decisions presently in force or subsequently executed with or by the Contractor. The Subcontractor's failure to so act shall be a material breach of this Agreement and Subcontractor shall fully defend and indemnify and make whole Contractor from any claims, grievances, and damages arising out of Subcontractor's failure to comply with any labor agreements.

**22. DISCHARGE AND WAIVER OF LIENS**

The Subcontractor shall promptly pay or discharge all construction, mechanics, materialmen, or laborers' liens filed against the Project by any of its subcontractors, suppliers, materialmen, employees, or other third parties unless the filed liens are due to Contractor's nonpayment of the Subcontractor, subject to the payment terms of this Agreement, and Subcontractor shall be responsible for all damages and expenses, including bond premiums, attorneys' fees, etc. to discharge and/or defend against same. The existence of such liens shall preclude the Subcontractor's right to receive payment until all such encumbrances have been satisfied or removed. In the event that the Subcontractor fails to discharge and/or defend against any such liens, the Contractor may at its option bond such lien at the expense of the Subcontractor and defend against such lien at the expense of the Subcontractor. The Contractor may retain out of any payment due or to become due to the

M. ALI CONSTRUCTION INC.                     Page 17 of 66                     Judlau Contracting, Inc.

Contract# 3603-MALI01

Subcontractor an amount sufficient to completely indemnify itself from all costs, losses, potential losses, and expenses, including bond premiums, which the Contractor has sustained or may sustain as a result of such liens.

To the extent of each payment received from the Contractor, the Subcontractor shall furnish the Contractor with a Conditional and Unconditional Waiver and Release of Lien for all payments previously received from the Contractor and received simultaneously with the furnishing of the Conditional and Unconditional Waiver and Release of Lien.

### 23. PAYMENT BOND CLAIMS

In the event that the Contractor is the Principal under a payment bond issued by the Contractor's surety for the Project and in the event that any of the Subcontractor's subcontractors, suppliers, materialmen, employees, or other third parties asserts a claim against said payment bond, the Subcontractor shall promptly pay such claim or provide the Contractor with a written statement satisfactory to the Contractor and the Contractor's surety explaining why the claim is invalid. The Subcontractor shall be responsible for all damages and expenses in connection with any such claim (including attorneys' fees) and shall indemnify, defend, and hold the Contractor harmless therefrom. The Contractor may retain out of any payment due or to become due to the Subcontractor an amount sufficient to completely indemnify itself from all costs, losses, potential losses, and expenses which the Contractor has sustained or may sustain as a result of such claims.

### 24. GOVERNING LAW

#### 24A. (APPLICABLE WHEN OWNER IS NOT A FEDERAL AGENCY)

This Agreement and the rights of the parties hereunder shall be governed by and interpreted in accordance with the Laws of the State and County where the Project is located. The Subcontractor hereby submits itself to jurisdiction in the state where the Project is located and agrees to accept service of process as if it were personally served within the state where the Project is located. Exclusive venue for any proceeding shall be in the State of and County where the Project is located.

#### 24B. (APPLICABLE WHEN OWNER IS A FEDERAL AGENCY)

(a) This Agreement and the rights of the parties hereunder shall be governed by and interpreted in accordance with the laws of the State and County where the Project is located, subject to the following exceptions:

(1) To the extent this Agreement incorporates clauses based on the Federal Acquisition Regulation ("FAR") or Agency FAR Supplements, the rights of the parties shall be governed by and interpreted in accordance with Federal Law.

(2) To the extent the Contracting Officer interprets the Contractor's rights and obligations under the Prime Contract, the interpretation shall be binding on the Subcontractor to the same extent it is binding on the Contractor.

(b) The Subcontractor hereby submits to itself to jurisdiction in the state where the Project is located and agrees to accept service of process as if it were personally served within the state where the Project is located, and further, the exclusive venue for any proceeding shall be in the State of and County where the Project is located, subject to the following exception:

(1) To the extent a dispute arises under this Agreement for which the Federal Agency owning the Project is or may be responsible, the Subcontractor shall follow the procedures of the Disputes Clause of this Agreement and shall not file an action against the Contractor, and further, shall not be subject to an action by the Contractor, in state or federal court.

### 25. PATENTS AND COPYRIGHTS

The Subcontractor shall not infringe on any patents or copyrights, and agrees to defend, indemnify, and hold the Contractor harmless, including attorneys' fees, against any such infringement and action for damages because of such infringements or alleged infringements by Subcontractor.

### 26. DIVISIBILITY OF THIS AGREEMENT

It is the express intention of the parties that each provision of this Agreement shall be enforced according to its terms and that no provision shall be construed in a manner which renders it invalid or unenforceable. However, if any article, paragraph, or subparagraph of this Agreement is declared void then such provision shall be severed and all of the other articles, paragraphs, and subparagraphs shall not be affected thereby and shall survive and remain in full force and effect.

### 27. NO MODIFICATIONS

M. ALI CONSTRUCTION INC.                     Page 18 of 66                     Judlau Contracting, Inc.

Contract# 3603-MALI01

This Agreement represents the entire agreement between Contractor and the Subcontractor and supersedes all prior negotiations, representations, or agreements. The Subcontractor agrees that only the statements expressly contained in this Agreement have been relied upon by it and have induced it to enter into this Agreement. Neither party shall be considered the drafter of the Agreement for purposes of interpretation and enforcement and no provision of this Agreement shall be construed more harshly against either party as the drafter of the Agreement. No provision of this Agreement shall be changed or modified, nor discharged, except by an agreement in writing signed by the both parties.

If, however, Subcontractor performs any work under this Agreement prior to Subcontractor's execution of this Agreement, Subcontractor's partial performance shall constitute an unconditional acceptance by Subcontractor of all terms, conditions, and obligations of this Agreement, without modification, and Subcontractor shall be bound to Contractor by all provisions of this Agreement as if fully executed by Subcontractor and as may be, except to the extent subsequently modified by the parties in accordance with this Article 27.

## 28.DAMAGES

The Subcontractor shall be responsible and liable for all costs, damages, and expenses, including attorneys' fees, incurred by the Contractor as a result of the Subcontractor's breach of any term or condition of this Agreement; or as a result of the Contractor's having to defend or take part in any action or proceeding which directly or indirectly relates to acts or omissions of the Subcontractor or its subcontractors, suppliers, materialmen, or employees.

## 29.CONDITIONAL AGREEMENT

This Subcontract is made conditional upon: (a) the award of the Prime Contract to the Contractor and the issuance of a notice to proceed by the Owner; (b) the approval and acceptance by Contractor of Subcontractor's work schedule; and (c) the approval of the Subcontractor by the Owner and A/E, where such approval is required. Retention of this Agreement by Subcontractor without written objection and commencement of performance hereunder shall be deemed acceptance and acknowledgment by Subcontractor of the terms and conditions of this Agreement.

## 30.APPROVAL OF SUBMITTALS

The approval by the Contractor, Owner, or A/E of any shop drawings or other submittals shall not relieve the Subcontractor of liability for any deviations from the Subcontract Documents or for the proper matching and fitting of the Subcontract Work with contiguous work, unless specifically called to the Contractor's attention, in writing, and acknowledged by the Contractor in writing.

## 31.GUARANTY AND WARRANTY

The Subcontractor, in addition to all other guarantees and warranties contained in the Subcontract Documents and not in limitation of the Contractor's other rights, warrants and guarantees that all materials and equipment furnished under this Agreement will be of first class quality and new, unless otherwise required or permitted by the Subcontract Documents; that the work performed pursuant to this Agreement will be free from defects; that its work is in strict accord with the Subcontract Documents; and that it shall, for a minimum of one (1) year after the date of final acceptance by the Owner, or within such longer period as may be provided in the Subcontract Documents, perform any maintenance or corrective work, without cost, as directed by the Contractor. The Contractor may demand assurance, by bond or otherwise, from the Subcontractor that it will abide by its guarantee and warranty as specified herein and as might otherwise be specified to a greater extent in this Agreement or the Prime Contract.

All warranties contained in this Agreement and in the Subcontract Documents shall be in addition to and not in limitation of all other warranties or remedies required and/or arising pursuant to applicable law. Performance of the aforementioned warranty and guarantee obligations shall be deemed to be a material component of Subcontractor's contractual obligations to perform the Subcontract Work.

The Subcontractor covenants, represents, and warrants that neither it nor its owners, principals, officers, directors, or key personnel for the Project have been suspended or debarred by any federal, state, or local government or agency.

## 32.TERMINATION FOR CONVENIENCE

### 32A. (APPLICABLE WHEN OWNER IS NOT A FEDERAL AGENCY)

The Contractor shall have the right, by three (3) calendar days written notice, to terminate and cancel this Agreement, without the Subcontractor being at fault, for its own convenience, and require the Subcontractor to stop work immediately. In such event, the Contractor shall pay the Subcontractor for that work actually performed in an amount proportionate to the Subcontract Price. The Contractor shall not be liable to the Subcontractor for any other costs, including prospective profits on unperformed work. However, if the reason for the termination is due to any default or action by the Owner, A/E, or as a result of an Order from a judicial or administrative body or authority, then the Contractor shall not be liable to the Subcontractor for any sum greater than that which the Contractor receives from the Owner on behalf of

Contract# 3603-MALI01

Subcontractor's work, less any costs incurred by the Contractor.

**32B. (APPLICABLE WHEN OWNER IS A FEDERAL AGENCY)**

(a) Contractor may terminate performance of work under this Subcontract in whole or, from time to time, in part if the Contractor determines that a termination is in the Contractor's interest. The Contractor shall terminate by delivering to the Subcontractor a Notice of Termination specifying the extent of termination and the effective date.

(b) After receipt of a Notice of Termination, and except as directed by the Contractor, the Subcontractor shall immediately proceed with the following obligations, regardless of any delay in determining or adjusting any amounts due under this clause:

(1) Stop work as specified in the Notice.

(2) Place no further subcontracts or orders (referred to as "subcontracts" in this clause) for materials, services, or facilities, except as necessary to complete the continued portion of the Subcontract.

(3) Terminate all subcontracts to the extent they relate to the work terminated.

(4) Assign to the Contractor, as directed by the Contractor, all right, title, and interest of the Subcontractor under the lower tier subcontracts terminated, in which case the Contractor shall have the right to settle or to pay any termination settlement proposal arising out of those terminations.

(5) With approval or ratification to the extent required by the Contractor and, as applicable, the Contracting Officer, settle all outstanding liabilities and termination settlement proposals arising from the termination of subcontracts; the approval or ratification will be final for purposes of this clause.

(6) As directed by the Contractor, transfer title and deliver to the Contractor or the Government—

(i) The fabricated or unfabricated parts, work in process, completed work, supplies, and other material produced or acquired for the work terminated; and

(ii) The completed or partially completed plans, drawings, information, and other property that, if the Subcontract had been completed, would be required to be furnished to the Contractor or the Government.

(7) Complete performance of the work not terminated.

(8) Take any action that may be necessary, or that the Contractor may direct, for the protection and preservation of the property related to this Subcontract that is in the possession of the Subcontractor and in which the Contractor or the Government has or may acquire an interest.

(9) Use its best efforts to sell, as directed or authorized by the Contractor, any property of the types referred to in paragraph (b)(6) of this clause; provided, however, that the Subcontractor (i) is not required to extend credit to any purchaser and (ii) may acquire the property under the conditions prescribed by, and at prices approved by, the Contractor. The proceeds of any transfer or disposition will be applied to reduce any payments to be made by the Contractor under this Subcontract, credited to the price or cost of the work, or paid in any other manner directed by the Contractor.

(c) The Subcontractor shall submit complete termination inventory schedules no later than 60 days from the effective date of termination, unless extended in writing by the Contractor upon written request of the Subcontractor within this 60-day period.

(d) As directed by the Contractor, the Subcontractor shall submit to the Contractor a list, certified as to quantity and quality, of termination inventory not previously disposed of, excluding items authorized for disposition by the Contractor.

(e) After termination, the Subcontractor shall submit a final termination settlement proposal to the Contractor in the form and with the certification prescribed by the Contractor. The Subcontractor shall submit the proposal promptly, but no later than 6 months from the effective date of termination, unless extended in writing by the Contractor upon written request of the Subcontractor within this 6 month period. If the Subcontractor fails to submit the proposal within the time allowed, the Contractor may determine, on the basis of information available, and subject to the approval of the Government, the amount, if any, due the Subcontractor because of the termination and shall pay the amount determined.

(f) Subject to paragraph (e) of this clause, the Subcontractor and the Contractor may agree upon the whole or any part of the amount to be paid or remaining to be paid because of the termination. The amount may include a reasonable allowance for profit on work done. However, the agreed amount, whether under this paragraph (f) or paragraph (g) of this clause, exclusive of costs shown in paragraph (g)(3) of this clause, may not exceed the total Subcontract price as reduced by (1) the amount of payments previously made and (2) the Subcontract price of work not terminated. Upon approval of the agreement by the Government, the Subcontract shall be modified, and, upon receipt of funds from the Government, the Subcontractor paid the agreed amount. Paragraph (g) of this clause shall not limit, restrict, or affect the amount that may be

M. ALI CONSTRUCTION INC.

Judlau Contracting, Inc.

Contract# 3603-MALI01

agreed upon to be paid under this paragraph.

(g) If the Subcontractor and Contractor fail to agree on the whole amount to be paid the Subcontractor because of the termination of work, the Contractor may submit the matter to the Government Contracting Officer for resolution. If the Government Contracting Officer decides the matter in writing, the decision shall be binding on the Contractor and the Subcontractor. If the Government Contracting Officer fails to decide the matter within a reasonable time, the Contractor may determine the amount if any to be paid the Subcontractor, in general accordance with FAR Part 49, and subject to the Disputes Clause of this Agreement.

(2) If the total payments exceed the amount finally determined to be due, the Subcontractor shall repay the excess to the Contractor upon demand, together with interest computed at the rate established by the Secretary of the Treasury under 50 U.S.C. App. 1215(b)(2). Interest shall be computed for the period from the date the excess payment is received by the Subcontractor to the date the excess is repaid. Interest shall not be charged on any excess payment due to a reduction in the Subcontractor's termination settlement proposal because of retention or other disposition of termination inventory until 10 days after the date of the retention or disposition, or a later date determined by the Contractor because of the circumstances.

(3) Unless otherwise provided in this Subcontract or by statute, the Subcontractor shall maintain all records and documents relating to the terminated portion of this contract for 3 years after final settlement. This includes all books and other evidence bearing on the Subcontractor's costs and expenses under this contract. The Subcontractor shall make these records and documents available to the Government or its representative, at the Subcontractor's office, at all reasonable times, without any direct charge. If approved by the Contractor and the Government, photographs, microphotographs, or other authentic reproductions may be maintained instead of original records and document.

### 33.DISPUTE

### 33A. (APPLICABLE WHEN OWNER IS NOT A FEDERAL AGENCY)

If a dispute or claim shall arise out of an interpretation of the scope of the Prime Contract documents, or if the Owner has determined that no additional work order is required for the payment requested for the purported change, the Subcontractor shall process this claim in accordance with the procedure contained in the Prime Contract. If, however, the claim or dispute arises out of a direction provided by the Contractor or any other factor not within the purview of the Owner, the Subcontractor shall prepare a written statement of the basis for the claim containing the additional costs and file the notice within seven (7) calendar days from the direction that is the basis for the dispute with the Contractor.

Upon receipt of the notice, the Contractor shall designate an individual at the executive level to meet with a representative of the subcontractor, within thirty (30) days, in an attempt to resolve the dispute. If a resolution cannot be obtained in that forum, the parties hereto agree to submit the matter to binding arbitration in accordance with the following provision:

Any controversy or claim arising out of or relating to this Agreement, or the breach thereof, shall be settled by arbitration administered by the American Arbitration Association in accordance with its Commercial Arbitration Rules, and judgment on the award rendered by the arbitrator (s) may be entered in any court having jurisdiction thereof. The place of arbitration shall be in the State and County where the Project is located. Judgment on the award rendered by the arbitrator(s) may be entered in any court having jurisdiction thereof. Contractor shall have the right to join Subcontractor as a party in any dispute resolution proceeding (including, without limitation, binding arbitration or litigation) between the Owner and Contractor, between Contractor and any other subcontractor(s), together with such other subcontractors or parties as may be appropriate, and/or between Contractor and any other individual or entity wherein, in the judgment of Contractor, the issues in dispute are related to the work or performance of Subcontractor. Subcontractor hereby consents, upon Contractor's request, to Subcontractor's consolidation or joinder in that proceeding, to the applicability of any rules or procedures applicable to such proceeding, and hereby waives any objections to the forum and venue in which the proceeding is pending.

IN ANY LEGAL OR EQUITABLE ACTION BETWEEN THE CONTRACTOR AND THE SUBCONTRACTOR, THE CONTRACTOR AND SUBCONTRACTOR HEREBY EXPRESSLY WAIVE TRIAL BY JURY TO THE FULLEST EXTENT PERMITTED BY LAW.

This Section shall not be deemed a limitation of any rights or remedies which Subcontractor may have under any federal or state mechanic's lien laws or under any applicable labor and material payment bonds unless such rights or remedies are expressly waived by it.

### 33B. (APPLICABLE WHEN OWNER IS A FEDERAL AGENCY)

(a) Any dispute that arises under or is related to this Subcontract and for which the Government is or may be responsible shall be resolved in accordance with the Dispute clause of the prime contract as follows:

(1) Subcontractor shall give Contractor a fully supported written claim concerning any such dispute within six months after the claim accrues, but in no event later than final payment under this Agreement, or Subcontractor shall be barred from any remedy for such claim;

(2) Subcontractor will cooperate fully with Contractor in prosecuting any such dispute and will be bound by the outcome unless: (i) Contractor

M. ALI CONSTRUCTION INC.                    Page 21 of 66                    Judlau Contracting, Inc.

Contract# 3603-MALI01

does not afford Subcontractor a reasonable opportunity to participate in the resolution of the dispute, (ii) without Subcontractor's written consent, Contractor settles or takes other action to prejudice Subcontractor's rights concerning the dispute, or (iii) Contractor, having determined to discontinue its own prosecution of the dispute, does not afford Subcontractor an opportunity to continue to prosecute the dispute in Contractor's name and under a mutually acceptable written sponsorship agreement;

(3) For any Subcontractor claim of more than the threshold amount under the Contract Disputes Act of 1978 (41 U.S.C. § 604) Subcontractor shall submit with the claim a certification to the Contractor for transmission to the contracting officer for the prime contract that: (i) the claim is made in good faith, (ii) the supporting data are accurate and complete to the best of Subcontractor's knowledge and belief, and (iii) the amount requested accurately reflects the contract adjustment for which Subcontractor believes the Government is liable; furthermore, such certification shall be executed by a person duly authorized to bind Subcontractor, and Subcontractor shall indemnify and hold Contractor harmless from damages, judgments, costs (including reasonable attorneys' fees), and other liabilities arising from any breach of such certification or any violation of Section 5 of the Contract Disputes Act or any violation of common law or statutory prohibitions against misrepresentations, fraud or false statement;

(4) Contractor and Subcontractor will each bear their own costs of prosecuting any such dispute;

(5) Nothing in this Order grants a Subcontractor a direct right of action under the Disputes clause of the prime contract.

(b) any other dispute that arises under or is related to this Agreement, will be decided pursuant to Paragraph 33A Disputes of this Agreement.

### 34.PERIOD OF LIMITATIONS

No legal action, proceeding, or arbitration shall be asserted or commenced by or on behalf of Subcontractor in connection with this Agreement, including, without limitation, any breach thereof, subsequent to one year after final completion of the Project. Any claim or cause of action of the Subcontractor shall be extinguished and deemed released unless asserted by the timely filing of a legal action, demand for arbitration or submission of a claim under the Dispute clause within such period; provided, however, that if any shorter period of limitation is otherwise applicable to any such cause of action, the shorter period shall govern.

### 35.SUB-SUBCONTRACTS

All Sub-subcontractors shall be submitted to the Contractor for approval by Contractor and/or the Owner prior to the Sub-subcontractor performing any work on the Project. The Subcontractor hereby agrees to incorporate into any subcontracts and purchase orders, all provisions required by law to be incorporated therein, and all those provisions of this Agreement which affect the rights of the Contractor. Without limitation, this includes all obligations under this Agreement for Subcontractor to provide insurance for and to indemnify, defend (at the request of Contractor), and hold harmless the Contractor, the Owner, and their respective partners, parent companies, members, affiliates, subsidiaries, agents, officers, employees, principals, and anyone else acting for or on behalf of any of them. This Agreement does not create any contractual relationship, third-party beneficiary or otherwise, between Contractor and the Subcontractor's subcontractors or suppliers, nor between the Subcontractor and the A/E or Owner.

### 36.DIVERSITY PLAN

If the Subcontractor is part of the diversity plan for the Project, the Subcontractor agrees to comply with the goals and procedures established in the Prime Contract for M/W/DBE participation and the requirements set forth in "Attachment C – Diversity Plan." If Subcontractor fails to satisfy such goals and/or the requirements of "Attachment C – Diversity Plan" at any time during the performance of the Subcontract Work, Subcontractor hereby authorizes Contractor to take any actions it believes are necessary to satisfy the requirements of the Prime Contract. In such event, Contractor may try to increase M/W/DBE participation on the Project by increasing M/W/DBE participation on Subcontractor's scope of work or on another subcontractor's scope of work. In such event, Subcontractor shall pay any penalty, damages, or expenses of any kind that Contractor sustains as a result of Subcontractor's failure to carry out and/or comply with any of the provisions of "Attachment C – Diversity Plan," and Contractor may deduct the amount of any penalty, damages, or expenses of any kind that it sustains from any payment otherwise due or to become due to Subcontractor.

### 37.PROGRESS PAYMENTS

Prior to its first requisition for payment, the Subcontractor shall submit to the Contractor an itemized payment breakdown and estimate of quantities for each item of its work; and this estimate, if approved by the Contractor, shall be the basis for the requisitions. On or before the _____ day of each month, the Subcontractor shall file with the Contractor a requisition setting forth the value of all work performed to the end of the last day of the requisition period and the net payment claimed to be due. The Subcontractor shall also file with each requisition all records and forms required by the Owner for payment to the Contractor and an affidavit, in the form found as "Attachment E – Certificate of Payment" or in any form required by the Owner, certifying that all labor, material, equipment, and all rental charges incurred have been or will be fully paid. The Subcontractor shall permit the Contractor to inspect its records of costs, quantities, etc., whenever Contractor deems

M. ALI CONSTRUCTION INC.                    Page 22 of 66                    Judlau Contracting, Inc.

Contract# 3603-MALI01

necessary.

In the event that this Project is subject to prevailing wage rates, the Subcontractor shall also provide the Contractor with its and its sub-subcontractors' certified payroll records establishing that all workmen have been paid in accordance with such rates and that all fringe benefits have been paid. At any time at the request of the Contractor, the Subcontractor shall immediately furnish the Contractor with proof that all workmen of Subcontractor or its sub-subcontractors were paid in accordance with such wage rates and were paid all applicable fringe benefits. Such proof includes, but is not limited to, canceled checks and written acknowledgment of payment from such workmen. In the event that labor is not performed during a particular week, a "Statement of Non-Performance Payroll" must be submitted.

All progress payment requisitions, as related forms, are subject to audit. The estimate by the Owner or A/E of the value of work performed during a payment period shall be binding on the Subcontractor.

Subcontractor agrees to pay for all expenses, including, but not limited to, all labor, insurances, materials, equipment, tools, skills, services, work, and resources necessary or incidental to the full performance of the Contract, when and as bills or claims therefor become due. Subcontractor shall not use any payment to satisfy or secure any indebtedness until Subcontractor satisfies and secures every indebtedness that Subcontractor owes to its own employees and/or a person furnishing labor, equipment, or materials for use in performing services for, or the incorporation of materials into, the Project. Subcontractor agrees that all funds it receives are to be held in trust for use solely on the Project, and Subcontractor further agrees to be bound as a fiduciary to Contractor and to Subcontractor's subcontractors and suppliers to apply such funds properly to payment of labor, services, equipment, and materials for the Project. Should any such claims, encumbrances, or liens be filed against the premises or bonds, the Subcontractor agrees to take any and all necessary steps to have the same removed and discharged immediately upon being notified of its or their existence.

Progress payments will be made to the Subcontractor fifteen (15) days after the Owner pays the Contractor for the work and in the percent paid by the Owner for that work, unless applicable law requires otherwise and in which case applicable law shall dictate the time by which payment must be made. Subcontractor shall also furnish, as required by Contractor in its sole discretion, such partial or final lien waivers or releases as Contractor deems necessary to ensure that Subcontractor has paid all persons furnishing labor, material, or services in furtherance of any work furnished hereunder. Contractor also requires that the subcontractor furnish proof that all union contributions, if any, are current. The furnishing of such lien waivers, releases, and proof shall be a condition precedent to any payment hereunder. Moreover, no prior failure of Contractor to require such releases and waivers shall limit Contractor's right to require them subsequently.

Subcontractor specifically agrees that a major consideration in the award of this Agreement to it by Contractor is Subcontractor's agreement to look to Contractor and its surety for payment only after the Owner has paid Contractor for the work performed by Subcontractor and that, notwithstanding anything to the contrary contained within any of the Subcontract Documents, including, but not limited to, the Prime Contract, receipt of payment by Contractor from the Owner is a condition precedent to the right of Subcontractor to receive payment under this Subcontract as well as any bond issued on behalf of Contractor and, therefore, no funds will be owed to Subcontractor by Contractor or Contractor's surety, unless and until Contractor is paid by the Owner for Subcontractor's work. Receipt of payment from the Owner shall also be deemed a condition precedent to any claim for payment by Subcontractor against any surety bond procured by Contractor and against the surety issuing same. Subcontractor further agrees that this, its agreement concerning payment, shall relieve any surety of Contractor from its obligation, if any, to Subcontractor to the extent that the Owner has failed to pay Contractor.

In the event the Subcontractor, its sub-subcontractors, or suppliers are subject to the diversity plan provisions of this Agreement, as a condition for payment, Subcontractor must: (1) provide executed copies of any purchase order or subcontract for each sub-subcontractor or supplier comprising Subcontractor's portion of the diversity plan; and (2) any other reporting requirements provided in "Attachment C – Diversity Plan."

To the fullest extent permitted by law, strict compliance by the Subcontractor with the provisions of this paragraph shall be a condition precedent to the making of payments to the Subcontractor and Contractor shall have the right to withhold payment until such preconditions are met. Prior to making payment, Contracts shall have a reasonable time to pursue remedies against the owner if owner fails to make payment.

38.STORED MATERIAL

Unless otherwise provided for in this Agreement and only if approved in advance by the Owner and Owner's lender, progress payment requisitions may include materials and equipment suitably stored at the site or at some other location agreed upon in writing by Owner and Contractor. Such progress payment requisitions shall include bills of sale, certificates of insurance, or such other documents required by Owner or Contractor to establish title to such materials and equipment and to otherwise protect the Owner's and Contractor's interests therein, including transportation to the Project.

Subcontractor expressly represents and warrants that title to all stored materials and equipment covered by a requisition is transferred to Contractor and/or Owner upon Subcontractor's submission to Contractor of such requisition. By submitting its requisition for stored materials and equipment to Contractor, Subcontractor expressly represents and warrants that no security interest by a lending institution or any other entity exists in the stored materials and equipment covered by such requisition.

M. ALI CONSTRUCTION INC.                    Page 23 of 66                    Judlau Contracting, Inc.

Contract# 3603-MALI01

Regardless of any payment, the risk of loss for stored materials and equipment at all times shall remain upon Subcontractor until final acceptance of the Project by Owner. Notwithstanding that the risk of loss for stored materials and equipment remains upon Subcontractor, and regardless of which entity maintains or controls any location(s) where materials and equipment are stored, Subcontractor acknowledges and agrees that Contractor and/or Owner have and shall be deemed to have exclusive possession of all stored materials and equipment included within any requisition submitted by Subcontractor.

Payment by the Owner to Contractor for stored materials and equipment shall be an absolute condition precedent to payment by Contractor to Subcontractor. All payments to Subcontractor for such materials and equipment shall be subject to the retainage set forth in "Attachment A – Price and Scope of Work."

Subcontractor must be prepared, at all times, to prove within commercial norms the exact quantities and qualities of the materials and equipment purchased, used, or to be used on the Project.

Subcontractor shall defend, indemnify, and hold harmless Contractor, Contractor's sureties, and Owner against all claims, judgments, settlements, damages, losses, costs, and expenses, including, without limitation, attorneys' fees and court costs, arising out of or relating in any way to any third party's assertion of a lien, encumbrance, or interest in stored materials or equipment.

In the event the Owner and/or the Prime Contract has requirements for stored materials, the requirements of the Owner and/or the Prime Contract shall take precedence over the requirements of this Section 38.

### 39.PROGRESS PAYMENTS WITHHELD AND RIGHT OF SETOFF

To the fullest extent permitted by law, contractor reserves the right to withhold, as an additional reserve and without limiting its other rights and remedies, an amount sufficient to: (a) to defend, satisfy, and discharge any asserted claims that Subcontractor (or anyone providing any of the work hereunder) has failed to make payment for labor, services, materials, equipment, taxes, or other items or obligations furnished or incurred in connection with the Subcontract Work or has caused damage to the Subcontract Work or to any other work on the Project; (b) to reimburse Contractor for any backcharges incurred as a result of any act or omission by Subcontractor hereunder; (c) to protect Contractor from the possible consequences of any other breach or default by Subcontractor hereunder; (d) any liquidated damages resulting from Subcontractor's failure to comply with the diversity plan as provided in "Attachment C – Diversity Plan;" or (e) to secure Contractor, at Contractor's sole discretion, if Subcontractor and/or its insurance carrier fail to defend, indemnify, and hold the Owner and Contractor harmless when requested or in the event there is a possible or actual personal injury or property damage claim arising from the performance of the Subcontract Work. When the Project is located in California, the withholding shall not exceed 150% of the estimated value of the disputed amount.

### 40.PAYMENT

The Contractor will pay to the Subcontractor for its total compensation the amount set forth in "Attachment A – Price and Scope of Work." To the extent authorized by law, Retainage will be withheld in the same percentage provided in "Attachment A – Price and Scope of Work." Lump sum prices shall be paid pursuant to the terms of this Agreement and in accordance with a detailed breakdown of costs approved by the Owner.

If unit prices are used, the quantity of the units as determined by the Owner or the Owner's representative shall be final, binding, and conclusive on the Subcontractor. Final payment and retainage will be made within thirty (30) days after final payment is received by the Contractor from the Owner and satisfaction of all conditions to payment, unless applicable law requires otherwise and in which case applicable law shall dictate the time by which final payment must be made. The acceptance of such final payment or any part thereof, shall be and shall operate as a general release of the Contractor and its surety from all claims of the Subcontractor relating to or arising out of the work. At the Contractor's sole option, the Contractor may apply any funds payable or which may become payable to the Subcontractor to the payment of any claim asserted against the Subcontractor in relation to the Project or to any of the Subcontractor's unpaid obligations and the amount of any said payment to third parties shall be considered and accepted by the Subcontractor as payment under this Agreement. Prior to final payment, the Subcontractor shall submit from each and every subcontractor and supplier final releases of the Contractor and its surety, and indicating full payment of all monies due or to become due relating to this Agreement. Before any payment is made to the Subcontractor, it shall provide evidence that the Project is free and clear from all liens and claims.

Prior to final payment, Subcontractor shall execute and deliver to Owner and Contractor a Consent of Surety and a General Release in a form satisfactory to Contractor, holding Owner and Contractor free and harmless from all claims arising out of or in connection with this Agreement, and shall execute and deliver a final Release of Lien and Affidavit establishing the status of payment of all sub-subcontractors and material suppliers to Subcontractor. As is the case with progress payments, receipt of final payment by Contractor from the Owner is a condition precedent to the right of Subcontractor to receive final payment under this Agreement as well as any bond issued on behalf of Contractor and, therefore, no funds will be owed to Subcontractor by Contractor or Contractor's surety, unless and until Contractor is paid by the Owner for Subcontractor's work. Receipt of final payment from the Owner shall also be deemed a condition precedent to any claim for final payment by Subcontractor against any bond procured by Contractor and against the surety issuing same. Subcontractor further agrees that this, its

Contract# 3603-MALI01

agreement concerning payment, shall relieve any surety of Contractor from its obligation, if any, to Subcontractor to the extent that the Owner has failed to pay Contractor.

No payment, including final payment, shall be evidence of the performance of the Agreement by the Subcontractor, either in whole or in part, and no payment shall be construed as an acceptance of defective or incomplete work, and the Subcontractor shall remain responsible and liable for its performance being in strict compliance with the Agreement.

Contractor reserves the right to advance the dates of any payment, including progress and final payments, under this Agreement if, in its sole discretion, it becomes desirable to do so. Any such advance payments shall not operate to waive or modify any provisions of this Agreement, including, but not limited to, the contingent payment provisions.

## 41.NO WAIVER

None of the provisions of this Agreement shall be considered waived by a party except when such waiver is in writing. The failure of a party to insist in any instance on strict performance of any of the provisions of this Agreement shall not be construed as a waiver of any such provision or the relinquishment of any rights hereunder in the future. A written waiver by any party of any breach of any provision of this Agreement shall not be construed as a waiver by such Party of any succeeding breach of such provisions or a waiver by such party of a breach of any other provision. The granting of any consent or approval by any party in any one instance shall not be construed to waive or limit the need for such consent or approval in any other or subsequent instance.

## 42.QUALITY

Subcontractor shall at all times provide first-quality, new materials (unless otherwise specified in the Subcontract Documents) and workmanship conforming to the requirements of the Subcontract Documents and in accordance with the best standards of the construction industry where the Project is located. Subcontractor shall at all times provide proper facilities and opportunity for the inspection of the work by Contractor, A/E, and Owner and their representatives. To the extent required by the Owner, Subcontractor shall designate and assign to the Project a Quality Control Representative ("QCR"). Subcontractor shall, within twenty-four (24) hours after receiving written notice from Contractor, proceed to take down and remove all portions of the work which Contractor, A/E, or Owner shall have condemned as unsound, improper, or in any way failing to conform to the Subcontract Documents and shall replace the same with proper and satisfactory work and make good all work damaged or destroyed thereby. Contractor's failure to discover or notify Subcontractor of defective or nonconforming work at the time the work, or any portion thereof, is performed or completed shall not relieve Subcontractor of full responsibility for replacing of defective or nonconforming work and all damages resulting therefrom. If the Owner elects to accept defective or nonconforming work, Contractor may require an appropriate adjustment in the Subcontract Price to the extent required of Contractor by Owner.
Subcontractor shall use all necessary means to discover and to notify Contractor in writing of any defect in any part of the Project upon which the satisfactory performance of the work may depend to allow a reasonable amount of time for remedying such defects. If Subcontractor should proceed with the work, Subcontractor shall be considered to have accepted and be responsible for such condition unless Subcontractor shall have been directed in writing by Contractor to proceed over Subcontractor's written objection to Contractor.
Subcontractor agrees to be bound by the Contractor's quality program and consents to audits in accordance with that program.

## 43.PROHIBITION OF CORRUPTION

The Subcontractor will not directly or indirectly pay, offer, promise to pay, or authorize the payment of any money or anything of value to any government official, representative, or employee, or to any political party, holder of public office, or candidate for public office in connection with this Agreement. This term does not prohibit lawful political campaign contributions that have been made at the direction of Contractor. If any part of this subcontract will be performed outside of the United States of America, the Subcontractor shall comply with all applicable anti-corruption laws and regulations (the "Anti-Corruption Requirements") including but not limited to the US Foreign Corrupt Practices Act, the UK Bribery Act the Canada Corruption of Foreign Public Officials Act (FCPOA), the UN Convention against Corruption (UNICIAC), and the OECD Convention on the Bribery of Foreign Public Officials (OECD Convention). Specifically, Subcontractor understands and agrees that it shall be unlawful for the Subcontractor and/or any officer, director, employee or agent of the Subcontractor to make any kind of offer, payment, promise to pay, or authorization of the payment of any money, or offer, gift, promise to give, or authorization of the giving of anything of value to: (a) any foreign official (or foreign political party) for purposes of either influencing any act or decision of such foreign official in his official capacity, or inducing such foreign official to do or omit to do any act in violation of the lawful duty of such official, or securing any improper advantage, or inducing such foreign official to use his influence with a foreign government, or instrumentality thereof, to affect or influence any act or decision of such government or instrumentality in order to assist such person in obtaining or retaining business for or with, or directing business to any person; or (b) any person, while knowing that all or a portion of such money or thing of value will be offered, given, or promised, directly or indirectly, to any foreign official (or foreign political party), or to any candidate for foreign political office, for any of the prohibited purposes described above. For purposes of this Agreement "foreign official" means any appointed, elected, or honorary official or employee of a) a foreign government (or if this Subcontract is to be performed outside the United States than of the Host Country) or political party, or b) of a public international organization, or any person acting in an official capacity for or on behalf of any such government or department, agency, or instrumentality, or for or on behalf of any such public international organization (e.g., the UN, DFID, or WHO, or the

M. ALI CONSTRUCTION INC.                  Page 25 of 66                  Judlau Contracting, Inc.

Contract# 3603-MALI01

World Bank). For purposes of this Article, the "government" includes any agency, department, embassy, or other governmental entity, and any company or other entity owned or controlled by the government.

44.AUDIT RIGHTS

During the term of this Agreement and for a period of two (2) years after final payment, Contractor shall have the right to audit the books and records of the Subcontractor related to its activities on behalf of or in connection with Contractor, including all charges made and services performed by the Subcontractor pursuant to this Agreement and payments made by the Subcontractor for or on behalf of Contractor.

This Agreement is hereby acknowledged and executed:

Date:

Contractor:                                          Subcontractor:

John Ventimiglia                                     M. Ali Construction Inc.
Print Name:                                          Print Name:

Operations Manager                                   Kuppusamy Maharajah
Title:                                               Title:

                                                     Vice President
Signature                                            Signature:

Contract# 3603-MALI01

[For CA Projects]

CONTRACTORS ARE REQUIRED BY LAW TO BE LICENSED AND REGULATED BY THE CONTRACTOR'S STATE LICENSE BOARD WHICH HAS JURISDICTION TO INVESTIGATE COMPLAINTS AGAINST CONTRACTORS IF A COMPLAINT REGARDING A PATENT ACT OR OMISSION IS FILED WITHIN FOUR YEARS OF THE DATE OF THE ALLEGED VIOLATION. A COMPLAINT REGARDING A LATENT ACT OR OMISSION PERTAINING TO STRUCTURAL DEFECTS MUST FILED WITHIN 10 YEARS OF THE DATE OF THE ALLEGED VIOLATION. ANY QUESTIONS CONCERNING A CONTRACTOR MAY BE REFERRED TO THE REGISTRAR, CONTRACTORS STATE LICENSE BOARD, P.O. BOX 26000, SACRAMENTO, CA 95826.

This Agreement is hereby acknowledged and executed:
Date:

Contractor:

_____

Print Name:

_____

Title:

_____

Signature

_____

Subcontractor:

*M. ALI CONSTRUCTION INC.*

Print Name:

*KUPPUSAMY MAHADAJAN*

Title:

*VICE PRESIDENT*

Signature:

_____

Contract# 3603-MALI01

## WORKERS COMPENSATION CERTIFICATION

Labor Code section 3700 in relevant part provides:

Every employer except the State shall secure payment of compensation in one or more of the following ways:

a. By being insured against liability to pay compensation by one or more insurers duly authorized to write compensation in this state.

b. By securing from the Director of Industrial Relations a certificate of consent to self-sure, which may be given upon furnishing proof satisfactory to the Director of Industrial Relations of ability to self-insure and to pay any compensation that may become due to his employees.

I am aware of the provisions of section 3700 of the Labor Code which require every employer to be insured against liability for workers' compensation or to undertake self-insurance in accordance with the provisions of that code, and I will comply with such provisions before commencing the performance of the Work of this Agreement.

Date: _____ 5 - 2 - 18 _____

Name of Entity: _M . ALI    CONSTRUCTION INC_

Signature: _____

Print Name: _KUPPUSAMY   MAHARAJAN_

Title: __VICE   PRESIDENT___

(In accordance with Article 5 -- commencing at section 1860, chapter 1, part 7, division 2 of the Labor Code, the above certificate must be signed and filed with the awarding body prior to performing any Work under this Agreement.)

Contract# 3603-MALI01

36-03 (Flood Mitigation)

### Attachment 'A' – Price and Scope of Work
In accordance with the terms and conditions of this Agreement the Subcontractor agrees to perform the following Work:

*1. As per drawing no. S-053, S-054 and S-055, dated:2-28-18, the total cost of all work related to Blower building walls-Section C,D,E and F is $ 1,309,139.00*

*2. As per drawing no. S-052 and S-053, dated:2-28-18, the total cost of all work related to Washington St walls-Section B1 is $ 221,869.00*

*3. As per drawing no. S-052, dated:2-28-18, the total cost of all work related to the Parking garage wall-Section A is $ 903,042.00*

*4. As per drawing no. S-055 and S-056, dated:2-28-18, the total cost of all work related to Greenwich St wall-Section B2 is $ 191,087.00*

*5. As per drawing no. S-060 and S-061, dated:2-28-18, the total cost of all work related to TEB Enclosures on Greenwich St and Washington St is $ 70,091.00*

Subcontractor acknowledges that the Work includes, but is not limited to, all labor, materials, tools, supplies, equipment, supervision, submittals, shop drawings, as-built drawings, testing, inspections, spare parts, training, O&M's, warranties, equipment, services, and other items and work necessary for and/or incidental to the proper and complete performance and acceptance of the Work as described in the Prime Contract, which is incorporated into the Agreement, including without limitations the amendments, drawings and specifications found in Attachment F all of which are specifically incorporated into the Agreement.

In consideration therefore, the Subcontractor shall be paid the sum of     **$2,695,228.00**     in accordance with the progress

payment provisions of this Agreement and     **5.00**     % shall be withheld from each payment as retainage.

Notwithstanding anything to the contrary contained within any of the Subcontract Documents, including, but not limited to, the Prime Contract, receipt of payment by Contractor from the Owner is a condition precedent to the right of Subcontractor to receive payment under this Agreement as well as any bond issued on behalf of Contractor and, therefore, no funds will be owed to Subcontractor by Contractor or Contractor's surety, unless and until Contractor is paid by the Owner for Subcontractor's work. Receipt of payment from the Owner shall also be deemed a condition precedent to any claim for payment by Subcontractor against any surety bond procured by Contractor and against the surety issuing same.

M. ALI CONSTRUCTION INC.                    Page 29 of 66                    Judlau Contracting, Inc.

Contract# 3603-MALI01

36-03 (Flood Mitigation)

[Insert Contract Name/Number]

**Attachment 'B' – Exclusions and Clarifications**

| | Exclusions |
|---|---|
| | **Exclusions** |
| 1 | Remove and reinstall light poles and cameras, if necessary to do the work |
| 2 | Remove and reinstall existing fence on top of existing wall at the plaza, as it's not needed. Rest of fences, if necessary to do the work, to be removed, stored and re-installed by M.Ali |
| 3 | Painting and lead work |
| 4 | MPT, Permit, Testing and Flagging. Necessary work to occupy the sidewalks to do the work, such us fences, plastic barriers, etc, will be on M. Ali scope |
| 5 | Deployable wall concrete Footings |
| | **Inclusions** |
| 1 | Epoxy coated rebar for footings and permanent walls |
| 2 | Form liner Finish: as per the drawings |
| 3 | Coping Form liner: Light to Medium Sand Blast |
| 4 | The price includes all necessary activities to perform the work as per the drawings, such as but not limited to sawcutting, excavation, rebar, formwork and concrete. The price includes protection of the tolls equipment buildings and electrical boxes as per drawings. |
| 5 | Concrete sidewalk restoration |
| 6 | M. Ali understand that there might be some limitations to do the work such us existing utilities, pedestrians and restrictions to work in all locations at the same time and includes that in the agreed price. |



Contract# 3603-MALI01

36-03 (Flood Mitigation)

## ATTACHMENT 'C' - DIVERSITY PLAN

Subcontractor shall, in combination with its sub-subcontractors or suppliers, if any, obtain not less than the following percentages of disadvantaged-owned, minority-owned, women-owned and/or locally based business enterprise (D/M/W/LBE) participation (collectively referred to in this Exhibit as "Credit") in the Subcontract Work.

| | |
|---|---|
| | % DBE |
| 100% | % MBE |
| | % WBE |
| | % LBE |

Subcontractor acknowledges that Contractor is obligated by the Prime Contract to provide specified levels of D/M/W/LBE credit and that Contractor is relying on Subcontractor for the foregoing contribution toward those specified levels of credit. Subcontractor acknowledges that it is bound and shall abide by the terms of the Diversity Plan attached as part of the Prime Contract. Subcontractor represents and warrants that all entities providing Credit with respect to the Subcontract Work, including Subcontractor, if it is contributing toward the Credit itself, are certified by the appropriate government agencies to perform the Subcontract Work and receive credit for the Subcontract Work. Subcontractor represents that it and any sub-subcontractors it uses for Credit shall have sufficient resources to perform the Subcontract Work and shall be responsible for and will actually perform, manage, and supervise the Subcontract Work. Subcontractor and any sub-subcontractors it uses for Credit shall provide to Contractor the name(s) and contact number(s) for personnel assigned to supervise both worksite and office operations. Subcontractor shall not subcontract a significantly greater portion of the Subcontract Work than would be expected on the basis of normal industry practice.

Subcontractor shall be responsible to ensure that all entities providing Credit with respect to the Subcontract Work, including Subcontractor if it is a certified D/M/W/LBE, serve a commercially useful function as defined by 49 CFR 26.55(c). Without limiting the foregoing, D/M/W/LBE entities must, with respect to materials and supplies used, negotiate the price, determine the quantity and quality, order the materials, and pay for and install the materials and supplies. Subcontractor shall notify Contractor of the identity of any parties with whom Subcontractor intends to enter into any sub-subcontracts, material purchase orders, equipment leases, or other agreements. Contractor reserves the right to review and reject any and all proposed sub-subcontracts, purchase orders, equipment leases, and other agreements with third parties where the use of such third parties is inconsistent with this the laws, rules, and regulations applicable to the Project. Neither the approval of nor the failure on the part of Contractor to review or reject such arrangements shall relieve the Subcontractor of any of its obligations.

In the event: i) it is determined that the Subcontractor (or any sub-subcontractor that is providing credit) fails to perform a commercially useful function due in whole or in part to the actions of the Subcontractor (or actions of the sub-subcontractor if such sub-subcontractor is providing credit); or ii) Subcontractor or any sub-subcontractors or others Subcontractor is relying upon for D/M/W/LBE Credit is not properly certified, later becomes decertified, or is determined by Contractor to be incapable of performing a commercially useful function; or iii) that for any other reason that is in whole or in part the fault of Subcontractor or Sub-Subcontractor that Subcontractor is relying upon for D/M/W/LBE Credit, the Owner denies D/M/W/LBE credit for the Subcontract Work; then such failure shall be considered to be a material breach of this Agreement and if not corrected by Subcontractor within three (3) calendar days after receipt of written notice from Contractor, Contractor shall have the right to terminate the Subcontractor. Subcontractor agrees to notify Contractor immediately in the event Subcontractor becomes aware of any event in (i) through (iii) of this paragraph.

Subcontractor agrees to fully cooperate with Contractor and the applicable government agencies in every respect to ensure that the D/M/W/LBE Credit is achieved and that the Subcontractor, and any relevant sub-subcontractors, performs a commercially useful function. Subcontractor shall provide all certified payroll and all other reporting required in compliance with the applicable laws, regulations, the Prime Contract, and this Agreement. Subcontractor (or the sub-subcontractor if such sub-subcontractor is providing Credit) shall submit a monthly certification with each payment application in the Contractor's required form, signed by an authorized officer of Subcontractor (or the sub-subcontractor if such sub-subcontractor is providing Credit), certifying, among other things, that Subcontractor (or the sub-subcontractor if such sub-subcontractor is providing Credit) is performing a commercially useful function.

M. ALI CONSTRUCTION INC.

Judlau Contracting, Inc.

Contract# 3603-MALI01

In the event the Subcontractor (or the sub-subcontractor if such sub-subcontractor is providing credit) is supplying material or equipment to the Project, the value of which is partially or completely included in the D/M/WBE credit for the Project, the Subcontractor (or the sub-subcontractor if such sub-subcontractor is providing credit) shall provide all purchase orders, invoices, and delivery slips for all material or suppliers, along with proof of payment, with each payment application.

The percentage of participation set forth shall apply to any change in the contract amount by virtue of change orders issued by the Owner. The Subcontractor and suppliers agree to participate in any audit requested by the Owner and the Subcontractor agrees to attend the audit and provide any and all documentation requested by the auditor or their representatives.

Subcontractor agrees to supply on a monthly basis the certification form annexed to this attachment, which is a condition for payment. Further the Subcontractor shall provide fully executed copies of any contract or purchase order entered into between the Subcontractor and a second tier subcontractor or supplier that will be used to comply with the percentages of participation set forth in this Agreement.

Furthermore, the Subcontractor agrees to provide to the Contractor on a monthly basis the dollar amounts paid to each diversity participant for the purpose of reporting obligations.

If the Subcontractor fails to achieve the Credit, and the Owner does not waive or reduce Contractor's D/M/W/LBE Goal for the Project, Contractor shall be entitled to assess as liquidated damages against Subcontractor in the dollar amount of any shortfall in Credit. Subcontractor agrees that it is difficult to determine the value of damages Contractor incurs as a result of Subcontractor's failure to achieve the Credit and that assessing liquidated damages in the amount of the shortfall is a fair and reasonable method to calculate Contractor's damages.

Contract# 3603-MALI01

36-03 (Flood Mitigation)

**D/M/W/LBE CERTIFICATION**
(To Be Completed by Subcontractor, and/or any
Sub-Subcontractor Providing Credit, with each Pay Application)

Project Name:          36-03 (Flood Mitigation)

Subcontractor/
Sub-Subcontract Name:     M. ALI CONSTRUCTION INC.

Date:

By the undersigned's execution of this certification, the undersigned represents and certifies that except as listed otherwise at the end of this form, the following are true and correct.

Is the Certifying Company's D/M/WBE Certification Current?                    Yes          No
Is the scope of Certifying Company's work within its D/M/WBE's certification?     Yes        No

1.  The undersigned is authorized to execute this form on behalf of Certifying Company and has personal knowledge of the matters certified.
2.  The Certifying Company is performing a commercially useful function, as defined by 49 C.F.R. 26.55.
3.  All of the Certifying Company's employees have been hired by the Certifying Company without assistance from or referral by Contractor/Subcontractor.
4.  Certifying Company's workforce is directed by management employed by Certifying Company.
5.  Certifying Company is not being assisted in its Work by Contractor or any other person or entity.
6.  If its work includes submittals, such submittals shall be prepared by employees of Certifying Company.
7.  Certifying Company negotiated the purchase of all materials required for its work, including the price of such materials.
8.  An employee of Certifying Company is scheduling and ordering all of the materials required for its work and Certifying Company is paying for all such materials.
9.  Certifying Company either owns or has leased all of the equipment used in performing the Certifying Company's Work.

The undersigned understands that if any of the foregoing are not true in any way, the exceptions to such statements or other reasons such statements are not true are required to be and are described and listed below.

_____
_____
_____

IN WITNESS WHEREOF, this D/M/WBE Certification has been executed and delivered as of the date first written above.

By: _____

Print Name: KUPPUSAMY MAHAPATAN

Title: VICE PRESIDENT

Contract# 3603-MALI01

36-03 (Flood Mitigation)

### Attachment 'D' – Safety Requirements

When Subcontractor renders services at the Project Site, Subcontractor shall perform its work in a safe manner. Subcontractor acknowledges that it is familiar with all the safety requirements of the Project and that it will comply with the current standards set by the **Project Site Specific Safety and Health Plan (SSHP)**, OSHA, the federal government, and the Safety Orders of the State or Owner where the jobsite is located. Subcontractor shall, at all times, seek to avoid injury, loss, or damage to persons or property by taking steps to protect:

(a) Employees and other persons at the site; (b) Material and/or Equipment stored at the site or at offsite locations for use in performance of the Subcontract Work; and (c) All property and structures located at the site and adjacent to work areas, whether or not said property or structures are part of the Project or involved in the Subcontract Work.

Subcontractor shall develop a Safe Work Plan (SWP) for each activity, including an SWP for each separate operation presenting hazards not experienced in previous operations or where a new work crew is to perform the specified work. The SWP will define the work to be performed, the sequence of work, the specific hazards anticipated, and the control measures to be implemented to eliminate or reduce each hazard. Work will not proceed on a particular task/work area until the SWP has been reviewed and a preparatory meeting has been conducted by the involved parties.

In addition, Subcontractor will implement a Job Safety Awareness Program. The Job Safety Awareness Program (JSA) addresses on a daily basis the hazards associated with the day's work. The analysis will define the specific task being performed, identify the hazards anticipated, and the control measures to be used to eliminate or reduce the hazards, including the required Personal Protective Equipment (PPE). At the beginning of each shift, Subcontractor's Foreman shall hold daily toolbox talks that will review the tasks scheduled for that day and the JSA.

To the extent not already provided by the Contractor, Subcontractor shall post appropriate warnings and notices, erect safety barriers, and establish proper notice procedures to protect persons and property at the site and adjacent to the site from injury, loss or damage. Subcontractor shall exercise extreme care in carrying out its on-site work that involves explosive or other dangerous methods of construction or hazardous procedures, material or equipment. Subcontractor shall use properly qualified individuals or entities to carry out its work in a safe manner so as to reduce the risk of bodily injury or property damage. Subcontractor also agrees to comply with any safety directions or rules issued by Contractor or Owner, or the Project
Architect or Project Engineer and to do so without additional cost to Contractor or Owner. Subcontractor is fully responsible to comply with all provisions of the Florida Trench Safety Act, and any other specific requirements applicable to trenching in the state where the Project is located.

Subcontractor shall comply with Contractor's 100% Fall Protection Policy. This policy states that "anytime employees are working from an unprotected elevation of six (6) feet or more, fall protection must be used." Working as stated above means while traveling, stationary, or anytime exposed to a fall from a surface not protected by an approved handrail, guardrails, or some other approved fall eliminating device.

Rigging equipment (i.e. shackles, hooks, slings, etc.) should be of domestic manufacture. If imported rigging equipment is used it must conform to the appropriate Federal Specification (for example RR-C271D-Chains and Attachments) and appropriate American Society of Mechanic Engineers (for example ASME B30.26 rigging Hardware). Rigging equipment working load limit, its size, a traceability code, and the manufacturer's name should be clearly and boldly marked on the hardware. If rigging equipment is not marked it must be removed from the Project. Certification for imported rigging equipment for the specific model/manufacture shall be required from the appropriate certification body. Certification can be provided by American Bureau of Shipping, Lloyds Register of Shipping, Det Norske Veritas, American Petroleum Institute, RINA, Nuclear
Regulatory Commission, and several others.

Subcontractor shall submit to Contractor all Safety Data Sheets required by law for materials or substances that Subcontractor or its subcontractors bring to the Project site. Subcontractor shall give Contractor written notice, within twenty-four (24) hours, of: (a) Any accident involving bodily injury (including, without limitation, first aid treatment) to the Subcontractor or its subcontractors, (b) Any property damage exceeding Five Hundred Dollars ($500.00) in value, or (c) Any act or omission on the part of the Subcontractor or its subcontractors that could have resulted in bodily injury, whether or not such an injury was sustained. Subcontractor shall ensure that all personnel assigned to the project have received the appropriate levels of required training. All personnel shall have as a minimum the 10 hour OSHA safety class. The Subcontractor shall also ensure that the employees have attended the specific training required by the Owner or the site safety plan, such as track training, fire training, etc. All documentation indicating compliance with this training requirement shall be on the person of each employee when they report to the site. Copies of this documentation must be provided to the Safety Manger when requested.

Whenever there is an event giving rise to the above notice requirement, Subcontractor shall confiscate, hold, secure, preserve, and segregate all equipment or material and any area related to the event, until Contractor and/or owner have the opportunity to inspect and investigate the event. In addition, Subcontractor shall fully cooperate with, and ensure the cooperation of its subcontractors, with any investigations by Contractor or Owner resulting from the event. The cooperation, preservation, and notice requirements of this section are a material term of the contract. Failure to comply shall be grounds for termination for cause or to withhold payment.

M. ALI CONSTRUCTION INC.          Page 34 of 66          Judlau Contracting, Inc.

Contract# 3603-MALI01

Contract# 3603-MALI01

36-03 (Flood Mitigation)

**Attachment 'D' - For NY ONLY***

AGENCY CUSTOMER ID: _____

## NEW YORK CONSTRUCTION CERTIFICATE
## OF LIABILITY INSURANCE ADDENDUM

*ACORD®*

| DATE: |
|---|

THIS ADDENDUM SUMMARIZES SOME OF THE POLICY PROVISIONS IN THE REFERENCED INSURANCE POLICIES AND IS ISSUED AS A MATTER OF INFORMATION ONLY; IT CONFERS NO RIGHTS UPON THE CERTIFICATE HOLDER. ALL TERMS, EXCLUSIONS AND CONDITIONS IN THE ACTUAL POLICY SHOULD BE CONSULTED FOR A MORE DETAILED ANALYSIS OF COVERAGE, AS THIS ADDENDUM DOES NOT AFFIRMATIVELY OR NEGATIVELY AMEND, EXTEND OR ALTER THE COVERAGE AFFORDED BY THE POLICIES.

| AGENCY | | NAMED INSURED(S) | |
|---|---|---|---|
| POLICY NUMBER | EFFECTIVE DATE | CARRIER | NAIC CODE |

ADDENDUM INFORMATION       CERTIFICATE NUMBER:                    REVISION NUMBER:

**A. Insurer**

☐ Admitted / authorized

☐ Excess line or free trade zone

**B. General Liability (GL) policy form**

☐ ISO / ISO modified

☐ Other

**C. Specific operations excluded or restricted (GL policy)**

☐ Location: _____

☐ Type of construction: _____

☐ Building height: _____

☐ Classifications          [see attached declarations / endorsement]

☐ Designated work          [see attached endorsement]

**D. Additional Insured endorsement (GL policy)**

☐ CG 20 10    ☐ CG 20 26    ☐ CG 20 32    ☐ CG 20 33    ☐ CG 20 37    ☐ CG 20 38

☐ Other       #: _____    Title: _____

**E. According to the terms of this GL policy, the additional insured has primary and noncontributory coverage**

☐ Yes       ☐ No And       ☐ No other option is available with this insurer

**F. Additional Insured will receive advance notice if insurer cancels (GL policy)**

☐ Yes       ☐ No And       ☐ No other option is available with this insurer



M. ALI CONSTRUCTION INC.          Page 36 of 66          Judlau Contracting, Inc.

Contract# 3603-MALI01

G. Blanket contractual liability located in "Insured contract" definition (Section V, Number 9, Item f. in the ISO CGL policy) is removed or restricted

☐ Yes And   ☐ No other option is available with this insurer   ☐ No changes made

H. "Insured contract" exception to the employers liability exclusion is removed or modified (GL policy)

☐ Yes And   ☐ No other option is available with this insurer   ☐ No changes made

I. GL policy (including endorsements) does not cover the additional insured for claims involving injury to employees of the named insured or subcontractors (not workers' compensation)

☐ Yes And   ☐ No other option is available with this insurer   ☐ No changes made

J. Earth movement, excavation or explosion / collapse / underground property damage is excluded or restricted (GL policy)

☐ Yes And   ☐ No other option is available with this insurer   ☐ No changes made

K. Insured vs. insured suits (cross liability in the ISO CGL policy) are excluded or restricted (other than named insured vs. named insured)

☐ Yes And   ☐ No other option is available with this insurer   ☐ No changes made

L. Property damage to work performed by subcontractors (exception to the "damage to your work" exclusion in the ISO CGL policy) is excluded or restricted

☐ Yes And   ☐ No other option is available with this insurer   ☐ No changes made

M. Excess / umbrella policy is primary and non-contributory for additional insured

☐ Yes, by specific policy provision   ☐ Yes, by endorsement   ☐ No And   ☐ No other option is available with this insurer

---

AUTHORIZED REPRESENTATIVE SIGNATURE                     DATE (MM/DD/YYYY)

Contract# 3603-MALI01

36-03 (Flood Mitigation)  ATTACHMENT 'D' – For ALL OTHER STATES*

DATE (MM/DD/YYYY)

# OHL GROUP
# INSURANCE VERIFICATION FORM
*Approval pending for use in Texas and Connecticut*

*This is a contract document. Your failure to provide adequate and complete information on this form is a material breach of your contract. Please refer to the insurance addendum of your contract for further details.*

| NAMED INSURED(S) | | |
|---|---|---|
| POLICY NUMBER | EFFECTIVE DATE | CARRIER |

**A. Primary General Liability Insurance Policy (check yes or no and provide additional information for any "yes" answer)**

I. Specific operations excluded or restricted.   Yes ☐   No ☐

  a.  Location: _____

  b.  Construction Type/ Class: _____

  c.  Building Height: _____

  d.  Classification Endorsement (attach to this form): _____

  e.  Designated Work Endorsement (attach to this form): _____

II. Additional Insured Endorsement (check which one applies)

  CG 20 10 ☐   CG 20 26 (attach to form) ☐   CG 20 37 ☐   CG 20 38 ☐

  **No other additional insured form is acceptable - please refer to the insurance addendum in your contract.**

III. Professional Exclusion (check which one applies)

  22 79 ☐   22 80 ☐   None ☐

  **No other additional insured form is acceptable - please refer to the insurance addendum in your contract.**

IV. Initial each box verifying that the corresponding statement is accurate with respect to your policy. If any of these statements are not accurate with respect to your policy, your policy does not comply with the insurance requirements in your contract, and your failure to correct the deficiency or obtain a written waiver from OHL is a material breach of your contract. Please refer to the insurance addendum in your contract.

  ☐  Additional insured coverage is primary and non-contributory to any of additional insured's other insurance.

  ☐  The policy form is an ISO occurrence form, 2001 edition or later.

  ☐  The definition of "insured contract" has not been modified.

  ☐  No restriction of coverage for additional insureds with respect to coverage for injury to employees of a/any named insured.

  ☐  No restriction of coverage for earth movement, excavation, collapse or underground property damage.

  ☐  No restriction of coverage for suits between named insureds and additional insureds.

  ☐  No restriction of coverage for property damage to work performed by subcontractors.

M. ALI CONSTRUCTION INC.   Page 38 of 66   Judlau Contracting, Inc.

Contract# 3603-MALI01

        [____] Blanket subrogation waiver included.

V. Policy Deductible/ Self-Insured Retention

    a. Does the Policy include a deductible: Yes [ ]  No [ ]  ; or self-insured retention: Yes [ ]  No [ ]

    b. If the Policy includes a deductible or self-insured retention, indicate the amount: _____

VI. Policy Limits

    Are the Policy Limits applied on a per project or annual basis?_____

B. Umbrella/Excess Policy

*Initial each box verifying that the corresponding statement is accurate with respect to your policy. If any of these statements are not accurate with respect to your policy, your policy does not comply with the insurance requirements in your contract, and your failure to correct the deficiency or obtain a written waiver from OHL is a material breach of your contract. Please refer to the Insurance addendum in your contract.*

    [____] Nothing in the umbrella/excess policy is inconsistent with any statement above regarding the primary insurance.

    [____] The policy is specifically written to be primary and non-contributory to an additional insured's other insurance, whether such other insurance be primary, excess or self-insurance.

    [____] Duty to defend included.

C. Auto Liability Insurance

*Initial each box verifying that the corresponding statement is accurate with respect to your policy. If any of these statements are not accurate with respect to your policy, your policy does not comply with the insurance requirements in your contract, and your failure to correct the deficiency or obtain a written waiver from OHL is a material breach of your contract. Please refer to the Insurance addendum in your contract.*

    [____] Each entity required by your contract has been added as an additional insured.

    [____] Coverage is on an "any auto" basis.

    [____] Blanket subrogation waiver included.

---

NAMED INSURED/ AUTHORIZED REPRESENTATIVE SIGNATURE        DATE (MM/DD/YYYY)

---

INSURANCE AGENT/ BROKER - AUTHORIZED REPRESENTATIVE SIGNATURE    DATE (MM/DD/YYYY)

Contract# 3603-MALI01

36-03 (Flood Mitigation)

### Attachment 'E' -- Certificate of Payment

Monthly submittal of certified payrolls broken down by week from the Subcontractor and its sub-subcontractors to Contractor is a precondition of payment.

Annexed to this attachment is the affidavit required to be submitted monthly to secure payment. Subcontractor shall provide additional releases, affidavits, certificates, or forms if required by the Prime Contract as a condition for payment.

Note that each weekly payroll shall contain the required certification of compliance with the prevailing wage requirements of this Agreement.

Contract# 3603-MALI01

36-03 (Flood Mitigation)

## AFFIDAVIT OF SUBCONTRACTOR

Under the terms and conditions of the Subcontract, the undersigned SUBCONTRACTOR hereby certifies that the following is a true statement of the amounts now due from said SUBCONTRACTOR to laborers for daily or weekly wages on account of labor performed upon the work under the aforementioned Subcontract for material and/or supplies delivered for use on the Project and for which payment is due, to wit:

### AMOUNT DUE TO LABORERS

| NAMES | TRADE | AMOUNT DUE |
|-------|-------|------------|

(Note: If no money is due to any laborers, state above "none due to laborers". If there is not enough room, please attached additional sheets as needed)

The Subcontractor further certifies that the following is a true statement of the amount due from the said Subcontractor for material and equipment furnished for use on the Project for which payment is due, to wit:

| VENDOR | EQUIPMENT OR MATERIAL SUPPLIED | AMOUNT DUE |
|--------|-------------------------------|------------|

(Note: If no money is due to any other persons for materials and/or supplies delivered for use on the Project, state above "none due to materialmen and supplymen." If there is not enough room, please attach additional sheets as needed)

That the following is a true and correct list of all subcontractors who have employed laborers and/or used materials and/or supplies for work performed under said contract:

| NAMES OF SUBCONTRACTORS | WORK SUBCONTRACTED | AMOUNT DUE |
|-------------------------|--------------------|------------|

[For CA Projects Only]

I hereby certify that I will conform to the State of California Public Works Contract requirements regarding prevailing wages, benefits, on-site audits with 48-hours' notice , payroll records, and apprentice and trainee employment requirements, for all Work on the above Project.

(Note: If no subcontractors are employed, stated above "none." If there is not enough room, please attach additional sheets as needed)

_____ SUBCONTRACTOR
By _____ PRESIDENT
STATE OF )
) ss:
COUNTY OF )
_____ (Name of Officer), being duly sworn deposes and says that he is the _____ (Title) of
_____ (Subcontractor's Name), the SUBCONTRACTOR named in and who executed the foregoing; that he has read the foregoing
statements
subscribed to his and knows the contents thereof, and that the same is true of his knowledge and is executed under the penalties of perjury and the terms and conditions
of the Subcontract.
Sworn to before me on this _____ day of _____
_____ Notary Public, County of _____

M. ALI CONSTRUCTION INC.          Page 41 of 66          Judlau Contracting, Inc.

Contract# 3603-MALI01

36-03 (Flood Mitigation)

## Attachment 'F' – INCORPORATED PRIME CONTRACT DOCUMENTS

The following list of design documents are incorporated herein are included in the Subcontract Work:

[INSERT SPREADSHEET WITH LIST OF DRAWINGS, SPECIFICATIONS, and AMENDMENTS]

Contract# 3603-MALI01

36-03 (Flood Mitigation)

### Attachment 'G' -- Principal's Personal Guaranty

For good and reasonable consideration, including the amounts owed under the Agreement, I, _____(Guarantor), residing at _____, do hereby personally guarantee and will personally indemnify, defend, and hold harmless to the fullest extent permitted by law, Contractor, and anyone acting for or on behalf of Contractor, from and against any and all claims, liability, damage, losses, expenses, demands, and causes of action of any nature whatsoever which arise out of or are connected with or are claimed to arise out of or be connected with Subcontractor's payment of prevailing wage and all fringe benefits, in accordance with prevailing wage laws and any other applicable regulations and union collective bargaining greements, to all workers working under or at the direction of Subcontractor or any of Subcontractor's vendors, consultants, second-tier subcontractors, etc. ("Workers") on the Project from the date of this Agreement until the present.

In the event that Subcontractor fails to pay prevailing wage and all fringe benefits, in accordance with prevailing wage laws, and any other applicable regulations and union collective bargaining agreements, to Workers on the above-referenced Project, the Guarantor hereby promises to make all such payments to Contractor in the same manner as if they had been due to Contractor under the Agreement.

Guarantor's personal guarantee is absolute and unconditional in all respects and enforceable irrespective of any other agreements or circumstances which might otherwise constitute a defense to guaranty and obligation of Guarantor under the Agreement. Guarantor absolutely, unconditionally, and irrevocably waives any and all rights to assert any defense, set-off, counterclaim, or cross-claim, and waives any and all right to interpose any defense based upon statute of limitations or any claim of laches and set-off or counterclaim of any nature or description in any action in which Contractor is an adverse party.

Furthermore, the Guarantor hereby authorizes and empowers any attorney of any court of record of the state where the Project is located or elsewhere to appear for and to enter judgment against me, in favor of Contractor for any sums due under this Personal Guarantee with costs of suit.

It is the express intent of the Contractor and Guarantor that if any section of this Guarantee is declared void then all of the other sections shall not be affected thereby and shall survive and remain in full force and effect.

By:
Personal Guarantor in his Individual Capacity
Print Name & Title
**ACKNOWLEDGEMENT**
**STATE OF** _____ )
                                    ) ss:
**COUNTY OF** )
On this day of ,20 , before me personally came , to me known and known to me to be the person described in and who executed the foregoing Instrument and he/she acknowledged to me that he/she executed the same

Notary Public

Contract# 3603-MALI01

36-03 (Flood Mitigation)

## Attachment 'H' – Payment and Performance Bonds

### FORM OF PAYMENT BOND

BOND NO:                                                                    Bond Premium $

            Project            36-03 (Flood Mitigation)

Know All Men by These presents, That

(hereinafter called the "Subcontractor") and

(hereinafter called the "Surety"), are held and firmly bound unto

(hereinafter called the "Contractor"), in the sum of

lawful money of the United States of America, to be paid to the Contractor, for which payment well and truly to be made, the Subcontractor and the Surety do hereby bind themselves jointly and severally and their, and each of their executors, administrators, successors and assigns firmly by these presents.

Contract# 3603-MALI01

36-03 (Flood Mitigation)

FORM OF PAYMENT BOND

WHEREAS, the Subcontractor is seeking to enter, or has entered, into a subcontract with Contractor for the Project, a copy of which Subcontract is annexed to and hereby made part of this bond as though herein set forth in full:

NOW, THEREFORE, the conditions of this obligation are such that if the Subcontractor, his or its representatives or assigns and other subcontractors to whom work under this Subcontract is sublet and his or their successors and assigns shall promptly pay or cause to be paid all lawful claims for

(a) Wages and compensation for labor performed and services rendered by all persons engaged in the prosecution of the Project under said Subcontract, and any amendment or extension thereof or addition thereto, whether such persons are agents, servants or employees of the Subcontractor or of any such subcontractor, including all persons so engaged who perform the work of laborers or mechanics at or in the vicinity of the site of the Project regardless of any contractual relationship between the Subcontractor or subcontractors, or his or their successors or assigns, on the one hand and such laborers or mechanics on the other, but not including office employees not regularly stationed at the site of the Project; and

(b) Materials and supplies (whether incorporated in the permanent structure or not), as well as vehicles, fuels, oils, implements, or machinery furnished, used or consumed by said Subcontractor or any subcontractor at or in the vicinity of the site of the Project in the prosecution of the Project under said Subcontract and any amendment or extension thereof or addition thereto; then this obligation shall be void; otherwise to remain in full force and effect.

This bond is subject to the following additional conditions, limitations and agreements:

(a) The Subcontractor and the Surety agree that this bond shall be for the benefit of any materialman or laborer having a just claim, as well as the Contractor itself.

(b) To the fullest extent permitted by law and on the condition that all legal conditions for such right are followed, including without limitation all applicable statutory notice requirements not waived herein, all persons who have performed labor, rendered services or furnished materials and supplies as aforesaid, shall have a direct right to action against the Subcontractor and his, its or their successors and assigns, and the Surety herein, or against either or both of any of them and their successors and assigns. Such person may sue in his own name, and may prosecute the suit to judgment and execution without the necessity of joining with any other person as party plaintiff.

(c) The Subcontractor and Surety agree that neither of them will hold the Contractor liable for any judgment for cost or otherwise, obtained by either or both of them against a laborer or materialman in a suit brought by either a laborer or materialman under this bond for moneys allegedly due for performing work or furnishing material.

M. ALI CONSTRUCTION INC.                    Page 45 of 66                    Judlau Contracting, Inc.

Contract# 3603-MALI01

36-03 (Flood Mitigation)

FORM OF PAYMENT BOND

To the fullest extent permitted by law, the Subcontractor, for himself and his successors and assigns, and the Surety, for itself and its successors and assigns, do hereby expressly waive any objection that might be interposed as to the right of the Contractor to require a bond containing the foregoing provisions, and they do hereby further expressly waive any defense which they or either of them might interpose to an action brought hereon by any person, firm or corporation, including subcontractors, materialmen and third persons, for work, labor, services, supplies or material performed, rendered, or furnished as aforesaid upon the ground that there is no law authorizing the Contractor to require the foregoing provisions to be placed in this bond.

And, to the fullest extent permitted by law, the Surety, for value received, for itself and its successors and assigns, hereby stipulates and agrees that the obligation of said Surety, and its bond shall be in no way impaired or affected by any extension of time, modification, omissions, addition, or change in or of the said Subcontract or the Work to be performed thereunder, or any payment thereunder before the time required therein, or by any waiver of any provision thereof, or by any assignment, subletting or other transfer thereof or any part thereof, or of any work to be performed or any monies due become due thereunder and said Surety does hereby waive notice of any and all such extensions, modifications, omissions, additions, changes, payment, waivers, assignments, subcontract and transfers, and hereby expressly stipulates and agrees that any and all things done and omitted to be done by and in relation to assignees, subcontractors, and other transferees shall have the same effect as to said Surety as though done or omitted to be done by or in relation to said Subcontractor.

It is the express intent of the parties that each provision of this agreement shall be enforced according to its terms and that no provision shall be construed in a manner which renders it invalid or unenforceable. However, if any part of this agreement is declared void then such provision shall be severed and all of the other provisions shall not be affected thereby and shall survive and remain in full force and effect.

In addition, if any State or local law requires certain conditions included in this agreement to make it enforceable, such provision shall be deemed included by reference.

M. ALI CONSTRUCTION INC.                    Page 46 of 66                    Judlau Contracting, Inc.

Contract# 3603-MALI01.

36-03 (Flood Mitigation)

## FORM OF PAYMENT BOND

IN WITNESS WHEREOF, the Subcontractor and the Surety have hereunto set their hands and seals and such of them as are corporations have caused their corporate seals to be hereunto affixed and these presents to be signed by their proper officers, this _____ day of _____, 2016.

(Seal)

|  | Subcontractor |
| --- | --- |
| By_____ | |

Attest:

_____
Secretary

(Seal)

|  | Surety |
| --- | --- |
| By_____ | |

--------------------------------------------------------------------------------------------------

If the Subcontractor is a partnership, the bond should be signed by one of the partners in the firm name.
If the Subcontractor is a corporation, the bond should be signed in its correct corporate name by a duly authorized officer, agent, or attorney-in-fact.
There should be executed an appropriate number of counterparts of the bond corresponding to the number of counterparts of the subcontract.

M. ALI CONSTRUCTION INC.          Page 47 of 66          Judlau Contracting, Inc.

Contract# 3603-MALI01

36-03 (Flood Mitigation)

FORM OF PAYMENT BOND
ACKNOWLEDGEMENT OF SUBCONTRACTOR, IF A CORPORATION

STATE OF _____ )
                   ) ss.:
COUNTY OF_____ )

On this _____ day of _____ , 2016 before me personally came _____
To me known, who, being by me duly sworn, did depose and say that he resides at
_____ that he is the _____ of _____
the corporation described in and which executed the foregoing, instrument; that he knows the seal of said
corporation that one of the seals affixed to said instrument is such seal; that is was so affixed by order of the
directors of said corporation, and that he signed his name thereto by like order.

_____
Notary Public

M. ALI CONSTRUCTION INC.           Page 48 of 66           Judlau Contracting, Inc.

Contract# 3603-MALI01

36-03 (Flood Mitigation)

FORM OF PAYMENT BOND

ACKNOWLEDGEMENT OF SUBCONTRACTOR, IF A PARTNERSHIP

STATE OF _____ )
                        ) ss.:
COUNTY OF_____ )

On this _____ day of _____ , 2016 before me personally came _____
to me known, and known to me to be one of the members of the firm of _____
described in and which executed the foregoing instrument and he acknowledged to me that he executed the
same as and for the act and deed of said firm.

_____
Notary Public

Each executed bond should be accompanied by (a) appropriate acknowledgements of the respective
parties; (b) appropriate duly certified copy of Power of Attorney or other certificate of authority where bond is
executed by agent, officer or other representative of Surety; (c) a duly certified extract from By-Laws or
resolutions of Surety under which Power of Attorney or other certificate of authority of its agent, officer or
representative was issued, and (d) duly certified copy of latest published financial statement of assets and
liabilities of Surety.

Affix Acknowledgements and Justification of the Surety.

M. ALI CONSTRUCTION INC.                    Page 49 of 66                    Judlau Contracting, Inc.

Contract# 3603-MALI01

36-03 (Flood Mitigation)

FORM OF PAYMENT BOND

ACKNOWLEDGEMENT OF SUBCONTRACTOR, IF A INDIVIDUAL

STATE OF _____ )
                                              ) ss.:
COUNTY OF_____ )

On this _____ day of _____ , 2016 before me personally came _____
to me known and known to me to be the person described in and who executed the foregoing instrument and he
acknowledged to me that he executed the same.

_____
Notary Public



M. ALI CONSTRUCTION INC.                    Page 50 of 66                    Judlau Contracting, Inc.

Contract# 3603-MALI01

ACKNOWLEDGEMENT OF SURETY COMPANY

STATE OF _____ )
                          ) ss.:
COUNTY OF _____ )

On this _____ day of _____, 2016, before me personally came _____ to me known,
being by me duly sworn, did depose and say; that he/she resides in _____, State of _____, that he/she
is the Attorney-In-Fact of the _____, the corporation described in which executed the above instrument that
he/she knows the seal of said corporation that the seal affixed to said instrument is such corporate seal; that is was so affixed by order of
the Board of Directors of said corporation; and that he/she signed his/her name thereto by like order; and the affiant did further depose
and say that the Superintendent of Insurance of the State of New York, has, pursuant to Section 1111 of the Insurance Law of the State of
New York, issued to _____(Surety) his/her certificate of qualification evidencing the qualification of said Company and its
sufficiency under any law of the State of New York as surety and guarantor, and the propriety of accepting and approving it as such; and
that such certificate has not been revoked.

_____
Notary Public



M. ALI CONSTRUCTION INC.                          Page 51 of 66                          Judlau Contracting, Inc.

Contract# 3603-MALI01

36-03 (Flood Mitigation)

FORM OF PERFORMANCE BOND

BOND NO:                                                    Bond Premium $

Know All Men by These presents, That

(hereinafter called the "Subcontractor") and

(hereinafter called the "Surety"), are held and firmly bound unto

(hereinafter called the "Contractor"), in the sum of

lawful money of the United States of America, to be paid to the Contractor, for which payment well and truly to be made, the Subcontractor and the Surety do hereby bind themselves jointly and severally and their, and each of their executors, administrators, successors and assigns firmly by these presents.

Contract# 3603-MALI01

36-03 (Flood Mitigation)

### FORM OF PERFORMANCE BOND

WHEREAS, the Subcontractor is seeking to enter, or has entered, into a subcontract with Contractor for the Project, a copy of which Subcontract is annexed to and hereby made part of this bond as though herein set forth in full:

NOW, THEREFORE, to the fullest extent permitted by law, the conditions of this obligation are such that if the Subcontractor, his or its representatives or assigns, shall well and faithfully perform the said subcontract and all modifications, amendments, additions and alterations thereto that may hereafter be made, according to its terms and its true intent and meaning, including repair and/or replacement of defective work and guarantees of maintenance for the periods stated in the subcontract, and shall fully indemnity and save harmless the Contractor from all cost and damage which it may suffer by reason of failure so to do, and shall fully reimburse and repay the Contractor for all outlay and expense which the Contractor may incur in making good any such default and shall protect the Contractor against, and pay any and all amounts, damages, costs, and judgments which may or shall be recovered against the Contractor or their officer of agents or which the Contractor may be called upon to pay any person or corporation by reason of any damages arising or growing out of the doing of said work, or the repair or maintenances thereof, or the manner of doing the same, or the neglect of the said Subcontractor, or his (their, its) agents or servants to the infringement of any patent rights by reason of the use of any materials furnished or work done as aforesaid or otherwise, then this obligation shall be null and void, otherwise to remain in full force and effect.

The Surety, for value received, to the fullest extent permitted by law, hereby stipulates and agrees, if requested to do so by the Contractor, to fully perform and complete the Project to be performed under the Subcontract, pursuant to the terms, conditions, and covenants thereof, if for any cause, the Subcontractor fails or neglects to so fully perform and complete such Project. The Surety further agrees to commence such work of completion within twenty (20) days after written notice thereof from the Contractor and to complete such Project within such time as the Contractor may fix.

The Surety, for value received, to the fullest extent permitted by law, for itself and its successors and assigns, hereby stipulates and agrees that the obligation of said surety and its bond shall be in no way impaired or affected by any extension of time, modification, omission, addition, or change in or to the said Subcontract or the Project to be performed thereunder, or by any payment thereunder before the time required therein or by any waiver of any provisions thereof, or by any assignment, subletting or other transfer thereof or of the Project to be performed or any monies due to become due thereunder; and said surety does hereby waive notice of any and all such extension, modifications, omissions, additions, changes, payments, waivers, assignments, subcontracts and transfers and hereby expressly stipulates and agrees that any and all things done and omitted to be done by and in relation to assignees, subcontractors and other transferees shall have the same effect as to said Surety as though done or omitted to be done by or in relation to said Subcontractor.

It is the express intent of the parties that each provision of this agreement shall be enforced according to its terms and that no provision shall be construed in a manner which renders it invalid or unenforceable. However, if any part of this agreement is declared void then such provision shall be severed and all of the other provisions shall not be affected thereby and shall survive and remain in full force and effect.

In addition, if any State or local law requires certain conditions included in this agreement to make it enforceable, such provision shall be deemed included by reference.



M. ALI CONSTRUCTION INC.                     Page 53 of 66                     Judlau Contracting, Inc.

Contract# 3603-MALI01

36-03 (Flood Mitigation)

## FORM OF PERFORMANCE BOND

IN WITNESS WHEREOF, the Subcontractor and the Surety have hereunto set their hands and seals and such of them as are corporations have caused their corporate seals to be hereunto affixed and these presents to be signed by their proper officers, this _____ day of _____, 2016.

.(Seal)

_____
Subcontractor

By_____

Attest:

_____
Secretary

(Seal)

_____
Surety

By_____

-----------------------------------------------------------------------------------------------------------------

If the Subcontractor is a partnership, the bond should be signed by one of the partners in the firm name. If the Subcontractor is a corporation, the bond should be signed in its correct corporate name by a duly authorized officer, agent, or attorney-in-fact. There should be executed an appropriate number of counterparts of the bond corresponding to the number of counterparts of the Contract.

M. ALI CONSTRUCTION INC.                    Page 54 of 66                    Judlau Contracting, Inc.

Contract# 3603-MALI01

36-03 (Flood Mitigation)

FORM OF PERFORMANCE BOND

ACKNOWLEDGEMENT OF SUBCONTRACTOR, IF A CORPORATION

STATE OF _____ )
                    ) ss.:
COUNTY OF_____ )

On this _____ day of _____ , 2016 before me personally came _____ To me known, who, being by me duly sworn, did depose and say that he resides at _____ that he is the _____ of _____ the corporation described in and which executed the foregoing, Instrument; that he knows the seal of said corporation that one of the seals affixed to said instrument is such seal; that it was so affixed by order of the directors of said corporation, and that he signed his name thereto by like order.


_____
Notary Public

M. ALI CONSTRUCTION INC.

Judlau Contracting, Inc.

Contract# 3603-MALI01

36-03 (Flood Mitigation)

FORM OF PERFORMANCE BOND

ACKNOWLEDGEMENT OF SUBCONTRACTOR, IF A PARTNERSHIP

STATE OF _____ )
                        ) ss.:
COUNTY OF_____ )
On this _____ day of _____ , 2016 before me personally came _____

to me known, and known to me to be one of the members of the firm of _____
described in and which executed the foregoing instrument and he acknowledged to me that he executed the
same as and for the act and deed of said firm.

_____
Notary Public

Each executed bond should be accompanied by (a) appropriate acknowledgements of the respective parties; (b) appropriate duly certified copy of Power of Attorney or other certificate of authority where bond is executed by agent, officer or other representative of Surety; (c) a duly certified extract from By-Laws or resolutions of Surety under which Power of Attorney or other certificate of authority of its agent, officer or representative was issued, and (d) duly certified copy of latest published financial statement of assets and liabilities of Surety.

Affix Acknowledgements and Justification of the Surety.

M. ALI CONSTRUCTION INC.                    Page 56 of 66                    Judlau Contracting, Inc.

**Contract# 3603-MALI01**

36-03 (Flood Mitigation)

FORM OF PERFORMANCE BOND
ACKNOWLEDGEMENT OF SUBCONTRACTOR, IF A INDIVIDUAL

STATE OF _____ )
                     ) ss.:
COUNTY OF_____ )
On this _____ day of _____ , 2016 before me personally came _____ to me known and known to me to be the person described in and who executed the foregoing instrument and he acknowledged to me that he executed the same.


_____
Notary Public

Contract# 3603-MALI01

36-03 (Flood Mitigation)

ACKNOWLEDGEMENT OF SURETY COMPANY

STATE OF _____ )
               ) ss.:
COUNTY OF_____ )

On this _____ day of _____, 2016, before me personally came _____ to me known, being by me duly sworn, did depose and say; that he/she resides in _____, State of _____ , that he/she is the Attorney-in-Fact of the _____, the corporation described in which executed the above instrument that he/she knows the seal of said corporation that the seal affixed to said instrument is such corporate seal; that is was so affixed by order of the Board of Directors of said corporation; and that he/she signed his/her name thereto by like order; and the affiant did further depose and say that the Superintendent of Insurance of the State of New York, has, pursuant to Section 1111 of the Insurance Law of the State of New York, issued to _____(Surety) his/her certificate of qualification evidencing the qualification of said Company and its sufficiency under any law of the State of New York as surety and guarantor, and the propriety of accepting and approving it as such; and that such certificate has not been revoked.


_____
Notary Public

M. ALI CONSTRUCTION INC.

Page 58 of 66

Judlau Contracting, Inc.

Contract# 3603-MALI01

36-03 (Flood Mitigation)

## Attachment 'I' -- Requirements for Projects in California

Subcontractor shall comply with and agrees to be bound by California Labor Code sections 1725.5 and 1771.1, Labor Code section 1771.1(a) provides that a contractor or subcontractor shall not be qualified to bid on, be listed in a bid proposal, subject to the requirements of California Public Contract Code section 4104, or engage in the performance of any contract for public work unless currently registered and qualified to perform public work pursuant to Section 1725.5. Subcontractor represents that as of the date of execution of this Agreement, and Subcontractor is registered and qualified to perform public work pursuant to California Labor Code section 1725.5. Subcontractor shall maintain its registration and qualification pursuant to Labor Code section 1725.5 at all times during the performance of the Work. On request, Subcontractor shall supply evidence of such registration to Contractor.

CALIFORNIA LABOR CODE SECTIONS

### §1771:

Except for public works projects of one thousand dollars ($1,000) or less, not less than the general prevailing rate of per diem wages for work of a similar character in the locality in which the public work is performed, and not less than the general prevailing rate of per diem wages for holiday and overtime work fixed as provided in this chapter, shall be paid to all workers employed on public works.

This section is applicable only to work performed under contract, and is not applicable to work carried out by a public agency with its own forces. This section is applicable to contracts let for maintenance work.

### §1775:

(a) (1) The contractor and any subcontractor under the contractor shall, as a penalty to the state or political subdivision on whose behalf the contract is made or awarded, forfeit not more than fifty dollars ($50) for each calendar day, or portion thereof, for each worker paid less than the prevailing wage rates as determined by the director for the work or craft in which the worker is employed for any public work done under the contract by the contractor or, except as provided in subdivision (b), by any subcontractor under the contractor.

(2) (A) The amount of the penalty shall be determined by the Labor Commissioner based on consideration of both of the following:

(i) Whether the failure of the contractor or subcontractor to pay the correct rate of per diem wages was a good faith mistake and, if so, the error was promptly and voluntarily corrected when brought to the attention of the contractor or subcontractor.

(ii) Whether the contractor or subcontractor has a prior record of failing to meet its prevailing wage obligations.

(2) (B) (i) The penalty may not be less than ten dollars ($10) for each calendar day, or portion thereof, for each worker paid less than the prevailing wage rate, unless the failure of the contractor or subcontractor to pay the correct rate of per diem wages was a good faith mistake and, if so, the error was promptly and voluntarily corrected when brought to the attention of the contractor or subcontractor.

(ii) The penalty may not be less than twenty dollars ($20) for each calendar day, or portion thereof, for each worker paid less than the prevailing wage rate, if the contractor or subcontractor has been assessed penalties within the previous three years for failing to meet its prevailing wage obligations on a separate contract, unless those penalties were subsequently withdrawn or overturned.

(iii) The penalty may not be less than thirty dollars ($30) for each calendar day, or portion thereof, for each worker paid less than the prevailing wage rate, if the Labor Commissioner determines that the violation was willful, as defined in subdivision (c) of Section 1777.1.

(2) (C) When the amount due under this section is collected from the contractor or subcontractor, any outstanding wage claim under Chapter 1 (commencing with Section 1720) of Part 7 of Division 2 against that contractor or subcontractor shall be satisfied before applying that amount to the penalty imposed on that contractor or subcontractor pursuant to this section.

(2) (D) The determination of the Labor Commissioner as to the amount of the penalty shall be reviewable only for abuse of discretion.

(2) (E) The difference between the prevailing wage rates and the amount paid to each worker for each calendar day or portion thereof for which each worker was paid less than the prevailing wage rate shall be paid to each worker by the contractor or subcontractor, and the body awarding the contract shall cause to be inserted in the contract a stipulation that this section will be complied with.

(b) If a worker employed by a subcontractor on a public works project is not paid the general prevailing rate of per diem



M. ALI CONSTRUCTION INC.                    Page 59 of 66                    Judlau Contracting, Inc.

Contract# 3603-MALI01

wages by the subcontractor, the prime contractor of the project is not liable for any penalties under subdivision (a) unless the prime contractor had knowledge of that failure of the subcontractor to pay the specified prevailing rate of wages to those workers or unless the prime contractor fails to comply with all of the following requirements:

(1) The contract executed between the contractor and the subcontractor for the performance of work on the public works project shall include a copy of the provisions of Sections 1771, 1775, 1776, 1777.5, 1813, and 1815.

(2) The contractor shall monitor the payment of the specified general prevailing rate of per diem wages by the subcontractor to the employees, by periodic review of the certified payroll records of the subcontractor.

(3) Upon becoming aware of the failure of the subcontractor to pay his or her workers the specified prevailing rate of wages, the contractor shall diligently take corrective action to halt or rectify the failure, including, but not limited to, retaining sufficient funds due the subcontractor for work performed on the public works project.

(4) Prior to making final payment to the subcontractor for work performed on the public works project, the contractor shall obtain an affidavit signed under penalty of perjury from the subcontractor that the subcontractor has paid the specified general prevailing rate of per diem wages to his or her employees on the public works project and any amounts due pursuant to Section 1813.

(c) The Division of Labor Standards Enforcement shall notify the contractor on a public works project within 15 days of the receipt by the Division of Labor Standards Enforcement of a complaint of the failure of a subcontractor on that public works project to pay workers the general prevailing rate of per diem wages.

§1776:

(a) Each contractor and subcontractor shall keep accurate payroll records, showing the name, address, social security number, work classification, straight time and overtime hours worked each day and week, and the actual per diem wages paid to each journeyman, apprentice, worker, or other employee employed by him or her in connection with the public work. Each payroll record shall contain or be verified by a written declaration that it is made under penalty of perjury, stating both of the following:

(1) The information contained in the payroll record is true and correct.

(2) The employer has complied with the requirements of Sections 1771, 1811, and 1815 for any work performed by his or her employees on the public works project.

(b) The payroll records enumerated under subdivision (a) shall be certified and shall be available for inspection at all reasonable hours at the principal office of the contractor on the following basis:

(1) A certified copy of an employee's payroll record shall be made available for inspection or furnished to the employee or his or her authorized representative on request.

(2) A certified copy of all payroll records enumerated in subdivision (a) shall be made available for inspection or furnished upon request to a representative of the body awarding the contract, the Division of Labor Standards Enforcement, and the Division of Apprenticeship Standards of the Department of Industrial Relations.

(3) A certified copy of all payroll records enumerated in subdivision (a) shall be made available upon request by the public for inspection or for copies thereof. However, a request by the public shall be made through either the body awarding the contract, the Division of Apprenticeship Standards, or the Division of Labor Standards Enforcement. If the requested payroll records have not been provided pursuant to paragraph (2), the requesting party shall, prior to being provided the records, reimburse the costs of preparation by the contractor, subcontractors, and the entity through which the request was made. The public may not be given access to the records at the principal office of the contractor.

(c) The certified payroll records shall be on forms provided by the Division of Labor Standards Enforcement or shall contain the same information as the forms provided by the division. The payroll records may consist of printouts of payroll data that are maintained as computer records, if the printouts contain the same information as the forms provided by the division and the printouts are verified in the manner specified in subdivision (a).

(d) A contractor or subcontractor shall file a certified copy of the records enumerated in subdivision (a) with the entity that requested the records within 10 days after receipt of a written request.

(e) Any copy of records made available for inspection as copies and furnished upon request to the public or any public agency by the awarding body, the Division of Apprenticeship Standards, or the Division of Labor Standards Enforcement shall be marked or obliterated to prevent disclosure of an individual's name, address, and social security number. The name and address of the contractor awarded the contract or the subcontractor performing the contract shall not be marked or obliterated. Any copy of records made available for inspection by, or furnished to, a joint labor-management committee established pursuant to the federal Labor Management Cooperation Act of 1978 (29 U.S.C. Sec. 175a) shall be marked or obliterated only to prevent disclosure of an individual's name and social security number. A joint labor management committee may maintain an action in a court of competent jurisdiction against an employer who fails to comply with Section 1774. The court may award restitution to an employee for unpaid wages and may award the joint labor

management committee reasonable attorney's fees and costs incurred in maintaining the action. An action under this subdivision may not be based on the employer's misclassification of the craft of a worker on its certified payroll records. Nothing in this subdivision limits any other available remedies for a violation of this chapter.

(f) The contractor shall inform the body awarding the contract of the location of the records enumerated under subdivision (a), including the street address, city, and county, and shall, within five working days, provide a notice of a change of location and address.

(g) The contractor or subcontractor has 10 days in which to comply subsequent to receipt of a written notice requesting the records enumerated in subdivision (a). In the event that the contractor or subcontractor fails to comply within the 10-day period, he or she shall, as a penalty to the state or political subdivision on whose behalf the contract is made or awarded, forfeit twenty-five dollars ($25) for each calendar day, or portion thereof, for each worker, until strict compliance is effectuated. Upon the request of the Division of Apprenticeship Standards or the Division of Labor Standards Enforcement, these penalties shall be withheld from progress payments then due. A contractor is not subject to a penalty assessment pursuant to this section due to the failure of a subcontractor to comply with this section.

(h) The body awarding the contract shall cause to be inserted in the contract stipulations to effectuate this section.

(i) The director shall adopt rules consistent with the California Public Records Act (Chapter 3.5 (commencing with Section 6250) of Division 7 of Title 1 of the Government Code) and the Information Practices Act of 1977 (Title 1.8 (commencing with Section 1798) of Part 4 of Division 3 of the Civil Code) governing the release of these records, including the establishment of reasonable fees to be charged for reproducing copies of records required by this section.

§1777.5:

(a) Nothing in this chapter shall prevent the employment of properly registered apprentices upon public works.

(b) Every apprentice employed upon public works shall be paid the prevailing rate of per diem wages for apprentices in the trade to which he or she is registered and shall be employed only at the work of the craft or trade to which he or she is registered.

(c) Only apprentices, as defined in Section 3077, who are in training under apprenticeship standards that have been approved by the Chief of the Division of Apprenticeship Standards and who are parties to written apprentice agreements under Chapter 4 (commencing with Section 3070) of Division 3 are eligible to be employed at the apprentice wage rate on public works. The employment and training of each apprentice shall be in accordance with either of the following:

(1) The apprenticeship standards and apprentice agreements under which he or she is training.

(2) The rules and regulations of the California Apprenticeship Council.

(d) When the contractor to whom the contract is awarded by the state or any political subdivision, in performing any of the work under the contract, employs workers in any apprenticeable craft or trade, the contractor shall employ apprentices in at least the ratio set forth in this section and may apply to any apprenticeship program in the craft or trade that can provide apprentices to the site of the public work for a certificate approving the contractor under the apprenticeship standards for the employment and training of apprentices in the area or industry affected. However, the decision of the apprenticeship program to approve or deny a certificate shall be subject to review by the Administrator of Apprenticeship. The apprenticeship program or programs, upon approving the contractor, shall arrange for the dispatch of apprentices to the contractor. A contractor covered by an apprenticeship program's standards shall not be required to submit any additional application in order to include additional public works contracts under that program. "Apprenticeable craft or trade," as used in this section, means a craft or trade determined as an apprenticeable occupation in accordance with rules and regulations prescribed by the California Apprenticeship Council. As used in this section, "contractor" includes any subcontractor under a contractor who performs any public works not excluded by subdivision (o).

(e) Prior to commencing work on a contract for public works, every contractor shall submit contract award information to an applicable apprenticeship program that can supply apprentices to the site of the public work. The information submitted shall include an estimate of journeyman hours to be performed under the contract, the number of apprentices proposed to be employed, and the approximate dates the apprentices would be employed. A copy of this information shall also be submitted to the awarding body if requested by the awarding body. Within 60 days after concluding work on the contract, each contractor and subcontractor shall submit to the awarding body, if requested, and to the apprenticeship program a verified statement of the journeyman and apprentice hours performed on the contract. The information under this subdivision shall be public. The apprenticeship programs shall retain this information for 12 months.

(f) The apprenticeship program that can supply apprentices to the area of the site of the public work shall ensure equal employment and affirmative action in apprenticeship for women and minorities.

(g) The ratio of work performed by apprentices to journeymen employed in a particular craft or trade on the public work may be no higher than the ratio stipulated in the apprenticeship standards under which the apprenticeship program operates where the contractor agrees to be bound by those standards, but, except as otherwise provided in this section, in no case shall the ratio be less than one hour of apprentice work for every five hours of journeyman work.

M. ALI CONSTRUCTION INC.

Page 61 of 66

Judlau Contracting, Inc.

Contract# 3603-MALI01

(h) This ratio of apprentice work to journeyman work shall apply during any day or portion of a day when any journeyman is employed at the jobsite and shall be computed on the basis of the hours worked during the day by journeymen so employed. Any work performed by a journeyman in excess of eight hours per day or 40 hours per week shall not be used to calculate the ratio. The contractor shall employ apprentices for the number of hours computed as above before the end of the contract or, in the case of a subcontractor, before the end of the subcontract. However, the contractor shall endeavor, to the greatest extent possible, to employ apprentices during the same time period that the journeymen in the same craft or trade are employed at the jobsite. Where an hourly apprenticeship ratio is not feasible for a particular craft or trade, the Chief of the Division of Apprenticeship Standards, upon application of an apprenticeship program, may order a minimum ratio of not less than one apprentice for each five journeymen in a craft or trade classification.

(i) A contractor covered by this section that has agreed to be covered by an apprenticeship program's standards upon the issuance of the approval certificate, or that has been previously approved for an apprenticeship program in the craft or trade, shall employ the number of apprentices or the ratio of apprentices to journeymen stipulated in the applicable apprenticeship standards, but in no event less than the 1-to-5 ratio required by subdivision (g).

(j) Upon proper showing by a contractor that he or she employs apprentices in a particular craft or trade in the state on all of his or her contracts on an annual average of not less than one hour of apprentice work for every five hours of labor performed by journeymen, the Chief of the Division of Apprenticeship Standards may grant a certificate exempting the contractor from the 1-to-5 hourly ratio, as set forth in this section for that craft or trade.

(k) An apprenticeship program has the discretion to grant to a participating contractor or contractor association a certificate, which shall be subject to the approval of the Administrator of Apprenticeship, exempting the contractor from the 1-to-5 ratio set forth in this section when it finds that any one of the following conditions is met:

(1) Unemployment for the previous three-month period in the area exceeds an average of 15 percent.

(2) The number of apprentices in training in the area exceeds a ratio of 1 to 5.

(3) There is a showing that the apprenticeable craft or trade is replacing at least one-thirtieth of its journeymen annually through apprenticeship training, either on a statewide basis or on a local basis.

(4) Assignment of an apprentice to any work performed under a public works contract would create a condition that would jeopardize his or her life or the life, safety, or property of fellow employees or the public at large, or the specific task to which the apprentice is to be assigned is of a nature that training cannot be provided by a journeyman.

(l) When an exemption is granted pursuant to subdivision (k) to an organization that represents contractors in a specific trade from the 1-to-5 ratio on a local or statewide basis, the member contractors shall not be required to submit individual applications for approval to local joint apprenticeship committees, if they are already covered by the local apprenticeship standards.

(m) (1) A contractor to whom a contract is awarded, who, in performing any of the work under the contract, employs journeymen or apprentices in any apprenticeable craft or trade shall contribute to the California Apprenticeship Council the same amount that the director determines is the prevailing amount of apprenticeship training contributions in the area of the public works site. A contractor may take as a credit for payments to the council

any amounts paid by the contractor to an approved apprenticeship program that can supply apprentices to the site of the public works project. The contractor may add the amount of the contributions in computing his or her bid for the contract.

(2) At the conclusion of the 2002-03 fiscal year and each fiscal year thereafter, the California Apprenticeship Council shall distribute training contributions received by the council under this subdivision, less the expenses of the Division of Apprenticeship Standards for administering this subdivision, by making grants to approved apprenticeship programs for the purpose of training apprentices. The funds shall be distributed as follows:

(A) If there is an approved multiemployer apprenticeship program serving the same craft or trade and geographic area for which the training contributions were made to the council, a grant to that program shall be made.

(B) If there are two or more approved multiemployer apprenticeship programs serving the same craft or trade and geographic area for which the training contributions were made to the council, the grant shall be divided among those programs based on the number of apprentices registered in each program.

(C) All training contributions not distributed under subparagraphs (A) and (B) shall be used to defray the future expenses of the Division of Apprenticeship Standards.

(3) All training contributions received pursuant to this subdivision shall be deposited in the Apprenticeship Training Contribution Fund, which is hereby created in the State Treasury. Notwithstanding Section 13340 of the Government Code, all money in the Apprenticeship Training Contribution Fund is hereby continuously

M. ALI CONSTRUCTION INC.                    Page 62 of 66                    Judlau Contracting, Inc.

Contract# 3603-MALI01

appropriated for the purpose of carrying out this subdivision and to pay the expenses of the Division of Apprenticeship Standards.

(n) The body awarding the contract shall cause to be inserted in the contract stipulations to effectuate this section. The stipulations shall fix the responsibility of compliance with this section for all apprenticeable occupations with the prime contractor.

(o) This section does not apply to contracts of general contractors or to contracts of specialty contractors not bidding for work through a general or prime contractor when the contracts of general contractors or those specialty contractors involve less than thirty thousand dollars ($30,000).

(p) All decisions of an apprenticeship program under this section are subject to Section 3081.

§1813:

The contractor or subcontractor shall, as a penalty to the state or political subdivision on whose behalf the contract is made or awarded, forfeit twenty-five dollars ($25) for each worker employed in the execution of the contract by the respective contractor or subcontractor for each calendar day during which the worker is required or permitted to work more than 8 hours in any one calendar day and 40 hours in any one calendar week in violation of the provisions of this article. In awarding any contract for public work, the awarding body shall cause to be inserted in the contract a stipulation to this effect. The awarding body shall take cognizance of all violations of this article committed in the course of the execution of the contract, and shall report them to the Division of Labor Standards Enforcement.

§1815:

Notwithstanding the provisions of Sections 1810 to 1814, inclusive, of this code, and notwithstanding any stipulation inserted in any contract pursuant to the requirements of said sections, work performed by employees of contractors in excess of 8 hours per day, and 40 hours during any one week, shall be permitted upon public work upon compensation for all hours worked in excess of 8 hours per day at not less than 1 1/2 times the basic rate of pay.

M. ALI CONSTRUCTION INC.          Page 63 of 66          Judlau Contracting, Inc.

Contract# 3603-MALI01

36-03 (Flood Mitigation)

## Attachment 'J' -- INCORPORATED FAR AND DFARS CLAUSES

The following Federal Acquisition Regulation (FAR) and Defense Federal Acquisition Supplement (DFARS) clauses are specifically incorporated into this Subcontract in full text. The terms "Contracting Officer" is changed to "Contractor," "Contractor" is changed to "Subcontractor" and "Subcontractor" is changed to "lower-tier subcontractor." Subcontractor shall flowdown these clauses to its lower-tier subcontractors and suppliers to the extent required by the terms of the clause. Full text versions of the FAR clauses are available from OHL USA or at www.acquisition.gov/?9=browsefar and the DFARS clauses are available in full text from OHL USA or at www.dcaa.mil/dfars.html.

### FEDERAL ACQUISITION REGULATION CLAUSES

**52.203-6    RESTRICTION ON SUBCONTRACTOR SALES TO THE GOVERNMENT**
Subcontractor shall include this clause in all lower tier subcontracts over the simplified acquisition threshold.
**52.203-7    ANTI-KICKBACK PROCEDURES**
Subcontractor shall include this clause in all lower tier subcontracts which exceed $150,000
**52.203-12    LIMITATION ON PAYMENTS TO INFLUENCE CERTAIN FEDERAL TRANSACTIONS**
Subcontractor shall include this clause in all lower tier subcontracts which exceed $150,000
**52.203-13    CONTRACTOR CODE OF BUSINESS ETHICS AND CONDUCT**
Subcontractor shall include this clause (including the flowdown requirement) in all lower tier subcontracts which exceed $5.5 million and a performance period of more than 120 days.
**52.203-14    DISPLAY OF HOTLINE POSTER(S)**
Subcontractor shall include this clause (including the flowdown requirement) in all lower tier subcontracts which exceed $5.5 million except when the lower-tier subcontract (1) is for the acquisition of a commercial item or (2) is to be performed entirely outside the United States.
**52.203-17    CONTRACTOR EMPLOYEE WHISTLEBLOWER RIGHTS AND REQUIREMENT TO INFORM EMPLOYEES OF WHISTLEBLOWER RIGHTS**
Subcontractor shall include this clause in all lower tier subcontracts over the simplified acquisition threshold.
**52.204-10    REPORTING EXECUTIVE COMPENSATION AND FIRST-TIER SUBCONTRACT AWARDS**

**52.204-19    INCORPORATION BY REFERENCE OF REPRESENTATIONS AND CERTIFICATIONS**

**52.209-6    PROTECTING THE GOVERNMENT'S INTEREST WHEN SUBCONTRACTING WITH CONTRACTORS DEBARRED, SUSPENDED, OR PROPOSED FOR DEBARMENT**
Subcontractor shall include this clause (including the flowdown requirement) in all lower tier subcontracts which exceed $30,000 and are not for commercially available off-the-shelf items.
**52.214-26    AUDIT AND RECORDS--SEALED BIDDING**
Subcontractor shall include this clause (including the flowdown requirement) in all lower tier subcontracts expected to exceed the threshold in FAR 15.403-4(a)(1) for submission of certified cost or pricing data.
**52.214-28    SUBCONTRACTOR CERTIFIED COST OR PRICING DATA - MODIFICATIONS - SEALED BIDDING**
Subcontractor shall include this clause (including the flowdown requirement) in all lower tier subcontracts that, when entered into, exceed the threshold for submission of certified cost or pricing data at FAR 15.403-4(a)(1).
**52.215-8    ORDER OF PRECEDENCE - UNIFORM CONTRACT FORMAT**

**52.215-13    SUBCONTRACTOR CERTIFIED COST OR PRICING DATA - MODIFICATIONS**
Subcontractor shall include this clause (including the flowdown requirement) in all lower tier subcontracts that exceed the threshold for submission of certified cost or pricing data at FAR 15.403-4 on the date of agreement on price or the date of award, whichever is later.
**52.219-9    SMALL BUSINESS SUBCONTRACTING PLAN**
This clause applies (and should be flowed down) to all subcontractors and lower tier subcontractors that received a subcontract over $1.5 million which has subcontracting possibilities. Commercial item or component subcontractors and small business subcontractors are exempt from this clause.
**52.222-4    CONTRACT WORK HOURS AND SAFETY STANDARDS - OVERTIME COMPENSATION**
Subcontractor shall include this clause (including the flowdown requirement) in all lower tier subcontracts that may require or involve the employment of laborers and mechanics. Subcontractor shall be responsible for compliance with the requirements of this clause by its lower-tier subcontractors.
**52.222-6    CONSTRUCTION WAGE RATE REQUIREMENTS**

Contract# 3603-MALI01

Subcontractor shall include this clause in all lower tier subcontracts.
**52.222-7**    WITHOLDING OF FUNDS

**52.222-8**    PAYROLLS AND BASIC RECORDS
Subcontractor shall include this clause in all lower tier subcontracts.
**52.222-9**    APPRENTICES AND TRAINEES
Subcontractor shall include this clause in all lower tier subcontracts.
**52.222-10**    COMPLIANCE WITH COPELAND ACT REQUIREMENTS
Subcontractor shall include this clause in all lower tier subcontracts.
**52.222-11**    SUBCONTRACTS (LABOR STANDARDS)
Subcontractor shall include this clause in all lower tier subcontracts for construction within the United States
**52.222-12**    CONTRACT TERMINATION - DEBARMENT
Subcontractor shall include this clause in all lower tier subcontracts.
**52.222-13**    COMPLIANCE WITH CONSTRUCTION WAGE RATE REQURIEMENTS AND RELATED
        REGULATIONS
Subcontractor shall include this clause in all lower tier subcontracts.
**52.222-14**    DISPUTES CONCERNING LABOR STANDARDS
Subcontractor shall include this clause in all lower tier subcontracts.
**52.222-15**    CERTIFICATES OF ELIGIBILITY
Subcontractor shall include this clause in all lower tier subcontracts.
**52.222-21**    PROHIBITION OF SEGREGATED FACILITIES
Subcontractor shall include this clause in all lower tier subcontracts and purchase orders that are subject to the
Equal Opportunity clause of this subcontract.
**52.222-26**    EQUAL OPPORTUNITY
Subcontractor shall include this clause in all lower tier subcontracts and purchase orders.
**52.222-27**    AFFIRMATIVE ACTION COMPLIANCE REQUIREMENTS FOR CONSTRUCTION
Subcontractor shall include this clause (including the flowdown requirement) in all lower tier subcontractors
which exceed $10,000.
**52.222-35**    EQUAL OPPORTUNITY FOR VETERANS
Subcontractor shall include this clause in all lower tier subcontracts of $150,000 or more.
**52.222-36**    EQUAL OPPORTUNITY FOR WORKERS WITH DISABILITIES
Subcontractor shall include this clause in all lower tier subcontracts or purchase order which exceeds $15,000.
**52.222-37**    EMPLOYMENT REPORTS ON VETERANS
Subcontractor shall include this clause in all lower tier subcontracts of $150,000 or more.
**52.222-40**    NOTIFICATION OF EMPLOYEE RIGHTS UNDER THE NATIONAL LABOR RELATIONS
        ACT
Subcontractor shall include this clause (including the flowdown requirement) in all lower tier subcontracts which
exceed $10,000 and will be performed wholly or partially in the United States, unless exempted by the rules,
regulations, or orders of the Secretary of Labor.
**52.222-50**    COMBATING TRAFFICKING IN PERSONS
Subcontractor shall include this clause in all lower tier subcontracts.
**52.222-54**    EMPLOYMENT ELIGIBILITY VERIFICATION
Subcontractor shall include this clause in all lower tier subcontracts which exceed $3,000 and includes work
performed in the United States.
**52.223-18**    ENCOURAGING CONTRACTOR POLICIES TO BAN TEXT MESSAGING WHILE
        DRIVING
Subcontractor shall include this clause (including the flowdown requirement) in all lower tier subcontracts which
exceed the micro-purchase threshold.
**52.225-9**    BUY AMERICAN - CONSTRUCTION MATERIALS
This clause applies when the Prime Contract is valued at less than $7,358,000. Subcontractor shall ensure that all
Construction Material delivered to the job site complies with this clause. Subcontractor shall also provide
documentation supporting country of origin upon request by the Prime Contractor.
**52.225-11**    BUY AMERICAN ACT–CONSTRUCTION MATERIALS UNDER TRADE AGREEMENTS
This clause applies when the Prime Contract is valued at $7,358,000 or more. Subcontractor shall ensure that all
Construction Material delivered to the job site complies with this clause. Subcontractor shall also provide
documentation supporting country of origin upon request by the Prime Contractor.
**52.225-13**    RESTRICTIONS ON CERTAIN FOREIGN PURCHASES
Subcontractor shall include this clause in all lower tier subcontracts.
**52.227-1**    AUTHORIZATION AND CONSENT
Subcontractor shall include this clause (including the flowdown requirement) in all lower tier subcontracts which
are expected to exceed the simplified acquisition threshold.

Contract# 3603-MALI01

**52.227-2** NOTICE AND ASSISTANCE REGARDING PATENT AND COPYRIGHT INFRINGEMENT

Subcontractor shall include this clause (including the flowdown requirement) in all lower tier subcontracts that are expected to exceed the simplified acquisition threshold.

**52.227-4** PATENT INDEMNITY - CONSTRUCTION

**52.232-5** PAYMENTS UNDER FIXED-PRICE CONSTRUCTION CONTRACTS

This clause applies if Contractor has agreed to make progress payments to Subcontractor.

**52.232-27** PROMPT PAYMENT FOR CONSTRUCTION CONTRACTS

Subcontractor shall include this clause (including the flowdown requirement) in all lower tier subcontracts or purchase orders.

**52.236-5** MATERIAL AND WORKMANSHIP

**52.236-13** ACCIDENT PREVENTION

Subcontractor shall include this clause (including the flowdown requirement) in all lower tier subcontracts.

**52.245-1** GOVERNMENT PROPERTY

Subcontractor shall include this clause in all lower tier subcontracts under which Government property is acquired or furnished for subcontract performance.

**52.248-3** VALUE ENGINEERING–CONSTRUCTION

DEPARTMENT OF DEFENSE FEDERAL ACQUISITION REGULATION SUPPLEMENT CLAUSES

**252.203-7002** REQUIREMENTS TO INFORM EMPLOYEES OF WHISTLEBLOWER RIGHTS

Subcontractor shall include this clause (including the flowdown requirement) in all lower tier subcontracts.

**252.203-7004** DISPLAY OF HOTLINE POSTERS

Subcontractor shall include this clause (including the flowdown requirement) in all lower tier subcontracts that exceed $5.5 million, except when the subcontract is for the acquisition of a commercial item.

**252.204-7000** DISCLOSURE OF INFORMATION

Subcontractor shall include this clause (including the flowdown requirement) in all lower tier subcontracts.

**252.223-7004** DRUG-FREE WORK FORCE

**252.223-7006** PROHIBITION ON STORAGE, TREATMENT, AND DISPOSAL OF TOXIC OR HAZARDOUS MATERIALS–BASIC

Subcontractor shall include this clause in all lower tier subcontracts (including this flowdown requirement) that require, may require, or permit a subcontractor access to a DoD installation, at any subcontractor tier.

**252.223-7008** PROHIBITION ON HEXAVALENT CHROMIUM

Subcontractor shall include this clause (including this flowdown requirement) in all lower tier subcontracts.

**252.227-7033** RIGHTS IN SHOP DRAWINGS

Subcontractor shall include this clause (including this flowdown requirement) in all lower tier subcontracts.

**252.236-7013** REQUIREMENTS FOR COMPETITION OPPORTUNITY FOR AMERICAN STEEL PRODUCERS, FABRICATORS, AND MANUFACTURERS

Subcontractor shall include this clause (including this flowdown requirement) in all lower tier subcontracts that involve the acquisition of steel as a construction material, including subcontracts for the acquisition of commercial items.

**252.247-7023** TRANSPORTATION OF SUPPLIES BY SEA

Subcontractor shall include this clause (including this flowdown requirement) in all lower tier subcontracts that exceed the simplified acquisition threshold.

**252.247-7024** NOTIFICATION OF TRANSPORTATION OF SUPPLIES BY SEA

Subcontractor shall include this clause (including this flowdown requirement) in all lower tier subcontracts.

**EXHIBIT B**

Policy Number:    USA 4197816                                                    **CIL 15 00b 02 02**

# SCHEDULE OF FORMS AND ENDORSEMENTS

(other than applicable forms and endorsements shown elsewhere in the policy)

Forms and Endorsements applying to the Coverage Parts listed below and made a part of this policy at time of issue

| Form/ Endt. # | Edition Date | Title | Total # of Forms Selected: | 47 |
|---|---|---|---|---|

Forms Applicable to this Coverage part - INTERLINE-ALL COVERAGE PARTS

| Form | Edition | Date | Title |
|---|---|---|---|
| CCP | 2010 | 05 08 | Service of Suit Clause |
| CIL | 1500B | 02 02 | Schedule of Forms and Endorsements |
| IL | 0003 | 09 08 | Calculation of Premium |
| IL | 0017 | 11 98 | Common Policy Conditions |
| IL | P001 | 01 04 | U.S. Treasury Department's Office of Foreign Assets Control ("OFAC") Advisory Notice to Policyholders |
| PRIV | 0002 | 07 13 | United Specialty Insurance Company Policy Holder Privacy Statement |
| TRIA | 0001 | 01 15 | Policyholder Disclosure Notice of Terrorism Insurance Coverage |
| USCP | 1000 | 11 13 | United Specialty Insurance Company Commercial Lines Policy Jacket |
| USCP | 1001 | 03 14 | United Specialty Insurance Company Commercial Lines Policy Common Policy Declarations |

9 Forms

Forms Applicable to this Coverage part - GENERAL LIABILITY

| Form | Edition | Date | Title |
|---|---|---|---|
| CBL | 1901 | 02 16 | Contractors Amendatory Endorsement |
| CBL | 1903 | 03 16 | Exclusion - Mold, Fungi, Virus, Bacteria, Air Quality, Contaminants, Minerals or Other Harmful Materials |
| CBL | 1904 | 02 16 | Exclusion - Asbestos, Lead, Silica, Manganese, Formaldehyde or Urea Formaldehyde |
| CBL | 1905 | 02 16 | Exclusion - Punitive Damages |
| CBL | 1906 | 03 16 | Exclusion - Contractors Professional Liability |
| CBL | 1907 | 07 08 | Failure To Complete Your Work Exclusion |
| CBL | 1908 | 04 08 | Exclusion - Subsidence |
| CBL | 1912 | 09 10 | Exclusion - Apartment Building Conversion |
| CBL | 1914 | 03 16 | Exclusion - Construction Management |
| CBL | 1915 | 04 08 | Exclusion - Statements Made |
| CBL | 1916 | 04 08 | Exclusion - Infringement of Copyright |
| CBL | 1919 | 02 15 | Limitation - Independent Contractors |
| CBL | 1920 | 02 16 | Exclusion - Work or Premises Specifically Insured Elsewhere |
| CBL | 1922 | 09 12 | Limitation - Property Damage to Underground Property |
| CBL | 1923 | 02 16 | Exclusion - Insured Versus Insured (Excepting Additional Insureds) |
| CBL | 1946 | 02 13 | Exclusion - Unauthorized Projects or Operations |
| CBL | 1956 | 06 14 | Limitation - Scaffolding Hazard |
| CBL | 2186 | 03 16 | Exclusion - Exterior Insulation and Finish Systems and Direct Applied Exterior Finish Systems |
| CG | 0001 | 04 13 | Commercial General Liability Coverage Form |
| CG | 0300 | 01 96 | Deductible Liability Insurance |
| CG | 2033 | 04 13 | Additional Insured - Owners, Lessees or Contractors - Automatic Status When Required in Construction Agreement with You |

| CG | 2107 | 05 14 | Exclusion - Access or Disclosure of Confidential or Personal Information and Data-Related Liability - Limited Bodily Injury Exception Not Included |
| CG | 2147 | 12 07 | Employment-Related Practices Exclusion |
| CG | 2165 | 12 04 | Total Pollution Exclusion With A Building Heating , Cooling and Dehumidifying Equipment Exception and A Hostile Fire Exception |
| CG | 2176 | 01 15 | Exclusion of Punitive Damages Related to Certified Act of Terrorism |
| CG | 2184 | 01 15 | Exclusion of Certified Nuclear, Biological, Chemical or Radiological Acts of Terrorism; Cap on Losses from Certified Acts of Terrorism |
| CG | 2233 | 04 13 | Exclusion - Testing or Consulting Errors and Omissions |
| CG | 2404 | 05 09 | Waiver of Transfer of Rights of Recovery Against Others to Us |
| CGL | 0117 | 09 10 | Exclusion - Workers Compensation |
| CGL | 1702 | 11 00 | Action Over Exclusion |
| CGL | 1710 | 01 15 | Exclusion - Bodily Injury to Independent Contractors |
| CGL | 1711 | 04 17 | Limitation of Coverage to Specified Operations, Premises, or Projects |
| CGL | 1766 | 07 12 | Territorial Limitation Endorsement State of Colorado Exclusion |
| CGL | 1820 | 06 07 | Non-Stacking of Limits Endorsement |
| CGL | 1828 | 02 16 | Limitation - Condominium, Cooperative, Timeshare, Townhome, Row House or Tract Home |
| CGL | 1863 | 03 12 | Continuous or Progressive Injury and Damage Limitation |
| IL | 0021 | 09 08 | Nuclear Energy Liability Exclusion Endorsement (Broad Form) |
| USGL | 1500 | 07 13 | United Specialty Insurance Company Commercial General Liability Coverage Part Declarations |

38 Forms

# COMMERCIAL GENERAL LIABILITY COVERAGE FORM

Various provisions in this policy restrict coverage. Read the entire policy carefully to determine rights, duties and what is and is not covered.

Throughout this policy the words "you" and "your" refer to the Named Insured shown in the Declarations, and any other person or organization qualifying as a Named Insured under this policy. The words "we", "us" and "our" refer to the company providing this insurance.

The word "insured" means any person or organization qualifying as such under Section II – Who Is An Insured.

Other words and phrases that appear in quotation marks have special meaning. Refer to Section V – Definitions.

## SECTION I – COVERAGES

### COVERAGE A – BODILY INJURY AND PROPERTY DAMAGE LIABILITY

#### 1. Insuring Agreement

a. We will pay those sums that the insured becomes legally obligated to pay as damages because of "bodily injury" or "property damage" to which this insurance applies. We will have the right and duty to defend the insured against any "suit" seeking those damages. However, we will have no duty to defend the insured against any "suit" seeking damages for "bodily injury" or "property damage" to which this insurance does not apply. We may, at our discretion, investigate any "occurrence" and settle any claim or "suit" that may result. But:

(1) The amount we will pay for damages is limited as described in Section III – Limits Of Insurance; and

(2) Our right and duty to defend ends when we have used up the applicable limit of insurance in the payment of judgments or settlements under Coverages A or B or medical expenses under Coverage C.

No other obligation or liability to pay sums or perform acts or services is covered unless explicitly provided for under Supplementary Payments – Coverages A and B.

b. This insurance applies to "bodily injury" and "property damage" only if:

(1) The "bodily injury" or "property damage" is caused by an "occurrence" that takes place in the "coverage territory";

(2) The "bodily injury" or "property damage" occurs during the policy period; and

(3) Prior to the policy period, no insured listed under Paragraph 1. of Section II – Who Is An Insured and no "employee" authorized by you to give or receive notice of an "occurrence" or claim, knew that the "bodily injury" or "property damage" had occurred, in whole or in part. If such a listed insured or authorized "employee" knew, prior to the policy period, that the "bodily injury" or "property damage" occurred, then any continuation, change or resumption of such "bodily injury" or "property damage" during or after the policy period will be deemed to have been known prior to the policy period.

c. "Bodily injury" or "property damage" which occurs during the policy period and was not, prior to the policy period, known to have occurred by any insured listed under Paragraph 1. of Section II – Who Is An Insured or any "employee" authorized by you to give or receive notice of an "occurrence" or claim, includes any continuation, change or resumption of that "bodily injury" or "property damage" after the end of the policy period.

d. "Bodily injury" or "property damage" will be deemed to have been known to have occurred at the earliest time when any insured listed under Paragraph 1. of Section II – Who Is An Insured or any "employee" authorized by you to give or receive notice of an "occurrence" or claim:

(1) Reports all, or any part, of the "bodily injury" or "property damage" to us or any other insurer;

(2) Receives a written or verbal demand or claim for damages because of the "bodily injury" or "property damage"; or

(3) Becomes aware by any other means that "bodily injury" or "property damage" has occurred or has begun to occur.

e. Damages because of "bodily injury" include damages claimed by any person or organization for care, loss of services or death resulting at any time from the "bodily injury".

FILED: KINGS COUNTY CLERK 07/08/2019 04:03 PM INDEX NO. 514871/2019
NYSCEF DOC. NO. 3 Case 1:22-cv-05255 Document #: 1 Filed: 09/23/20 Page 79 of 140 PageID #: 83
RECEIVED NYSCEF: 07/08/2019

## 2. Exclusions

This insurance does not apply to:

### a. Expected Or Intended Injury

"Bodily injury" or "property damage" expected or intended from the standpoint of the insured. This exclusion does not apply to "bodily injury" resulting from the use of reasonable force to protect persons or property.

### b. Contractual Liability

"Bodily injury" or "property damage" for which the insured is obligated to pay damages by reason of the assumption of liability in a contract or agreement. This exclusion does not apply to liability for damages:

**(1)** That the insured would have in the absence of the contract or agreement; or

**(2)** Assumed in a contract or agreement that is an "insured contract", provided the "bodily injury" or "property damage" occurs subsequent to the execution of the contract or agreement. Solely for the purposes of liability assumed in an "insured contract", reasonable attorneys' fees and necessary litigation expenses incurred by or for a party other than an insured are deemed to be damages because of "bodily injury" or "property damage", provided:

**(a)** Liability to such party for, or for the cost of, that party's defense has also been assumed in the same "insured contract"; and

**(b)** Such attorneys' fees and litigation expenses are for defense of that party against a civil or alternative dispute resolution proceeding in which damages to which this insurance applies are alleged.

### c. Liquor Liability

"Bodily injury" or "property damage" for which any insured may be held liable by reason of:

**(1)** Causing or contributing to the intoxication of any person;

**(2)** The furnishing of alcoholic beverages to a person under the legal drinking age or under the influence of alcohol; or

**(3)** Any statute, ordinance or regulation relating to the sale, gift, distribution or use of alcoholic beverages.

This exclusion applies even if the claims against any insured allege negligence or other wrongdoing in:

**(a)** The supervision, hiring, employment, training or monitoring of others by that insured; or

**(b)** Providing or failing to provide transportation with respect to any person that may be under the influence of alcohol;

if the "occurrence" which caused the "bodily injury" or "property damage", involved that which is described in Paragraph **(1), (2)** or **(3)** above.

However, this exclusion applies only if you are in the business of manufacturing, distributing, selling, serving or furnishing alcoholic beverages. For the purposes of this exclusion, permitting a person to bring alcoholic beverages on your premises, for consumption on your premises, whether or not a fee is charged or a license is required for such activity, is not by itself considered the business of selling, serving or furnishing alcoholic beverages.

### d. Workers' Compensation And Similar Laws

Any obligation of the insured under a workers' compensation, disability benefits or unemployment compensation law or any similar law.

### e. Employer's Liability

"Bodily injury" to:

**(1)** An "employee" of the insured arising out of and in the course of:

**(a)** Employment by the insured; or

**(b)** Performing duties related to the conduct of the insured's business; or

**(2)** The spouse, child, parent, brother or sister of that "employee" as a consequence of Paragraph **(1)** above.

This exclusion applies whether the insured may be liable as an employer or in any other capacity and to any obligation to share damages with or repay someone else who must pay damages because of the injury.

This exclusion does not apply to liability assumed by the insured under an "insured contract".

© Insurance Services Office, Inc., 2012
CG 00 01 04 13

Case 1:22-cv-05255 Document #1 Filed: 09/23/22 Page 80 of 140 Page ID #: 84

## f. Pollution

(1) "Bodily injury" or "property damage" arising out of the actual, alleged or threatened discharge, dispersal, seepage, migration, release or escape of "pollutants":

(a) At or from any premises, site or location which is or was at any time owned or occupied by, or rented or loaned to, any insured. However, this subparagraph does not apply to:

(i) "Bodily injury" if sustained within a building and caused by smoke, fumes, vapor or soot produced by or originating from equipment that is used to heat, cool or dehumidify the building, or equipment that is used to heat water for personal use, by the building's occupants or their guests;

(ii) "Bodily injury" or "property damage" for which you may be held liable, if you are a contractor and the owner or lessee of such premises, site or location has been added to your policy as an additional insured with respect to your ongoing operations performed for that additional insured at that premises, site or location and such premises, site or location is not and never was owned or occupied by, or rented or loaned to, any insured, other than that additional insured; or

(iii) "Bodily injury" or "property damage" arising out of heat, smoke or fumes from a "hostile fire";

(b) At or from any premises, site or location which is or was at any time used by or for any insured or others for the handling, storage, disposal, processing or treatment of waste;

(c) Which are or were at any time transported, handled, stored, treated, disposed of, or processed as waste by or for:

(i) Any insured; or

(ii) Any person or organization for whom you may be legally responsible; or

(d) At or from any premises, site or location on which any insured or any contractors or subcontractors working directly or indirectly on any insured's behalf are performing operations if the "pollutants" are brought on or to the premises, site or location in connection with such operations by such insured, contractor or subcontractor. However, this subparagraph does not apply to:

(i) "Bodily injury" or "property damage" arising out of the escape of fuels, lubricants or other operating fluids which are needed to perform the normal electrical, hydraulic or mechanical functions necessary for the operation of "mobile equipment" or its parts, if such fuels, lubricants or other operating fluids escape from a vehicle part designed to hold, store or receive them. This exception does not apply if the "bodily injury" or "property damage" arises out of the intentional discharge, dispersal or release of the fuels, lubricants or other operating fluids, or if such fuels, lubricants or other operating fluids are brought on or to the premises, site or location with the intent that they be discharged, dispersed or released as part of the operations being performed by such insured, contractor or subcontractor;

(ii) "Bodily injury" or "property damage" sustained within a building and caused by the release of gases, fumes or vapors from materials brought into that building in connection with operations being performed by you or on your behalf by a contractor or subcontractor; or

(iii) "Bodily injury" or "property damage" arising out of heat, smoke or fumes from a "hostile fire".

(e) At or from any premises, site or location on which any insured or any contractors or subcontractors working directly or indirectly on any insured's behalf are performing operations if the operations are to test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of, "pollutants".

**(2)** Any loss, cost or expense arising out of any:

**(a)** Request, demand, order or statutory or regulatory requirement that any insured or others test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of, "pollutants"; or

**(b)** Claim or suit by or on behalf of a governmental authority for damages because of testing for, monitoring, cleaning up, removing, containing, treating, detoxifying or neutralizing, or in any way responding to, or assessing the effects of, "pollutants".

However, this paragraph does not apply to liability for damages because of "property damage" that the insured would have in the absence of such request, demand, order or statutory or regulatory requirement, or such claim or "suit" by or on behalf of a governmental authority.

**g. Aircraft, Auto Or Watercraft**

"Bodily injury" or "property damage" arising out of the ownership, maintenance, use or entrustment to others of any aircraft, "auto" or watercraft owned or operated by or rented or loaned to any insured. Use includes operation and "loading or unloading".

This exclusion applies even if the claims against any insured allege negligence or other wrongdoing in the supervision, hiring, employment, training or monitoring of others by that insured, if the "occurrence" which caused the "bodily injury" or "property damage" involved the ownership, maintenance, use or entrustment to others of any aircraft, "auto" or watercraft that is owned or operated by or rented or loaned to any insured.

This exclusion does not apply to:

**(1)** A watercraft while ashore on premises you own or rent;

**(2)** A watercraft you do not own that is:

**(a)** Less than 26 feet long; and

**(b)** Not being used to carry persons or property for a charge;

**(3)** Parking an "auto" on, or on the ways next to, premises you own or rent, provided the "auto" is not owned by or rented or loaned to you or the insured;

**(4)** Liability assumed under any "insured contract" for the ownership, maintenance or use of aircraft or watercraft; or

**(5)** "Bodily injury" or "property damage" arising out of:

**(a)** The operation of machinery or equipment that is attached to, or part of, a land vehicle that would qualify under the definition of "mobile equipment" if it were not subject to a compulsory or financial responsibility law or other motor vehicle insurance law where it is licensed or principally garaged; or

**(b)** The operation of any of the machinery or equipment listed in Paragraph **f.(2)** or **f.(3)** of the definition of "mobile equipment".

**h. Mobile Equipment**

"Bodily injury" or "property damage" arising out of:

**(1)** The transportation of "mobile equipment" by an "auto" owned or operated by or rented or loaned to any insured; or

**(2)** The use of "mobile equipment" in, or while in practice for, or while being prepared for, any prearranged racing, speed, demolition, or stunting activity.

**i. War**

"Bodily injury" or "property damage", however caused, arising, directly or indirectly, out of:

**(1)** War, including undeclared or civil war;

**(2)** Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents; or

**(3)** Insurrection, rebellion, revolution, usurped power, or action taken by governmental authority in hindering or defending against any of these.

**j. Damage To Property**

"Property damage" to:

**(1)** Property you own, rent, or occupy, including any costs or expenses incurred by you, or any other person, organization or entity, for repair, replacement, enhancement, restoration or maintenance of such property for any reason, including prevention of injury to a person or damage to another's property;

**(2)** Premises you sell, give away or abandon, if the "property damage" arises out of any part of those premises;

**(3)** Property loaned to you;

**(4)** Personal property in the care, custody or control of the insured;

**(5)** That particular part of real property on which you or any contractors or subcontractors working directly or indirectly on your behalf are performing operations, if the "property damage" arises out of those operations; or

**(6)** That particular part of any property that must be restored, repaired or replaced because "your work" was incorrectly performed on it.

Paragraphs **(1)**, **(3)** and **(4)** of this exclusion do not apply to "property damage" (other than damage by fire) to premises, including the contents of such premises, rented to you for a period of seven or fewer consecutive days. A separate limit of insurance applies to Damage To Premises Rented To You as described in Section **III** – Limits Of Insurance.

Paragraph **(2)** of this exclusion does not apply if the premises are "your work" and were never occupied, rented or held for rental by you.

Paragraphs **(3)**, **(4)**, **(5)** and **(6)** of this exclusion do not apply to liability assumed under a sidetrack agreement.

Paragraph **(6)** of this exclusion does not apply to "property damage" included in the "products-completed operations hazard".

#### k. Damage To Your Product

"Property damage" to "your product" arising out of it or any part of it.

#### l. Damage To Your Work

"Property damage" to "your work" arising out of it or any part of it and included in the "products-completed operations hazard".

This exclusion does not apply if the damaged work or the work out of which the damage arises was performed on your behalf by a subcontractor.

#### m. Damage To Impaired Property Or Property Not Physically Injured

"Property damage" to "impaired property" or property that has not been physically injured, arising out of:

**(1)** A defect, deficiency, inadequacy or dangerous condition in "your product" or "your work"; or

**(2)** A delay or failure by you or anyone acting on your behalf to perform a contract or agreement in accordance with its terms.

This exclusion does not apply to the loss of use of other property arising out of sudden and accidental physical injury to "your product" or "your work" after it has been put to its intended use.

#### n. Recall Of Products, Work Or Impaired Property

Damages claimed for any loss, cost or expense incurred by you or others for the loss of use, withdrawal, recall, inspection, repair, replacement, adjustment, removal or disposal of:

**(1)** "Your product";

**(2)** "Your work"; or

**(3)** "Impaired property";

if such product, work, or property is withdrawn or recalled from the market or from use by any person or organization because of a known or suspected defect, deficiency, inadequacy or dangerous condition in it.

#### o. Personal And Advertising Injury

"Bodily injury" arising out of "personal and advertising injury".

#### p. Electronic Data

Damages arising out of the loss of, loss of use of, damage to, corruption of, inability to access, or inability to manipulate electronic data.

However, this exclusion does not apply to liability for damages because of "bodily injury".

As used in this exclusion, electronic data means information, facts or programs stored as or on, created or used on, or transmitted to or from computer software, including systems and applications software, hard or floppy disks, CD-ROMs, tapes, drives, cells, data processing devices or any other media which are used with electronically controlled equipment.

#### q. Recording And Distribution Of Material Or Information In Violation Of Law

"Bodily injury" or "property damage" arising directly or indirectly out of any action or omission that violates or is alleged to violate:

**(1)** The Telephone Consumer Protection Act (TCPA), including any amendment of or addition to such law;

**(2)** The CAN-SPAM Act of 2003, including any amendment of or addition to such law;

**(3)** The Fair Credit Reporting Act (FCRA), and any amendment of or addition to such law, including the Fair and Accurate Credit Transactions Act (FACTA); or

 © Insurance Services Office, Inc., 2012

**(4)** Any federal, state or local statute, ordinance or regulation, other than the TCPA, CAN-SPAM Act of 2003 or FCRA and their amendments and additions, that addresses, prohibits, or limits the printing, dissemination, disposal, collecting, recording, sending, transmitting, communicating or distribution of material or information.

Exclusions **c.** through **n.** do not apply to damage by fire to premises while rented to you or temporarily occupied by you with permission of the owner. A separate limit of insurance applies to this coverage as described in Section **III** – Limits Of Insurance.

### COVERAGE B – PERSONAL AND ADVERTISING INJURY LIABILITY

#### 1. Insuring Agreement

**a.** We will pay those sums that the insured becomes legally obligated to pay as damages because of "personal and advertising injury" to which this insurance applies. We will have the right and duty to defend the insured against any "suit" seeking those damages. However, we will have no duty to defend the insured against any "suit" seeking damages for "personal and advertising injury" to which this insurance does not apply. We may, at our discretion, investigate any offense and settle any claim or "suit" that may result. But:

**(1)** The amount we will pay for damages is limited as described in Section **III** – Limits Of Insurance; and

**(2)** Our right and duty to defend end when we have used up the applicable limit of insurance in the payment of judgments or settlements under Coverages **A** or **B** or medical expenses under Coverage **C.**

No other obligation or liability to pay sums or perform acts or services is covered unless explicitly provided for under Supplementary Payments – Coverages **A** and **B.**

**b.** This insurance applies to "personal and advertising injury" caused by an offense arising out of your business but only if the offense was committed in the "coverage territory" during the policy period.

#### 2. Exclusions

This insurance does not apply to:

#### a. Knowing Violation Of Rights Of Another

"Personal and advertising injury" caused by or at the direction of the insured with the knowledge that the act would violate the rights of another and would inflict "personal and advertising injury".

#### b. Material Published With Knowledge Of Falsity

"Personal and advertising injury" arising out of oral or written publication, in any manner, of material, if done by or at the direction of the insured with knowledge of its falsity.

#### c. Material Published Prior To Policy Period

"Personal and advertising injury" arising out of oral or written publication, in any manner, of material whose first publication took place before the beginning of the policy period.

#### d. Criminal Acts

"Personal and advertising injury" arising out of a criminal act committed by or at the direction of the insured.

#### e. Contractual Liability

"Personal and advertising injury" for which the insured has assumed liability in a contract or agreement. This exclusion does not apply to liability for damages that the insured would have in the absence of the contract or agreement.

#### f. Breach Of Contract

"Personal and advertising injury" arising out of a breach of contract, except an implied contract to use another's advertising idea in your "advertisement".

#### g. Quality Or Performance Of Goods – Failure To Conform To Statements

"Personal and advertising injury" arising out of the failure of goods, products or services to conform with any statement of quality or performance made in your "advertisement".

#### h. Wrong Description Of Prices

"Personal and advertising injury" arising out of the wrong description of the price of goods, products or services stated in your "advertisement".

© Insurance Services Office, Inc., 2012 CG 00 01 04 13

### i. Infringement Of Copyright, Patent, Trademark Or Trade Secret

"Personal and advertising injury" arising out of the infringement of copyright, patent, trademark, trade secret or other intellectual property rights. Under this exclusion, such other intellectual property rights do not include the use of another's advertising idea in your "advertisement".

However, this exclusion does not apply to infringement, in your "advertisement", of copyright, trade dress or slogan.

### j. Insureds In Media And Internet Type Businesses

"Personal and advertising injury" committed by an insured whose business is:

**(1)** Advertising, broadcasting, publishing or telecasting;

**(2)** Designing or determining content of web sites for others; or

**(3)** An Internet search, access, content or service provider.

However, this exclusion does not apply to Paragraphs **14.a., b.** and **c.** of "personal and advertising injury" under the Definitions section.

For the purposes of this exclusion, the placing of frames, borders or links, or advertising, for you or others anywhere on the Internet, is not by itself, considered the business of advertising, broadcasting, publishing or telecasting.

### k. Electronic Chatrooms Or Bulletin Boards

"Personal and advertising injury" arising out of an electronic chatroom or bulletin board the insured hosts, owns, or over which the insured exercises control.

### l. Unauthorized Use Of Another's Name Or Product

"Personal and advertising injury" arising out of the unauthorized use of another's name or product in your e-mail address, domain name or metatag, or any other similar tactics to mislead another's potential customers.

### m. Pollution

"Personal and advertising injury" arising out of the actual, alleged or threatened discharge, dispersal, seepage, migration, release or escape of "pollutants" at any time.

### n. Pollution-related

Any loss, cost or expense arising out of any:

**(1)** Request, demand, order or statutory or regulatory requirement that any insured or others test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of, "pollutants"; or

**(2)** Claim or suit by or on behalf of a governmental authority for damages because of testing for, monitoring, cleaning up, removing, containing, treating, detoxifying or neutralizing, or in any way responding to, or assessing the effects of, "pollutants".

### o. War

"Personal and advertising injury", however caused, arising, directly or indirectly, out of:

**(1)** War, including undeclared or civil war;

**(2)** Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents; or

**(3)** Insurrection, rebellion, revolution, usurped power, or action taken by governmental authority in hindering or defending against any of these.

### p. Recording And Distribution Of Material Or Information In Violation Of Law

"Personal and advertising injury" arising directly or indirectly out of any action or omission that violates or is alleged to violate:

**(1)** The Telephone Consumer Protection Act (TCPA), including any amendment of or addition to such law;

**(2)** The CAN-SPAM Act of 2003, including any amendment of or addition to such law;

**(3)** The Fair Credit Reporting Act (FCRA), and any amendment of or addition to such law, including the Fair and Accurate Credit Transactions Act (FACTA); or

**(4)** Any federal, state or local statute, ordinance or regulation, other than the TCPA, CAN-SPAM Act of 2003 or FCRA and their amendments and additions, that addresses, prohibits, or limits the printing, dissemination, disposal, collecting, recording, sending, transmitting, communicating or distribution of material or information.

## COVERAGE C – MEDICAL PAYMENTS

### 1. Insuring Agreement

**a.** We will pay medical expenses as described below for "bodily injury" caused by an accident:

**(1)** On premises you own or rent;

**(2)** On ways next to premises you own or rent; or

**(3)** Because of your operations;

provided that:

**(a)** The accident takes place in the "coverage territory" and during the policy period;

**(b)** The expenses are incurred and reported to us within one year of the date of the accident; and

**(c)** The injured person submits to examination, at our expense, by physicians of our choice as often as we reasonably require.

**b.** We will make these payments regardless of fault. These payments will not exceed the applicable limit of insurance. We will pay reasonable expenses for:

**(1)** First aid administered at the time of an accident;

**(2)** Necessary medical, surgical, X-ray and dental services, including prosthetic devices; and

**(3)** Necessary ambulance, hospital, professional nursing and funeral services.

### 2. Exclusions

We will not pay expenses for "bodily injury":

#### a. Any Insured

To any insured, except "volunteer workers".

#### b. Hired Person

To a person hired to do work for or on behalf of any insured or a tenant of any insured.

#### c. Injury On Normally Occupied Premises

To a person injured on that part of premises you own or rent that the person normally occupies.

#### d. Workers' Compensation And Similar Laws

To a person, whether or not an "employee" of any insured, if benefits for the "bodily injury" are payable or must be provided under a workers' compensation or disability benefits law or a similar law.

#### e. Athletics Activities

To a person injured while practicing, instructing or participating in any physical exercises or games, sports, or athletic contests.

#### f. Products-Completed Operations Hazard

Included within the "products-completed operations hazard".

#### g. Coverage A Exclusions

Excluded under Coverage **A.**

## SUPPLEMENTARY PAYMENTS – COVERAGES A AND B

**1.** We will pay, with respect to any claim we investigate or settle, or any "suit" against an insured we defend:

**a.** All expenses we incur.

**b.** Up to $250 for cost of bail bonds required because of accidents or traffic law violations arising out of the use of any vehicle to which the Bodily Injury Liability Coverage applies. We do not have to furnish these bonds.

**c.** The cost of bonds to release attachments, but only for bond amounts within the applicable limit of insurance. We do not have to furnish these bonds.

**d.** All reasonable expenses incurred by the insured at our request to assist us in the investigation or defense of the claim or "suit", including actual loss of earnings up to $250 a day because of time off from work.

**e.** All court costs taxed against the insured in the "suit". However, these payments do not include attorneys' fees or attorneys' expenses taxed against the insured.

**f.** Prejudgment interest awarded against the insured on that part of the judgment we pay. If we make an offer to pay the applicable limit of insurance, we will not pay any prejudgment interest based on that period of time after the offer.

© Insurance Services Office, Inc., 2012        CG 00 01 04 13

**g.** All interest on the full amount of any judgment that accrues after entry of the judgment and before we have paid, offered to pay, or deposited in court the part of the judgment that is within the applicable limit of insurance.

These payments will not reduce the limits of insurance.

**2.** If we defend an insured against a "suit" and an indemnitee of the insured is also named as a party to the "suit", we will defend that indemnitee if all of the following conditions are met:

**a.** The "suit" against the indemnitee seeks damages for which the insured has assumed the liability of the indemnitee in a contract or agreement that is an "insured contract";

**b.** This insurance applies to such liability assumed by the insured;

**c.** The obligation to defend, or the cost of the defense of, that indemnitee, has also been assumed by the insured in the same "insured contract";

**d.** The allegations in the "suit" and the information we know about the "occurrence" are such that no conflict appears to exist between the interests of the insured and the interests of the indemnitee;

**e.** The indemnitee and the insured ask us to conduct and control the defense of that indemnitee against such "suit" and agree that we can assign the same counsel to defend the insured and the indemnitee; and

**f.** The indemnitee:

**(1)** Agrees in writing to:

**(a)** Cooperate with us in the investigation, settlement or defense of the "suit";

**(b)** Immediately send us copies of any demands, notices, summonses or legal papers received in connection with the "suit";

**(c)** Notify any other insurer whose coverage is available to the indemnitee; and

**(d)** Cooperate with us with respect to coordinating other applicable insurance available to the indemnitee; and

**(2)** Provides us with written authorization to:

**(a)** Obtain records and other information related to the "suit"; and

**(b)** Conduct and control the defense of the indemnitee in such "suit".

So long as the above conditions are met, attorneys' fees incurred by us in the defense of that indemnitee, necessary litigation expenses incurred by us and necessary litigation expenses incurred by the indemnitee at our request will be paid as Supplementary Payments. Notwithstanding the provisions of Paragraph **2.b.(2)** of Section **I** – Coverage **A** – Bodily Injury And Property Damage Liability, such payments will not be deemed to be damages for "bodily injury" and "property damage" and will not reduce the limits of insurance.

Our obligation to defend an insured's indemnitee and to pay for attorneys' fees and necessary litigation expenses as Supplementary Payments ends when we have used up the applicable limit of insurance in the payment of judgments or settlements or the conditions set forth above, or the terms of the agreement described in Paragraph **f.** above, are no longer met.

## SECTION II – WHO IS AN INSURED

**1.** If you are designated in the Declarations as:

**a.** An individual, you and your spouse are insureds, but only with respect to the conduct of a business of which you are the sole owner.

**b.** A partnership or joint venture, you are an insured. Your members, your partners, and their spouses are also insureds, but only with respect to the conduct of your business.

**c.** A limited liability company, you are an insured. Your members are also insureds, but only with respect to the conduct of your business. Your managers are insureds, but only with respect to their duties as your managers.

**d.** An organization other than a partnership, joint venture or limited liability company, you are an insured. Your "executive officers" and directors are insureds, but only with respect to their duties as your officers or directors. Your stockholders are also insureds, but only with respect to their liability as stockholders.

**e.** A trust, you are an insured. Your trustees are also insureds, but only with respect to their duties as trustees.

Case 1:22-cv-05255 Document #: 1 Filed: 09/23/22 Page 87 of 140 PageID #: 91

**2.** Each of the following is also an insured:

   **a.** Your "volunteer workers" only while performing duties related to the conduct of your business, or your "employees", other than either your "executive officers" (if you are an organization other than a partnership, joint venture or limited liability company) or your managers (if you are a limited liability company), but only for acts within the scope of their employment by you or while performing duties related to the conduct of your business. However, none of these "employees" or "volunteer workers" are insureds for:

     **(1)** "Bodily injury" or "personal and advertising injury":

       **(a)** To you, to your partners or members (if you are a partnership or joint venture), to your members (if you are a limited liability company), to a co-"employee" while in the course of his or her employment or performing duties related to the conduct of your business, or to your other "volunteer workers" while performing duties related to the conduct of your business;

       **(b)** To the spouse, child, parent, brother or sister of that co-"employee" or "volunteer worker" as a consequence of Paragraph **(1)(a)** above;

       **(c)** For which there is any obligation to share damages with or repay someone else who must pay damages because of the injury described in Paragraph **(1)(a)** or **(b)** above; or

       **(d)** Arising out of his or her providing or failing to provide professional health care services.

     **(2)** "Property damage" to property:

       **(a)** Owned, occupied or used by;

       **(b)** Rented to, in the care, custody or control of, or over which physical control is being exercised for any purpose by;

     you, any of your "employees", "volunteer workers", any partner or member (if you are a partnership or joint venture), or any member (if you are a limited liability company).

   **b.** Any person (other than your "employee" or "volunteer worker"), or any organization while acting as your real estate manager.

   **c.** Any person or organization having proper temporary custody of your property if you die, but only:

     **(1)** With respect to liability arising out of the maintenance or use of that property; and

     **(2)** Until your legal representative has been appointed.

   **d.** Your legal representative if you die, but only with respect to duties as such. That representative will have all your rights and duties under this Coverage Part.

**3.** Any organization you newly acquire or form, other than a partnership, joint venture or limited liability company, and over which you maintain ownership or majority interest, will qualify as a Named Insured if there is no other similar insurance available to that organization. However:

   **a.** Coverage under this provision is afforded only until the 90th day after you acquire or form the organization or the end of the policy period, whichever is earlier;

   **b.** Coverage **A** does not apply to "bodily injury" or "property damage" that occurred before you acquired or formed the organization; and

   **c.** Coverage **B** does not apply to "personal and advertising injury" arising out of an offense committed before you acquired or formed the organization.

No person or organization is an insured with respect to the conduct of any current or past partnership, joint venture or limited liability company that is not shown as a Named Insured in the Declarations.

### SECTION III – LIMITS OF INSURANCE

**1.** The Limits of Insurance shown in the Declarations and the rules below fix the most we will pay regardless of the number of:

   **a.** Insureds;

   **b.** Claims made or "suits" brought; or

   **c.** Persons or organizations making claims or bringing "suits".

**2.** The General Aggregate Limit is the most we will pay for the sum of:

   **a.** Medical expenses under Coverage **C**;

   **b.** Damages under Coverage **A,** except damages because of "bodily injury" or "property damage" included in the "products-completed operations hazard"; and

   **c.** Damages under Coverage **B.**

FILED: KINGS COUNTY CLERK 07/08/2019 04:03 PM INDEX NO. 514871/2019
NYSCEF DOC. NO.: 3 Case 1:22-cv-05266 Document #1 Filed: 09/23/20 Page 88 of 140 PageID #:288 RECEIVED NYSCEF: 07/08/2019

**3.** The Products-Completed Operations Aggregate Limit is the most we will pay under Coverage **A** for damages because of "bodily injury" and "property damage" included in the "products-completed operations hazard".

**4.** Subject to Paragraph **2.** above, the Personal And Advertising Injury Limit is the most we will pay under Coverage **B** for the sum of all damages because of all "personal and advertising injury" sustained by any one person or organization.

**5.** Subject to Paragraph **2.** or **3.** above, whichever applies, the Each Occurrence Limit is the most we will pay for the sum of:

   **a.** Damages under Coverage **A;** and

   **b.** Medical expenses under Coverage **C**

   because of all "bodily injury" and "property damage" arising out of any one "occurrence".

**6.** Subject to Paragraph **5.** above, the Damage To Premises Rented To You Limit is the most we will pay under Coverage **A** for damages because of "property damage" to any one premises, while rented to you, or in the case of damage by fire, while rented to you or temporarily occupied by you with permission of the owner.

**7.** Subject to Paragraph **5.** above, the Medical Expense Limit is the most we will pay under Coverage **C** for all medical expenses because of "bodily injury" sustained by any one person.

The Limits of Insurance of this Coverage Part apply separately to each consecutive annual period and to any remaining period of less than 12 months, starting with the beginning of the policy period shown in the Declarations, unless the policy period is extended after issuance for an additional period of less than 12 months. In that case, the additional period will be deemed part of the last preceding period for purposes of determining the Limits of Insurance.

### SECTION IV – COMMERCIAL GENERAL LIABILITY CONDITIONS

**1. Bankruptcy**

   Bankruptcy or insolvency of the insured or of the insured's estate will not relieve us of our obligations under this Coverage Part.

**2. Duties In The Event Of Occurrence, Offense, Claim Or Suit**

   **a.** You must see to it that we are notified as soon as practicable of an "occurrence" or an offense which may result in a claim. To the extent possible, notice should include:

   **(1)** How, when and where the "occurrence" or offense took place;

   **(2)** The names and addresses of any injured persons and witnesses; and

   **(3)** The nature and location of any injury or damage arising out of the "occurrence" or offense.

   **b.** If a claim is made or "suit" is brought against any insured, you must:

   **(1)** Immediately record the specifics of the claim or "suit" and the date received; and

   **(2)** Notify us as soon as practicable.

   You must see to it that we receive written notice of the claim or "suit" as soon as practicable.

   **c.** You and any other involved insured must:

   **(1)** Immediately send us copies of any demands, notices, summonses or legal papers received in connection with the claim or "suit";

   **(2)** Authorize us to obtain records and other information;

   **(3)** Cooperate with us in the investigation or settlement of the claim or defense against the "suit"; and

   **(4)** Assist us, upon our request, in the enforcement of any right against any person or organization which may be liable to the insured because of injury or damage to which this insurance may also apply.

   **d.** No insured will, except at that insured's own cost, voluntarily make a payment, assume any obligation, or incur any expense, other than for first aid, without our consent.

### 3. Legal Action Against Us

   No person or organization has a right under this Coverage Part:

   **a.** To join us as a party or otherwise bring us into a "suit" asking for damages from an insured; or

   **b.** To sue us on this Coverage Part unless all of its terms have been fully complied with.

   A person or organization may sue us to recover on an agreed settlement or on a final judgment against an insured; but we will not be liable for damages that are not payable under the terms of this Coverage Part or that are in excess of the applicable limit of insurance. An agreed settlement means a settlement and release of liability signed by us, the insured and the claimant or the claimant's legal representative.

FILED: KINGS COUNTY CLERK 07/08/2019 04:03 PM
NYSCEF DOC. NO. 3

INDEX NO. 514871/2019
RECEIVED NYSCEF: 07/08/2019

Case 1:22-cv-05255 Document #1 Filed: 08/23/22 Page 89 of 140 PageID #: 93

#### 4. Other Insurance

If other valid and collectible insurance is available to the insured for a loss we cover under Coverages **A** or **B** of this Coverage Part, our obligations are limited as follows:

##### a. Primary Insurance

This insurance is primary except when Paragraph **b.** below applies. If this insurance is primary, our obligations are not affected unless any of the other insurance is also primary. Then, we will share with all that other insurance by the method described in Paragraph **c.** below.

##### b. Excess Insurance

**(1)** This insurance is excess over:

**(a)** Any of the other insurance, whether primary, excess, contingent or on any other basis:

**(i)** That is Fire, Extended Coverage, Builder's Risk, Installation Risk or similar coverage for "your work";

**(ii)** That is Fire insurance for premises rented to you or temporarily occupied by you with permission of the owner;

**(iii)** That is insurance purchased by you to cover your liability as a tenant for "property damage" to premises rented to you or temporarily occupied by you with permission of the owner; or

**(iv)** If the loss arises out of the maintenance or use of aircraft, "autos" or watercraft to the extent not subject to Exclusion **g.** of Section **I** – Coverage **A** – Bodily Injury And Property Damage Liability.

**(b)** Any other primary insurance available to you covering liability for damages arising out of the premises or operations, or the products and completed operations, for which you have been added as an additional insured.

**(2)** When this insurance is excess, we will have no duty under Coverages **A** or **B** to defend the insured against any "suit" if any other insurer has a duty to defend the insured against that "suit". If no other insurer defends, we will undertake to do so, but we will be entitled to the insured's rights against all those other insurers.

**(3)** When this insurance is excess over other insurance, we will pay only our share of the amount of the loss, if any, that exceeds the sum of:

**(a)** The total amount that all such other insurance would pay for the loss in the absence of this insurance; and

**(b)** The total of all deductible and self-insured amounts under all that other insurance.

**(4)** We will share the remaining loss, if any, with any other insurance that is not described in this Excess Insurance provision and was not bought specifically to apply in excess of the Limits of Insurance shown in the Declarations of this Coverage Part.

##### c. Method Of Sharing

If all of the other insurance permits contribution by equal shares, we will follow this method also. Under this approach each insurer contributes equal amounts until it has paid its applicable limit of insurance or none of the loss remains, whichever comes first.

If any of the other insurance does not permit contribution by equal shares, we will contribute by limits. Under this method, each insurer's share is based on the ratio of its applicable limit of insurance to the total applicable limits of insurance of all insurers.

#### 5. Premium Audit

**a.** We will compute all premiums for this Coverage Part in accordance with our rules and rates.

**b.** Premium shown in this Coverage Part as advance premium is a deposit premium only. At the close of each audit period we will compute the earned premium for that period and send notice to the first Named Insured. The due date for audit and retrospective premiums is the date shown as the due date on the bill. If the sum of the advance and audit premiums paid for the policy period is greater than the earned premium, we will return the excess to the first Named Insured.

**c.** The first Named Insured must keep records of the information we need for premium computation, and send us copies at such times as we may request.

#### 6. Representations

By accepting this policy, you agree:

**a.** The statements in the Declarations are accurate and complete;

© Insurance Services Office, Inc., 2012 CG 00 01 04 13

**b.** Those statements are based upon representations you made to us; and

**c.** We have issued this policy in reliance upon your representations.

**7. Separation Of Insureds**

Except with respect to the Limits of Insurance, and any rights or duties specifically assigned in this Coverage Part to the first Named Insured, this insurance applies:

**a.** As if each Named Insured were the only Named Insured; and

**b.** Separately to each insured against whom claim is made or "suit" is brought.

**8. Transfer Of Rights Of Recovery Against Others To Us**

If the insured has rights to recover all or part of any payment we have made under this Coverage Part, those rights are transferred to us. The insured must do nothing after loss to impair them. At our request, the insured will bring "suit" or transfer those rights to us and help us enforce them.

**9. When We Do Not Renew**

If we decide not to renew this Coverage Part, we will mail or deliver to the first Named Insured shown in the Declarations written notice of the nonrenewal not less than 30 days before the expiration date.

If notice is mailed, proof of mailing will be sufficient proof of notice.

**SECTION V – DEFINITIONS**

**1.** "Advertisement" means a notice that is broadcast or published to the general public or specific market segments about your goods, products or services for the purpose of attracting customers or supporters. For the purposes of this definition:

**a.** Notices that are published include material placed on the Internet or on similar electronic means of communication; and

**b.** Regarding web sites, only that part of a web site that is about your goods, products or services for the purposes of attracting customers or supporters is considered an advertisement.

**2.** "Auto" means:

**a.** A land motor vehicle, trailer or semitrailer designed for travel on public roads, including any attached machinery or equipment; or

**b.** Any other land vehicle that is subject to a compulsory or financial responsibility law or other motor vehicle insurance law where it is licensed or principally garaged.

However, "auto" does not include "mobile equipment".

**3.** "Bodily injury" means bodily injury, sickness or disease sustained by a person, including death resulting from any of these at any time.

**4.** "Coverage territory" means:

**a.** The United States of America (including its territories and possessions), Puerto Rico and Canada;

**b.** International waters or airspace, but only if the injury or damage occurs in the course of travel or transportation between any places included in Paragraph **a.** above; or

**c.** All other parts of the world if the injury or damage arises out of:

**(1)** Goods or products made or sold by you in the territory described in Paragraph **a.** above;

**(2)** The activities of a person whose home is in the territory described in Paragraph **a.** above, but is away for a short time on your business; or

**(3)** "Personal and advertising injury" offenses that take place through the Internet or similar electronic means of communication;

provided the insured's responsibility to pay damages is determined in a "suit" on the merits, in the territory described in Paragraph **a.** above or in a settlement we agree to.

**5.** "Employee" includes a "leased worker". "Employee" does not include a "temporary worker".

**6.** "Executive officer" means a person holding any of the officer positions created by your charter, constitution, bylaws or any other similar governing document.

**7.** "Hostile fire" means one which becomes uncontrollable or breaks out from where it was intended to be.

**8.** "Impaired property" means tangible property, other than "your product" or "your work", that cannot be used or is less useful because:

**a.** It incorporates "your product" or "your work" that is known or thought to be defective, deficient, inadequate or dangerous; or

**b.** You have failed to fulfill the terms of a contract or agreement;

if such property can be restored to use by the repair, replacement, adjustment or removal of "your product" or "your work" or your fulfilling the terms of the contract or agreement.

**9.** "Insured contract" means:

**a.** A contract for a lease of premises. However, that portion of the contract for a lease of premises that indemnifies any person or organization for damage by fire to premises while rented to you or temporarily occupied by you with permission of the owner is not an "insured contract";

**b.** A sidetrack agreement;

**c.** Any easement or license agreement, except in connection with construction or demolition operations on or within 50 feet of a railroad;

**d.** An obligation, as required by ordinance, to indemnify a municipality, except in connection with work for a municipality;

**e.** An elevator maintenance agreement;

**f.** That part of any other contract or agreement pertaining to your business (including an indemnification of a municipality in connection with work performed for a municipality) under which you assume the tort liability of another party to pay for "bodily injury" or "property damage" to a third person or organization. Tort liability means a liability that would be imposed by law in the absence of any contract or agreement.

Paragraph **f.** does not include that part of any contract or agreement:

**(1)** That indemnifies a railroad for "bodily injury" or "property damage" arising out of construction or demolition operations, within 50 feet of any railroad property and affecting any railroad bridge or trestle, tracks, road-beds, tunnel, underpass or crossing;

**(2)** That indemnifies an architect, engineer or surveyor for injury or damage arising out of:

**(a)** Preparing, approving, or failing to prepare or approve, maps, shop drawings, opinions, reports, surveys, field orders, change orders or drawings and specifications; or

**(b)** Giving directions or instructions, or failing to give them, if that is the primary cause of the injury or damage; or

**(3)** Under which the insured, if an architect, engineer or surveyor, assumes liability for an injury or damage arising out of the insured's rendering or failure to render professional services, including those listed in **(2)** above and supervisory, inspection, architectural or engineering activities.

**10.** "Leased worker" means a person leased to you by a labor leasing firm under an agreement between you and the labor leasing firm, to perform duties related to the conduct of your business. "Leased worker" does not include a "temporary worker".

**11.** "Loading or unloading" means the handling of property:

**a.** After it is moved from the place where it is accepted for movement into or onto an aircraft, watercraft or "auto";

**b.** While it is in or on an aircraft, watercraft or "auto"; or

**c.** While it is being moved from an aircraft, watercraft or "auto" to the place where it is finally delivered;

but "loading or unloading" does not include the movement of property by means of a mechanical device, other than a hand truck, that is not attached to the aircraft, watercraft or "auto".

**12.** "Mobile equipment" means any of the following types of land vehicles, including any attached machinery or equipment:

**a.** Bulldozers, farm machinery, forklifts and other vehicles designed for use principally off public roads;

**b.** Vehicles maintained for use solely on or next to premises you own or rent;

**c.** Vehicles that travel on crawler treads;

**d.** Vehicles, whether self-propelled or not, maintained primarily to provide mobility to permanently mounted:

**(1)** Power cranes, shovels, loaders, diggers or drills; or

**(2)** Road construction or resurfacing equipment such as graders, scrapers or rollers;

**e.** Vehicles not described in Paragraph **a., b., c.** or **d.** above that are not self-propelled and are maintained primarily to provide mobility to permanently attached equipment of the following types:

**(1)** Air compressors, pumps and generators, including spraying, welding, building cleaning, geophysical exploration, lighting and well servicing equipment; or

**(2)** Cherry pickers and similar devices used to raise or lower workers;

**f.** Vehicles not described in Paragraph **a., b., c.** or **d.** above maintained primarily for purposes other than the transportation of persons or cargo.

© Insurance Services Office, Inc., 2012    CG 00 01 04 13

FILED: KINGS COUNTY CLERK 07/08/2019 04:03 PM INDEX NO. 514871/2019
NYSCEF DOC. NO. 3 RECEIVED NYSCEF: 07/08/2019
Case 1:22-cv-05265 Document #: 1 Filed: 09/23/22 Page 92 of 140 PageID #: 96

However, self-propelled vehicles with the following types of permanently attached equipment are not "mobile equipment" but will be considered "autos":

**(1)** Equipment designed primarily for:

**(a)** Snow removal;

**(b)** Road maintenance, but not construction or resurfacing; or

**(c)** Street cleaning;

**(2)** Cherry pickers and similar devices mounted on automobile or truck chassis and used to raise or lower workers; and

**(3)** Air compressors, pumps and generators, including spraying, welding, building cleaning, geophysical exploration, lighting and well servicing equipment.

However, "mobile equipment" does not include any land vehicles that are subject to a compulsory or financial responsibility law or other motor vehicle insurance law where it is licensed or principally garaged. Land vehicles subject to a compulsory or financial responsibility law or other motor vehicle insurance law are considered "autos".

**13.** "Occurrence" means an accident, including continuous or repeated exposure to substantially the same general harmful conditions.

**14.** "Personal and advertising injury" means injury, including consequential "bodily injury", arising out of one or more of the following offenses:

**a.** False arrest, detention or imprisonment;

**b.** Malicious prosecution;

**c.** The wrongful eviction from, wrongful entry into, or invasion of the right of private occupancy of a room, dwelling or premises that a person occupies, committed by or on behalf of its owner, landlord or lessor;

**d.** Oral or written publication, in any manner, of material that slanders or libels a person or organization or disparages a person's or organization's goods, products or services;

**e.** Oral or written publication, in any manner, of material that violates a person's right of privacy;

**f.** The use of another's advertising idea in your "advertisement"; or

**g.** Infringing upon another's copyright, trade dress or slogan in your "advertisement".

**15.** "Pollutants" mean any solid, liquid, gaseous or thermal irritant or contaminant, including smoke, vapor, soot, fumes, acids, alkalis, chemicals and waste. Waste includes materials to be recycled, reconditioned or reclaimed.

**16.** "Products-completed operations hazard":

**a.** Includes all "bodily injury" and "property damage" occurring away from premises you own or rent and arising out of "your product" or "your work" except:

**(1)** Products that are still in your physical possession; or

**(2)** Work that has not yet been completed or abandoned. However, "your work" will be deemed completed at the earliest of the following times:

**(a)** When all of the work called for in your contract has been completed.

**(b)** When all of the work to be done at the job site has been completed if your contract calls for work at more than one job site.

**(c)** When that part of the work done at a job site has been put to its intended use by any person or organization other than another contractor or subcontractor working on the same project.

Work that may need service, maintenance, correction, repair or replacement, but which is otherwise complete, will be treated as completed.

**b.** Does not include "bodily injury" or "property damage" arising out of:

**(1)** The transportation of property, unless the injury or damage arises out of a condition in or on a vehicle not owned or operated by you, and that condition was created by the "loading or unloading" of that vehicle by any insured;

**(2)** The existence of tools, uninstalled equipment or abandoned or unused materials; or

**(3)** Products or operations for which the classification, listed in the Declarations or in a policy Schedule, states that products-completed operations are subject to the General Aggregate Limit.

**17.** "Property damage" means:

**a.** Physical injury to tangible property, including all resulting loss of use of that property. All such loss of use shall be deemed to occur at the time of the physical injury that caused it; or

**b.** Loss of use of tangible property that is not physically injured. All such loss of use shall be deemed to occur at the time of the "occurrence" that caused it.

For the purposes of this insurance, electronic data is not tangible property.

As used in this definition, electronic data means information, facts or programs stored as or on, created or used on, or transmitted to or from computer software, including systems and applications software, hard or floppy disks, CD-ROMs, tapes, drives, cells, data processing devices or any other media which are used with electronically controlled equipment.

**18.** "Suit" means a civil proceeding in which damages because of "bodily injury", "property damage" or "personal and advertising injury" to which this insurance applies are alleged. "Suit" includes:

**a.** An arbitration proceeding in which such damages are claimed and to which the insured must submit or does submit with our consent; or

**b.** Any other alternative dispute resolution proceeding in which such damages are claimed and to which the insured submits with our consent.

**19.** "Temporary worker" means a person who is furnished to you to substitute for a permanent "employee" on leave or to meet seasonal or short-term workload conditions.

**20.** "Volunteer worker" means a person who is not your "employee", and who donates his or her work and acts at the direction of and within the scope of duties determined by you, and is not paid a fee, salary or other compensation by you or anyone else for their work performed for you.

**21.** "Your product":

**a.** Means:

**(1)** Any goods or products, other than real property, manufactured, sold, handled, distributed or disposed of by:

**(a)** You;

**(b)** Others trading under your name; or

**(c)** A person or organization whose business or assets you have acquired; and

**(2)** Containers (other than vehicles), materials, parts or equipment furnished in connection with such goods or products.

**b.** Includes:

**(1)** Warranties or representations made at any time with respect to the fitness, quality, durability, performance or use of "your product"; and

**(2)** The providing of or failure to provide warnings or instructions.

**c.** Does not include vending machines or other property rented to or located for the use of others but not sold.

**22.** "Your work";

**a.** Means:

**(1)** Work or operations performed by you or on your behalf; and

**(2)** Materials, parts or equipment furnished in connection with such work or operations.

**b.** Includes:

**(1)** Warranties or representations made at any time with respect to the fitness, quality, durability, performance or use of "your work"; and

**(2)** The providing of or failure to provide warnings or instructions.

© Insurance Services Office, Inc., 2012
CG 00 01 04 13

CBL 1901 0216

## THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# CONTRACTORS AMENDATORY ENDORSEMENT

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

The following changes are made to this policy:

## A. It is agreed that SECTION IV – COMMERCIAL GENERAL LIABILITY CONDITIONS is changed as follows:

### 1. Item 4., Other Insurance is deleted and entirely replaced by the following:

#### 4. Other Insurance

If other valid and collectible insurance is available to the insured for a loss we cover under Coverages **A** or **B** of this Coverage Part, our obligations are limited as follows:

**a.** This insurance is excess over any other insurance whether the other insurance is stated to be primary, pro rata, contributory, excess, contingent, umbrella, or on any other basis; unless the other insurance is issued to the named insured shown in the Declarations of this Coverage Part and is written explicitly to apply in excess of the Limits of Insurance shown in the Declarations of this Coverage Part.

**b.** When this insurance is excess, we will have no duty under Coverage **A** or **B** to defend the insured against any "suit" if any other insurer has a duty to defend the insured against that "suit". If no other insurer defends, we will undertake to do so, but we will be entitled to the insured's rights against all those other insurers.

**c.** When this insurance is excess over other insurance, we will pay only our share of the amount of loss, if any, that exceeds the sum of:

   **(1)** The total amount that all such other insurance would pay for the loss in the absence of this insurance; and

   **(2)** The total of all deductible and self insured amounts under all that other insurance.

### 2. Item 5., Premium Audit is deleted and entirely replaced by the following:

#### 5. Premium Audit

**a.** We will compute all premiums for this Coverage Part in accordance with our rules and rates.

**b.** Premium shown in this Coverage Part as advance premium is a deposit premium only. At the close of each audit period we will compute the earned premium for that period. Audit premiums are due and payable on notice to the first Named Insured. If the sum of the advance and audit premiums paid for the policy period is greater than the earned premium, we will return the excess to the first Named Insured.

**c.** The first Named Insured must keep records of the information we need for premium computation, and send us copies at such times as we may request.

**d.** Any premium to be returned under b. above is subject to the minimum premium shown in the Declarations page as applicable to this Coverage Part.

### 3. Item 9., When We Do Not Renew is deleted in its entirety and is not replaced.

Includes copyrighted material of Insurance Services Office, Inc., used with its permission.

Case 1:22-cv-05255 Document #: 1 Filed: 09/23/20 Page 95 of 140 PageID #: 99

CBL 1901 0216

**B. It is agreed that the following changes are made to SECTION V – DEFINITIONS:**

The following definitions are deleted and entirely replaced:

**1. Item 5., "Employee" is deleted in its entirety and replaced by the following:**

**5.** "Employee" includes a "leased worker", a "temporary worker" and a "volunteer worker".

**2. Item 9., "Insured contract" is deleted in its entirety and replaced by the following:**

**9.** "Insured contract" means:

**a.** A contract for a lease of premises. However, that portion of the contract for a lease of premises that indemnifies any person or organization for damage by fire to premises while rented to you or temporarily occupied by you with permission of the owner is not an "insured contract";

**b.** A sidetrack agreement;

**c.** Any easement or license agreement, except in connection with construction or demolition operations on or within 50 feet of a railroad;

**d.** An obligation, as required by ordinance, to indemnify a municipality, except in connection with work for a municipality;

**e.** An elevator maintenance agreement;

**f.** That part of any other contract or agreement pertaining to your business (including an indemnification of a municipality in connection with work performed for a municipality) under which you assume the tort liability of another party to pay for "bodily injury" or "property damage" to a third person or organization. Tort liability means a liability that would be imposed by law in the absence of any contract or agreement.

Paragraph **f.** does not include that part of any contract or agreement:

**(1)** That indemnifies a railroad for "bodily injury" or "property damage" arising out of construction or demolition operations, within 50 feet of any railroad property and affecting any railroad bridge or trestle, tracks, road-beds, tunnel, underpass or crossing;

**(2)** That indemnifies an architect, engineer or surveyor for injury or damage arising out of:

**(a)** Preparing, approving, or failing to prepare or approve, maps, shop drawings, opinions, reports, surveys, field orders, change orders or drawings and specifications; or

**(b)** Giving directions or instructions, or failing to give them, if that is the primary cause of the injury or damage; or

**(3)** Under which the insured, if an architect, engineer or surveyor, assumes liability for an injury or damage arising out of the insured's rendering or failure to render professional services, including those listed in **(2)** above and supervisory, inspection, architectural or engineering activities.

**(4)** That indemnifies another for the sole negligence of such other person or organization.

**3. Item 13., "Occurrence" is deleted in its entirety and replaced with the following:**

**13.** "Occurrence" means an accident, including continuous or repeated exposure to substantially the same general harmful conditions. All "bodily injury" or "property damage" arising out of an "occurrence" or series of related "occurrences" is deemed to take place at the time of the first such damage or injury even though the nature and extent of such damage or injury may change; and even though the damage may be continuous, progressive, cumulative, changing or evolving; and even though the "occurrence" causing such "bodily injury" or "property damage" may be continuous or repeated exposure to substantially the same general harmful conditions.

Includes copyrighted material of Insurance Services Office, Inc., used with its permission.

**4. Item 14., "Personal and advertising injury" is deleted in its entirety and replaced with the following:**

**14.** "Personal and advertising injury" means injury, including consequential "bodily injury", arising out of one or more of the following offenses:

**a.** False arrest, detention or imprisonment;

**b.** Malicious prosecution;

**c.** The wrongful eviction from or the wrongful entry into or the invasion of the right of private occupancy of a room, dwelling or premises that a person occupies, provided that such wrongful eviction, wrongful entry or invasion of the right of private occupancy was committed by or on behalf of the room's, dwelling's or premises' owner, landlord or lessor.

**d.** Oral or written publication, in any manner, of material that slanders or libels a person or organization or disparages a person's or organization's goods, products or services.

**5. Item 17. "Property Damage" is deleted in its entirety and replaced with the following.**

**17.** "Property damage" means:

**a.** Physical injury to tangible property, including all resulting loss of use of that property. All such loss of use shall be deemed to occur at the time of the physical injury that caused it; or

**b.** Loss of use of tangible property that is not physically injured. All such loss of use shall be deemed to occur at the time of the "occurrence" that caused it.

For the purposes of this insurance, electronic data is not tangible property.

As used in this definition, electronic data means information, facts or programs stored as or on, created or used on, or transmitted to or from computer software, including systems and applications software, hard or floppy disks, CD-ROMS, tapes, drives, cells, data processing devices or any other media which are used with electronically controlled equipment.

For the purposes of this insurance, "property damage" is not physical injury to tangible property, any resultant loss of use of tangible property, nor loss of use of tangible property that is not physically injured that arises out of failure to complete or abandonment of "your work".

**6. Item 20. "Volunteer worker" is deleted in its entirety and replaced with the following:'**

**20.** "Volunteer worker" means a person who donates his or her work and acts at the direction of and within the scope of duties determined by you, and is not paid a fee, salary or other compensation by you or anyone else for their work performed for you.

All other terms and conditions of this policy remain unchanged.

Includes copyrighted material of Insurance Services Office, Inc., used with its permission.

CBL 1903 0316

## THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

## EXCLUSION - MOLD, FUNGI, VIRUS, BACTERIA, AIR QUALITY, CONTAMINANTS, MINERALS OR OTHER HARMFUL MATERIALS

This endorsement modifies insurance provided under the following:

### COMMERCIAL GENERAL LIABILITY COVERAGE PART

The following is added to Section **I** – Coverages, Coverage **A** – Bodily Injury and Property Damage Liability, paragraph **2.**, Exclusions and to Coverage **B** – Personal and Advertising Injury, paragraph **2.** , Exclusions.

This insurance does not apply to:

### Mold, Fungi, Virus, Bacteria, Air Quality, Contaminants, Minerals or Other Harmful Materials

**(1)** "Bodily injury", "property damage", or "personal and advertising injury" arising out of, caused by, or contributed to in any way by the existence, growth, spread, dispersal, release, or escape of any mold, fungi, lichen, virus, bacteria, algae or other growing organism that has toxic, hazardous, noxious, pathogenic, irritating or allergen qualities or characteristics. This exclusion applies to all such claims or causes of action, including allegations that any insured caused or contributed to conditions that encouraged the growth, depositing or establishment of such colonies of mold, lichen, fungi, virus, bacteria, algae or other living or dead organism; or

**(2)** "Bodily injury", "property damage", or "personal and advertising injury" arising out of, caused by, or alleged to be contributed to in any way by any toxic, hazardous, noxious, irritating, pathogenic or allergen qualities or characteristics of indoor air regardless of cause; or

**(3)** "Bodily injury", "property damage", or "personal and advertising injury" arising out of, caused by, or alleged to be contributed to in any way by any insured's use, sale, installation or removal of any substance, material, or other product that is either alleged or deemed to be hazardous, toxic, irritating, pathogenic or noxious in any way, or contributes in any way to an allergic reaction; or

**(4)** "Bodily injury", "property damage", or "personal and advertising injury" arising out of, caused by, or alleged to be contributed to in any way by toxic or hazardous properties of minerals or other substances.

All other terms and conditions of this policy remain unchanged.

CBL 1903 0316                                                                    Page 1 of 1
Includes copyrighted material of Insurance Services Office, Inc., used with its permission.

CBL 1904 0216

## THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# EXCLUSION – ASBESTOS, LEAD, SILICA, MANGANESE, FORMALDEHYDE OR UREA FORMALDEHYDE

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

The following is added to Section **I** – Coverages, Coverage **A** – Bodily Injury and Property Damage Liability, paragraph **2.**, Exclusions and to Coverage **B** – Personal and Advertising Injury, paragraph **2.** Exclusions.

This insurance does not apply to:

**Asbestos, Lead, Silica, Manganese, Formaldehyde or Urea Formaldehyde**

"Bodily injury", "property damage", or "personal and advertising injury" arising out of or resulting from the disposal, existence, handling, ingestion, inhalation, installation, sale, storage, transportation, use, consumption or removal of:

**(1)** Asbestos or any material containing asbestos; or

**(2)** Lead or any material containing lead

**(3)** Silica or any material containing silica; or

**(4)** Manganese or any material containing manganese; or

**(5)** Formaldehyde or urea formaldehyde.

All other terms and conditions of this policy remain unchanged.

Includes copyrighted material of Insurance Services Office, Inc., used with its permission.

FILED: KINGS COUNTY CLERK 07/08/2019 04:03 PM
NYSCEF DOC. NO. 3
Case 1:22-cv-05205 Document 1 Filed 09/26/22 Page 99 of 140 PageID #: 103
INDEX NO. 514871/2019
RECEIVED NYSCEF: 07/08/2019

CBL 1905 0216

## THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# EXCLUSION – PUNITIVE DAMAGES

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

The following is added to Section I – Coverages, Coverage **A** – Bodily Injury and Property Damage Liability, paragraph **2.**, Exclusions and to Coverage **B** – Personal and Advertising Injury, paragraph **2.** , Exclusions.

This insurance does not apply to:

**Punitive, Exemplary, Treble Damages or Multipliers of Attorneys' Fees**

Claims or demands for payment of punitive, exemplary or treble damages whether arising from the acts of any insured or by anyone else for whom or which any insured or additional insured is legally liable; including any multiplier of attorney's fees statutorily awarded to the prevailing party.

All other terms and conditions of this policy remain unchanged.

CBL 1905 0216

Page 1 of 1

Includes copyrighted material of Insurance Services Office, Inc., used with its permission.

FILED: KINGS COUNTY CLERK 07/08/2019 04:03 PM INDEX NO. 514871/2019
NYSCEF DOC. NO. 3                                                    RECEIVED NYSCEF: 07/08/2019

Case Case 1:23-cv-06205 Document#1-1 Filed: 09/28/22 Page 100 of 140 PageID Page#: 104

## THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# EXCLUSION – CONTRACTORS PROFESSIONAL LIABILITY

This endorsement modifies insurance provided under the following:

### COMMERCIAL GENERAL LIABILITY COVERAGE FORM

The following is added to Section **I** – Coverages, Coverage **A** – Bodily Injury and Property Damage Liability, paragraph **2.**, Exclusions, and to Section **I** – Coverages, Coverage **B** – Personal and Advertising Injury Liability, paragraph **2.**, Exclusions.

This insurance does not apply to:

**Contractors Professional Liability**

"Bodily injury", "property damage" or "personal and advertising injury" arising out of the rendering of or failure to render any professional services by you or on your behalf but only with respect to either or both of the following operations:

**(1)** Providing engineering, architectural, surveying, inspection, construction manager, or real estate agent/broker services to others in your capacity as an engineer, architect, surveyor, inspector, construction manager or real estate agent/broker.

**(2)** Providing, or hiring independent professionals to provide, engineering, architectural, surveying, inspection, construction manager or real estate agent/broker services in connection with construction work you perform.

Professional services include but are not limited to:

**(a)** Preparing, approving, or failing to prepare or approve, or when required, the failure to obtain approval of maps, shop drawings, opinions, reports, surveys, field orders, change orders, or drawings and specifications; and

**(b)** Supervisory or inspection activities performed as part of any related engineering, architectural, surveying, inspector, construction manager or real estate agent/broker activities.

Professional services do not include services within construction means, methods, techniques, sequences, and procedures employed by you in connection with your operations in your capacity as a construction contractor.

This exclusion applies even if the claims against any insured allege negligence or other wrongdoing in the supervision, hiring, employment, training or monitoring of others by that insured, if the "occurrence" which caused the "bodily injury" or "property damage", or the offense which caused the "personal and advertising injury" involved that which is described in above.

All other terms and conditions of this policy remain unchanged.

Includes copyrighted material of Insurance Services Office, used with their permission.

CBL 1907 0708

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# FAILURE TO COMPLETE YOUR WORK EXCLUSION

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

In consideration of the premium charged the following changes are made to this policy:

The following exclusions are added to **Section I – Coverages, Coverage A Bodily Injury And Property Damage Liability and to Coverage B Personal And Advertising Injury Liability:**

This insurance does not apply to:

**Failure To Complete "Your Work"**

Any loss cost or expense arising out of, caused by, resulting from, or alleged to be related to any insured's failure to complete "your work" if such loss or expense is to purchase, complete or otherwise finish work or install or deliver goods, materials, products or equipment that you agreed, contracted or retained to perform, install, or deliver.

CBL 1908 0408

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# EXCLUSION - SUBSIDENCE

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

In consideration of the premium charged the following changes are made to this policy:

The following exclusions are added to **Section I – Coverages, Coverage A Bodily Injury And Property Damage Liability and to Coverage B Personal And Advertising Injury Liability:**

This insurance does not apply to:

### Subsidence

"Bodily injury" or "property damage" under the "products-completed operations hazard" which would not have occurred in whole or part but for the "subsidence of land", including "subsidence of land" caused in whole or in part by the operations of any insured or any subcontractor(s).

"Subsidence of land" means movement of earth or land, including movement to a higher or lower level, landslide, mud flow, mudslide, or the rising, settling, shifting or sinking of earth.

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# EXCLUSION – APARTMENT BUILDING CONVERSION

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

In consideration of the premium charged the following changes are made to this policy:

The following exclusions are added to **Section I – Coverages, Coverage A - Bodily Injury and Property Damage Liability** and to **Coverage B - Personal And Advertising Injury Liability:**

This insurance does not apply to:

**Apartment Building Conversion**

Claims, "suits", actions, allegations, or any liability, loss, cost, or expense arising out of, relating to or in any way connected with "your work" or "your product" on or in an apartment building that arise out of conversion, or intent to convert an apartment building to condominium or timeshare ownership.

All other terms and conditions of this policy remain unchanged.

Includes copyrighted material of Insurance Services Office, Inc., used with permission

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# EXCLUSION - CONSTRUCTION MANAGEMENT

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

The following exclusions are added to **Section I – Coverages, Coverage A, Bodily Injury And Property Damage Liability and to Coverage B, Personal And Advertising Injury Liability:**

This insurance does not apply to:

**Construction Management or Consulting**

"Bodily injury", "property damage" or "personal and advertising injury" arising out of, or resulting from, any insured acting as a construction manager or construction consultant.

This exclusion applies even if the claims against any insured allege negligence or other wrongdoing in the supervision, hiring, employment, training or monitoring of others by that insured, if the "occurrence" which caused the "bodily injury" or "property damage", or the offense which caused the "personal and advertising injury" involved that which is described above.

For the purposes of this exclusion, construction management or consulting means those operations undertaken to manage or consult on construction activities or plans when the insured does not perform, or directly contract with subcontractors to perform the actual construction activities on which they are consulting or managing.

All other terms and conditions of this policy remain unchanged.

Includes copyrighted material of Insurance Services Office, Inc., used with its permission.

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# EXCLUSION - STATEMENTS MADE

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

In consideration of the premium charged the following changes are made to this policy:

The following exclusions are added to **Section I – Coverages, Coverage A Bodily Injury And Property Damage Liability and to Coverage B Personal And Advertising Injury Liability:**

This insurance does not apply to:

**Statements Made or Material Published With Intent or Desire To Harm or Disparage**

"Personal and advertising injury", "bodily injury" or "property damage" that is expected or intended, from the standpoint of a reasonable observer, to harm or disparage another's goods, services, or reputation for any reason even if such accusations, statements, or publications are true or believed to be true.

CBL 1916 0408

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# EXCLUSION - INFRINGEMENT OF COPYRIGHT

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

In consideration of the premium charged the following changes are made to this policy:

The following exclusions are added to **Section I – Coverages, Coverage A Bodily Injury And Property Damage Liability and to Coverage B Personal And Advertising Injury Liability:**

This insurance does not apply to:

**Infringement Of Copyright, Patent, Trademark or Trade Secret**

Claims arising out of the infringement of copyright, patent, trademark, trade name, trade dress, trade secret or other intellectual property rights.

CBL 1919 0215

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# LIMITATION – INDEPENDENT CONTRACTORS

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

The following exclusion is added to **Section I – Coverage, Coverage A – Bodily Injury and Property Damage Liability**, paragraph **2., Exclusions**:

**Independent Contractors**

**a.** This insurance does not apply to "bodily injury" or "property damage" arising out of:

(1) The acts or omission of independent contractors while working on behalf of any insured, or

(2) The negligent:

(a) hiring or contracting;

(b) investigation;

(c) supervision;

(d) training;

(e) retention;

of any independent contractor for whom any insured is or ever was legally responsible and whose acts or omissions would be excluded by **(1)** above.

**b.** This exclusion does not apply if the work was performed on your behalf by an independent contractor, pursuant to a written contract, and:

(1) You had on file at the time the work commenced a valid certificate of insurance evidencing Commercial General Liability Coverage (occurrence form), for ongoing operations and "products completed operations hazards" for the work performed by the independent contractor and you can produce that certificate for us when we ask for it; and

(2) That certificate of insurance was with an insurance company with an A.M. Best rating of A- or better at the time of certificate issuance; and

(3) The limits on the certificate were equal to or greater than $1,000,000 Each Occurrence Limit, $2,000,000 General Aggregate Limit (Other than Products-Completed Operations), and $1,000,000 Products-Completed Operations Aggregate Limit; and

(4) You are named as an additional insured on the independent contractor's policy for both ongoing operations and "products-completed operations hazards".

**c.** For the purposes of this endorsement, independent contractor means any individual, natural person, or entity, including but not limited to a general contractor, a prime contractor, or a subcontractor performing any work, task, supervision, or other activity either directly or indirectly related to "your work", that:

(1) Receives payment or other consideration, is entitled to payment or other consideration, or can be expected to seek payment or other consideration from any insured arising out of "your work"; or

(2) Receives payment or other consideration, is entitled to payment or other consideration, or can be expected to seek payment or other consideration from any other entity, person, or party arising out of "your work", and

(3) Is not an "employee" of the Named Insured.

This definition applies regardless of the existence or alleged existence of a written or oral contract or agreement with any insured or other doing work or performing tasks or duties for or on behalf of any insured.

All other terms and conditions of this policy remain unchanged.

CBL 1919 0215                                                                          Page 1 of 1

Includes copyrighted material of Insurance Services Office, Inc., used with its permission

Case 1:23-cv-06255 Document #1 Filed: 09/23/20 Page 108 of 140 PageID #: 112

CBL 1920 0216

## THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# EXCLUSION – WORK OR PREMISES SPECIFICALLY INSURED ELSEWHERE

This endorsement modifies insurance provided under the following:

### COMMERCIAL GENERAL LIABILITY COVERAGE PART

The following is added to Section **I** – Coverages, Coverage **A** – Bodily Injury and Property Damage Liability, paragraph **2.**, Exclusions and to Coverage **B** – Personal and Advertising Injury, paragraph **2.** , Exclusions.

This insurance does not apply to:

#### Work or Premises Specifically Insured Elsewhere

Claims, demands, requests for defense, payment, or any other cost arising out of, caused by, or occurring at premises or "your work" covered under any insurance purchased by you or others on your behalf specifically for that premises or project under a Consolidated Insurance Program (CIP), Owner Controlled Insurance Program (OCIP), Contractor Controlled Insurance Program (CCIP), Wrap-Up or similar insurance program.

All other terms and conditions of this policy remain unchanged.

CBL 1920 0216                                                      Page 1 of 1

Includes copyrighted material of Insurance Services Office, Inc., used with its permission.

CBL 1922 0912

## THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# LIMITATION – PROPERTY DAMAGE TO UNDERGROUND PROPERTY

This endorsement modifies insurance provided under the following:

## COMMERCIAL GENERAL LIABILITY COVERAGE PART

**A.** The following exclusion is added to paragraph **2.,** Exclusions, of Section **I –** Coverages**,** Coverage **A** Bodily Injury and Property Damage Liability.

This insurance does not apply to:

### Property Damage to Underground Property

"Property damage" to underground property and any resulting damage arising out of or resulting from excavation operations performed by you or anyone acting on your behalf.

However, this exclusion does not apply if the insured who performed the excavation operations contacted the utility location service prior to the excavation operations and followed the instructions regarding:

**1.** The location of the excavation operations; and

**2.** The means by which the excavation operations were to be performed including but not limited to instructions pertaining to hand digging or vacuum excavation; and

**3.** The excavation operations were performed within the time frame indicated on the permit or as required by ordinance, law, or regulation, whichever is shorter.

**B.** For the purposes of this endorsement:

**1.** Underground property means wires, communication lines, conduits, pipes, mains, sewers, tanks, tunnels, any similar property, and any apparatus used with them beneath the surface of the ground or water.

**2.** Excavation operations means any operation in which earth, rock, water, or other material in or on the ground is moved, removed, or otherwise displaced by means of any tools, power equipment or explosives; and includes but is not limited to excavation, grading, paving, burrowing, filling, back-filling, trenching, digging, ditching, drilling, auguring, boring, tunneling, scraping, cable or pipe plowing, or pile driving.

All other terms and conditions of this policy remain unchanged.

CBL 1923 0216

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# EXCLUSION – INSURED VERSUS INSURED
## (EXCEPTING ADDITIONAL INSUREDS)

This endorsement modifies insurance provided under the following:

### COMMERCIAL GENERAL LIABILITY COVERAGE FORM

The following is added to Section I – Coverages, Coverage **A** – Bodily Injury and Property Damage Liability, paragraph **2.**, Exclusions and to Section I – Coverages, Coverage **B** – Personal and Advertising Injury Liability, paragraph **2.**, Exclusions.

This insurance does not apply to:

**Insured Versus Insured**

Any claim for damages by any insured that qualifies as an insured in paragraph **1.**, of Section II – Who Is An Insured against any other insured that qualifies as an insured in paragraph **1.**, of Section II – Who Is An Insured, arising directly or indirectly out of "bodily injury", "property damage" or "personal and advertising injury" sustained by any such insured.

All other terms and conditions of this policy remain unchanged.

Includes copyrighted material of Insurance Services Office, Inc., used with its permission.

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# EXCLUSION – UNAUTHORIZED PROJECTS OR OPERATIONS

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE FORM

The following is added to paragraph **2.**, Exclusions, of Section **I** – Coverages, Coverage **A**, Bodily Injury and Property Damage and paragraph **2.**, Exclusions, of Section **I**, Coverage **B**, Personal and Advertising Injury Liability.

This insurance does not apply to:

**Unauthorized Projects or Operations**

"Bodily injury", "property damage", or personal and advertising injury" arising directly or indirectly out of, relating to or in any way connected with:

**1.** "Your work" or "your product"; or

**2.** Operations performed by you or on your behalf;

for which a state or governmental agency or subdivision or political subdivision requires a permit or authorization for the named insured's work, and such permit or authorization was not secured or expired prior to the completion of that work.

All other terms and conditions of this policy remain unchanged.

CBL 1956 0614

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# LIMITATION – SCAFFOLDING HAZARD

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE FORM

**A.** The following exclusion is added to paragraph **2., Exclusions**, of **Section I – Coverages, Coverage A Bodily Injury and Property Damage Liability**.

This insurance does not apply to:

**Scaffolding Hazard**

Insurance provided under this Coverage Form does not apply and there will be no duty to defend or indemnify any entity for "bodily injury" and any resulting damage included within the scaffolding hazard.

However, this exclusion does not apply:

**1.** To "Bodily Injury" included within the "products-completed operations hazard"; or
**2.** If no insured or any other entity was cited for violation(s) relating to:
   **a.** The Code of Federal Regulations, Title 29. Labor, Subtitle B. Regulations Relating to Labor, Chapter XVII. Occupational Safety and Health Administration, Department of Labor, Part 1926 Safety and Health Regulations for Construction, Subpart L., Scaffolds; or
   **b.** Any other applicable occupational safety oversight and enforcement agency's standards relating to scaffolding erection, use or maintenance.
**B.** For the purposes of this endorsement, scaffolding hazard includes "bodily injury" arising out of the use of any temporary or moveable platform(s) for worker(s) to stand or sit on when working at a height above the ground or floor.

All other terms and conditions of this policy remain unchanged.

CBL 2186 0316

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# EXCLUSION – EXTERIOR INSULATION AND FINISH SYSTEMS
# AND
# DIRECT APPLIED EXTERIOR FINISH SYSTEMS

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE FORM

**A.** This insurance does not apply to "bodily injury", "property damage" or "personal and advertising injury" arising out of, caused by, or attributable to, whether in whole or in part, the following:

**1.** The design, manufacture, construction, fabrication, preparation, distribution and sale, installation, application, maintenance or repair, including remodeling, service, correction or replacement, of any "exterior insulation and finish system" or "direct-applied exterior finish system" or any part thereof, including the application or use of conditioners, primers, accessories, flashings, coatings, caulking or sealants in connection with such a system; or

**2.** "Your product" or "your work" with respect to any exterior component, fixture or feature of any structure if an "exterior insulation and finish system" or "direct-applied exterior finish system", or any substantially similar system is used on the part of that structure containing that component, fixture or feature.

This exclusion applies even if the claims against any insured allege negligence or other wrongdoing in the supervision, hiring, employment, training or monitoring of others by that insured, if the "occurrence" which caused the "bodily injury" or "property damage", or the offense which caused the "personal and advertising injury" involved that which is described above.

**B.** The following definitions are added to Section **V** – Definitions:

"Exterior insulation and finish system" means a non-load bearing exterior cladding or finish system, and all component parts therein, used on any part of any structure, and consisting of:

**1.** A rigid or semi-rigid insulation board made of expanded polystyrene and other materials;

**2.** The adhesive and/or mechanical fasteners used to attach the insulation board to the substrate;

**3.** A reinforced or unreinforced base coat;

**4.** A finish coat providing surface texture to which color may be added; and

**5.** Any flashing, caulking or sealant used with the system for any purpose.

"Direct-applied exterior finish system" means a non-load bearing exterior cladding or finish system, and all component parts therein, used on any part of any structure, and consisting of:

**1.** A rigid or semi-rigid substrate;

**2.** The adhesive and/or mechanical fasteners used to attach the insulation board to the substrate;

**3.** A reinforced or unreinforced base coat;

**4.** A finish coat providing surface texture to which color may be added; and

**5.** Any flashing, caulking or sealant used with the system for any purpose.

All other terms and conditions of this policy remain unchanged.

Includes copyrighted material of Insurance Services Office, Inc., used with its permission.

COMMERCIAL GENERAL LIABILITY
CG 03 00 01 96

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# DEDUCTIBLE LIABILITY INSURANCE

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART

## SCHEDULE

| Coverage | Amount and Basis of Deductible | | |
|---|---|---|---|
| | **PER CLAIM** | **or** | **PER OCCURRENCE** |
| Bodily Injury Liability OR | $ | | $ |
| Property Damage Liability OR | $ | | $ |
| Bodily Injury Liability and/or Property Damage Liability Combined | $ | 1,000 | $ |

**APPLICATION OF ENDORSEMENT (**Enter below any limitations on the application of this endorsement. If no limitation is entered, the deductibles apply to damages for all "bodily injury" and "property damage", however caused):

**A.** Our obligation under the Bodily Injury Liability and Property Damage Liability Coverages to pay damages on your behalf applies only to the amount of damages in excess of any deductible amounts stated in the Schedule above as applicable to such coverages.

**B.** You may select a deductible amount on either a per claim or a per "occurrence" basis. Your selected deductible applies to the coverage option and to the basis of the deductible indicated by the placement of the deductible amount in the Schedule above. The deductible amount stated in the Schedule above applies as follows:

**1. PER CLAIM BASIS.** If the deductible amount indicated in the Schedule above is on a per claim basis, that deductible applies as follows:

   **a.** Under Bodily Injury Liability Coverage, to all damages sustained by any one person because of "bodily injury";

   **b.** Under Property Damage Liability Coverage, to all damages sustained by any one person because of "property damage"; or

   **c.** Under Bodily Injury Liability and/or Property Damage Liability Coverage Combined, to all damages sustained by any one person because of:

   **(1)** "Bodily injury";

   **(2)** "Property damage"; or

   **(3)** "Bodily injury" and "property damage" combined

   as the result of any one "occurrence".

   If damages are claimed for care, loss of services or death resulting at any time from "bodily injury", a separate deductible amount will be applied to each person making a claim for such damages.

   With respect to "property damage", person includes an organization.

Case 1:23-cv-06205 Document 1 Filed 09/23/20 Page 115 of 140 PageID #: 119

**2. PER OCCURRENCE BASIS.** If the deductible amount indicated in the Schedule above is on a "per occurrence" basis, that deductible amount applies as follows:

**a.** Under Bodily Injury Liability Coverage, to all damages because of "bodily injury";

**b.** Under Property Damage Liability Coverage, to all damages because of "property damage"; or

**c.** Under Bodily Injury Liability and/or Property Damage Liability Coverage Combined, to all damages because of:

**(1)** "Bodily injury";

**(2)** "Property damage"; or

**(3)** "Bodily injury" and "property damage" combined

as the result of any one "occurrence", regardless of the number of persons or organizations who sustain damages because of that "occurrence"

**C.** The terms of this insurance, including those with respect to:

**1.** Our right and duty to defend the insured against any "suits" seeking those damages; and

**2.** Your duties in the event of an "occurrence", claim, or "suit"

apply irrespective of the application of the deductible amount.

**D.** We may pay any part or all of the deductible amount to effect settlement of any claim or "suit" and, upon notification of the action taken, you shall promptly reimburse us for such part of the deductible amount as has been paid by us.

COMMERCIAL GENERAL LIABILITY
CG 20 33 0413

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# ADDITIONAL INSURED – OWNERS, LESSEES OR CONTRACTORS – AUTOMATIC STATUS WHEN REQUIRED IN CONSTRUCTION AGREEMENT WITH YOU

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

**A. Section II – Who Is An Insured** is amended to include as an additional insured any person or organization for whom you are performing operations when you and such person or organization have agreed in writing in a contract or agreement that such person or organization be added as an additional insured on your policy. Such person or organization is an additional insured only with respect to liability for "bodily injury", "property damage" or "personal and advertising injury" caused, in whole or in part, by:

**1.** Your acts or omissions; or

**2.** The acts or omissions of those acting on your behalf;

in the performance of your ongoing operations for the additional insured.

However, the insurance afforded to such additional insured:

**1.** Only applies to the extent permitted by law; and

**2.** Will not be broader than that which you are required by the contract or agreement to provide for such additional insured.

A person's or organization's status as an additional insured under this endorsement ends when your operations for that additional insured are completed.

**B.** With respect to the insurance afforded to these additional insureds, the following additional exclusions apply:

This insurance does not apply to:

**1.** "Bodily injury", "property damage" or "personal and advertising injury" arising out of the rendering of, or the failure to render, any professional architectural, engineering or surveying services, including:

**a.** The preparing, approving, or failing to prepare or approve, maps, shop drawings, opinions, reports, surveys, field orders, change orders or drawings and specifications; or

**b.** Supervisory, inspection, architectural or engineering activities.

This exclusion applies even if the claims against any insured allege negligence or other wrongdoing in the supervision, hiring, employment, training or monitoring of others by that insured, if the "occurrence" which caused the "bodily injury" or "property damage", or the offense which caused the "personal and advertising injury", involved the rendering of or the failure to render any professional architectural, engineering or surveying services.

FILED: KINGS COUNTY CLERK 07/08/2019 04:03 PM INDEX NO. 514871/2019
NYSCEF DOC. NO. 3 Case 1:23-cv-05255 Document 1 Filed 09/23/20 Page 117 of 140 PageID #: 121
RECEIVED NYSCEF: 07/08/2019

**2.** "Bodily injury" or "property damage" occurring after:

**a.** All work, including materials, parts or equipment furnished in connection with such work, on the project (other than service, maintenance or repairs) to be performed by or on behalf of the additional insured(s) at the location of the covered operations has been completed; or

**b.** That portion of "your work" out of which the injury or damage arises has been put to its intended use by any person or organization other than another contractor or subcontractor engaged in performing operations for a principal as a part of the same project.

**C.** With respect to the insurance afforded to these additional insureds, the following is added to **Section III – Limits Of Insurance:**

The most we will pay on behalf of the additional insured is the amount of insurance:

**1.** Required by the contract or agreement you have entered into with the additional insured; or

**2.** Available under the applicable Limits of Insurance shown in the Declarations;

whichever is less.

This endorsement shall not increase the applicable Limits of Insurance shown in the Declarations.

© Insurance Services Office, Inc. 2012

**COMMERCIAL GENERAL LIABILITY**
**CG 21 07 05 14**

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# EXCLUSION – ACCESS OR DISCLOSURE OF CONFIDENTIAL OR PERSONAL INFORMATION AND DATA-RELATED LIABILITY – LIMITED BODILY INJURY EXCEPTION NOT INCLUDED

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

**A.** Exclusion **2.p.** of **Section I – Coverage A – Bodily Injury And Property Damage Liability** is replaced by the following:

**2. Exclusions**

This insurance does not apply to:

**p. Access Or Disclosure Of Confidential Or Personal Information And Data-related Liability**

Damages arising out of:

**(1)** Any access to or disclosure of any person's or organization's confidential or personal information, including patents, trade secrets, processing methods, customer lists, financial information, credit card information, health information or any other type of nonpublic information; or

**(2)** The loss of, loss of use of, damage to, corruption of, inability to access, or inability to manipulate electronic data.

This exclusion applies even if damages are claimed for notification costs, credit monitoring expenses, forensic expenses, public relations expenses or any other loss, cost or expense incurred by you or others arising out of that which is described in Paragraph **(1)** or **(2)** above.

As used in this exclusion, electronic data means information, facts or programs stored as or on, created or used on, or transmitted to or from computer software, including systems and applications software, hard or floppy disks, CD-ROMs, tapes, drives, cells, data processing devices or any other media which are used with electronically controlled equipment.

**B.** The following is added to Paragraph **2. Exclusions** of **Section I – Coverage B – Personal And Advertising Injury Liability:**

**2. Exclusions**

This insurance does not apply to:

**Access Or Disclosure Of Confidential Or Personal Information**

"Personal and advertising injury" arising out of any access to or disclosure of any person's or organization's confidential or personal information, including patents, trade secrets, processing methods, customer lists, financial information, credit card information, health information or any other type of nonpublic information.

This exclusion applies even if damages are claimed for notification costs, credit monitoring expenses, forensic expenses, public relations expenses or any other loss, cost or expense incurred by you or others arising out of any access to or disclosure of any person's or organization's confidential or personal information.

FILED: KINGS COUNTY CLERK 07/08/2019 04:03 PM INDEX NO. 514871/2019
NYSCEF DOC. NO. 3    Case 1:23-cv-06265 Document #: 1 Filed: 09/23/2020 Page 119 of 140 PageID #: 123    RECEIVED NYSCEF: 07/08/2019

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# EMPLOYMENT-RELATED PRACTICES EXCLUSION

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

**A.** The following exclusion is added to Paragraph **2., Exclusions** of Section **I – Coverage A – Bodily Injury And Property Damage Liability:**

This insurance does not apply to:

"Bodily injury" to:

**(1)** A person arising out of any:

  **(a)** Refusal to employ that person;

  **(b)** Termination of that person's employment; or

  **(c)** Employment-related practices, policies, acts or omissions, such as coercion, demotion, evaluation, reassignment, discipline, defamation, harassment, humiliation, discrimination or malicious prosecution directed at that person; or

**(2)** The spouse, child, parent, brother or sister of that person as a consequence of "bodily injury" to that person at whom any of the employment-related practices described in Paragraphs **(a), (b),** or **(c)** above is directed.

This exclusion applies:

**(1)** Whether the injury-causing event described in Paragraphs **(a), (b)** or **(c)** above occurs before employment, during employment or after employment of that person;

**(2)** Whether the insured may be liable as an employer or in any other capacity; and

**(3)** To any obligation to share damages with or repay someone else who must pay damages because of the injury.

**B.** The following exclusion is added to Paragraph **2., Exclusions** of Section **I – Coverage B – Personal And Advertising Injury Liability:**

This insurance does not apply to:

"Personal and advertising injury" to:

**(1)** A person arising out of any:

  **(a)** Refusal to employ that person;

  **(b)** Termination of that person's employment; or

  **(c)** Employment-related practices, policies, acts or omissions, such as coercion, demotion, evaluation, reassignment, discipline, defamation, harassment, humiliation, discrimination or malicious prosecution directed at that person; or

**(2)** The spouse, child, parent, brother or sister of that person as a consequence of "personal and advertising injury" to that person at whom any of the employment-related practices described in Paragraphs **(a), (b),** or **(c)** above is directed.

This exclusion applies:

**(1)** Whether the injury-causing event described in Paragraphs **(a), (b)** or **(c)** above occurs before employment, during employment or after employment of that person;

**(2)** Whether the insured may be liable as an employer or in any other capacity; and

**(3)** To any obligation to share damages with or repay someone else who must pay damages because of the injury.

**COMMERCIAL GENERAL LIABILITY**
**CG 21 65 12 04**

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# TOTAL POLLUTION EXCLUSION WITH A BUILDING HEATING, COOLING AND DEHUMIDIFYING EQUIPMENT EXCEPTION AND A HOSTILE FIRE EXCEPTION

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

Exclusion **f.** under Paragraph **2. Exclusions** of **Section I – Coverage A – Bodily Injury And Property Damage Liability** is replaced by the following:

This insurance does not apply to:

**f. Pollution**

**(1)** "Bodily injury" or "property damage" which would not have occurred in whole or in part but for the actual, alleged or threatened discharge, dispersal, seepage, migration, release or escape of "pollutants" at any time.

This exclusion does not apply to:

**(a)** "Bodily injury" if sustained within a building which is or was at any time owned or occupied by, or rented or loaned to, any insured and caused by smoke, fumes, vapor or soot produced by or originating from equipment that is used to heat, cool or dehumidify the building, or equipment that is used to heat water for personal use, by the building's occupants or their guests; or

**(b)** "Bodily injury" or "property damage" arising out of heat, smoke or fumes from a "hostile fire" unless that "hostile fire" occurred or originated:

**(i)** At any premises, site or location which is or was at any time used by or for any insured or others for the handling, storage, disposal, processing or treatment of waste; or

**(ii)** At any premises, site or location on which any insured or any contractors or subcontractors working directly or indirectly on any insured's behalf are performing operations to test for, monitor, clean up, remove, contain, treat, detoxify, neutralize or in any way respond to, or assess the effects of, "pollutants".

**(2)** Any loss, cost or expense arising out of any:

**(a)** Request, demand, order or statutory or regulatory requirement that any insured or others test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of, "pollutants"; or

**(b)** Claim or suit by or on behalf of a governmental authority for damages because of testing for, monitoring, cleaning up, removing, containing, treating, detoxifying or neutralizing, or in any way responding to, or assessing the effects of, "pollutants".

COMMERCIAL GENERAL LIABILITY
CG 21 76 01 15

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# EXCLUSION OF PUNITIVE DAMAGES RELATED TO A CERTIFIED ACT OF TERRORISM

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART
LIQUOR LIABILITY COVERAGE PART
OWNERS AND CONTRACTORS PROTECTIVE LIABILITY COVERAGE PART
POLLUTION LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART
RAILROAD PROTECTIVE LIABILITY COVERAGE PART
UNDERGROUND STORAGE TANK POLICY

**A.** The following exclusion is added:

This insurance does not apply to:

**TERRORISM PUNITIVE DAMAGES**

Damages arising, directly or indirectly, out of a "certified act of terrorism" that are awarded as punitive damages.

**B.** The following definition is added:

"Certified act of terrorism" means an act that is certified by the Secretary of the Treasury, in accordance with the provisions of the federal Terrorism Risk Insurance Act, to be an act of terrorism pursuant to such Act. The criteria contained in the Terrorism Risk Insurance Act for a "certified act of terrorism" include the following:

**1.** The act resulted in insured losses in excess of $5 million in the aggregate, attributable to all types of insurance subject to the Terrorism Risk Insurance Act; and

**2.** The act is a violent act or an act that is dangerous to human life, property or infrastructure and is committed by an individual or individuals as part of an effort to coerce the civilian population of the United States or to influence the policy or affect the conduct of the United States Government by coercion.

**C.** The terms and limitations of any terrorism exclusion, or the inapplicability or omission of a terrorism exclusion, do not serve to create coverage for injury or damage that is otherwise excluded under this Coverage Part.

COMMERCIAL GENERAL LIABILITY
CG 21 84 01 15

## THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# EXCLUSION OF CERTIFIED NUCLEAR, BIOLOGICAL, CHEMICAL OR RADIOLOGICAL ACTS OF TERRORISM; CAP ON LOSSES FROM CERTIFIED ACTS OF TERRORISM

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART
LIQUOR LIABILITY COVERAGE PART
OWNERS AND CONTRACTORS PROTECTIVE LIABILITY COVERAGE PART
POLLUTION LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART
RAILROAD PROTECTIVE LIABILITY COVERAGE PART
UNDERGROUND STORAGE TANK POLICY

**A.** The following exclusion is added:

This insurance does not apply to:

**TERRORISM**

"Any injury or damage" arising, directly or indirectly, out of a "certified act of terrorism". However, this exclusion applies only when one or more of the following are attributed to such act:

1. The terrorism involves the use, release or escape of nuclear materials, or directly or indirectly results in nuclear reaction or radiation or radioactive contamination; or

2. The terrorism is carried out by means of the dispersal or application of pathogenic or poisonous biological or chemical materials; or

3. Pathogenic or poisonous biological or chemical materials are released, and it appears that one purpose of the terrorism was to release such materials.

**B.** The following definitions are added:

1. For the purposes of this endorsement, "any injury or damage" means any injury or damage covered under any Coverage Part to which this endorsement is applicable, and includes but is not limited to "bodily injury", "property damage", "personal and advertising injury", "injury" or "environmental damage" as may be defined in any applicable Coverage Part.

2. "Certified act of terrorism" means an act that is certified by the Secretary of the Treasury, in accordance with the provisions of the federal Terrorism Risk Insurance Act, to be an act of terrorism pursuant to such Act. The criteria contained in the Terrorism Risk Insurance Act for a "certified act of terrorism" include the following:

   a. The act resulted in insured losses in excess of $5 million in the aggregate, attributable to all types of insurance subject to the Terrorism Risk Insurance Act; and

   b. The act is a violent act or an act that is dangerous to human life, property or infrastructure and is committed by an individual or individuals as part of an effort to coerce the civilian population of the United States or to influence the policy or affect the conduct of the United States Government by coercion.

**C.** The terms and limitations of any terrorism exclusion, or the inapplicability or omission of a terrorism exclusion, do not serve to create coverage for injury or damage that is otherwise excluded under this Coverage Part.

© Insurance Services Office, Inc., 2015

**D.** If aggregate insured losses attributable to terrorist acts certified under the federal Terrorism Risk Insurance Act exceed \$100 billion in a calendar year and we have met our insurer deductible under the Terrorism Risk Insurance Act, we shall not be liable for the payment of any portion of the amount of such losses that exceeds \$100 billion, and in such case insured losses up to that amount are subject to pro rata allocation in accordance with procedures established by the Secretary of the Treasury.

**COMMERCIAL GENERAL LIABILITY**
**CG 22 33 04 13**

## THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# EXCLUSION – TESTING OR CONSULTING ERRORS AND OMISSIONS

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

The following exclusion is added to Paragraph **2. Exclusions** of **Section I – Coverage A – Bodily Injury And Property Damage Liability** and Paragraph **2. Exclusions** of **Section I – Coverage B – Personal And Advertising Injury Liability:**

This insurance does not apply to "bodily injury", "property damage" or "personal and advertising injury" arising out of:

**1.** An error, omission, defect or deficiency in:

**a.** Any test performed; or

**b.** An evaluation, a consultation or advice given;

by or on behalf of any insured;

**2.** The reporting of or reliance upon any such test, evaluation, consultation or advice; or

**3.** An error, omission, defect or deficiency in experimental data or the insured's interpretation of that data.

This exclusion applies even if the claims against any insured allege negligence or other wrongdoing in the supervision, hiring, employment, training or monitoring of others by that insured, if the "occurrence" which caused the "bodily injury" or "property damage", or the offense which caused the "personal and advertising injury", involved that which is described in Paragraph **1., 2.** or **3.**

COMMERCIAL GENERAL LIABILITY
CG 24 04 05 09

# WAIVER OF TRANSFER OF RIGHTS OF RECOVERY AGAINST OTHERS TO US

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART

**SCHEDULE**

Name of Person or Organization:

Any person or organization for whom you are required to waive your right of recovery on this Coverage Part under a written contract or agreement

The following is added to Paragraph **8. Transfer Of Rights Of Recovery Against Others To Us** of **Section IV - Conditions:**

We waive any right of recovery we may have against the person or organization shown in the Schedule above because of payments we make for injury or damage arising out of your ongoing operations or "your work" done under a contract with that person or organization and included in the "products-completed operations hazard". This waiver applies only to the person or organization shown in the Schedule above.

© Insurance Services Office, Inc., 2008

CGL 0117 0910

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# EXCLUSION – WORKERS COMPENSATION

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE FORM

Section I – Coverages, Coverage A Bodily Injury and Property Damage Liability, paragraph 2., Exclusions, item d. Workers' Compensation And Similar Laws is deleted in its entirety and replaced with the following:

**d. Workers Compensation and Similar Laws**

This insurance does not apply to any obligation of the insured under a workers' compensation, disability benefits or unemployment compensation law or any other similar law.

This exclusion also applies to any obligation of the insured under the workers' compensation statutes of any state arising out of the failure of the insured to exact from a contractor (or subcontractor if the insured is a contractor) a certificate from the workers' compensation board showing that the contractor (or subcontractor) has complied with the applicable workers' compensation insurance requirements.

All other terms and conditions of this policy remain unchanged.

Includes copyrighted material of Insurance Services Office, Inc., with its permission
Copyright, Insurance Services Office, Inc., 2010

Case 1:23-cv-06265 Document #: 1 Filed: 09/23/2026 Page 127 of 140 PageID #: 131

CGL 1702 11/00

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# ACTION OVER EXCLUSION

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

It is agreed that the following change is made to Coverage A. 2. Exclusions:

Exclusion **e. Employer's Liability** is deleted in its entirety and replaced with the following:

**e. Employer's Liability**

"Bodily injury" to:

**(1)** An "employee" of the named insured arising out of and in the course of:

    **(a)** Employment by the named insured; or

    **(b)** Performing duties related to the conduct of the named insured's business; or

**(2)** The spouse, child, parent, brother or sister of that "employee" as a consequence of Paragraph **(1)** above.

This exclusion applies:

**(1)** Whether the named insured may be liable as an employer or in any other capacity; and

**(2)** To any obligation to share damages with or repay someone else who must pay damages because of the injury.

CGL 1710 0115

## THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# EXCLUSION - BODILY INJURY TO INDEPENDENT CONTRACTORS

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

The following exclusion is added to Section I – Coverages, Coverage **A**, Bodily Injury and Property Damage Liability, paragraph **2.**, Exclusions:

This insurance does not apply to:

### Independent Contractors

"Bodily injury" to:

**(1)** Any independent contractor or the "employee" of any independent contractor while such independent contractor or their "employee" is working directly or indirectly on behalf of any insured; or

**(2)** The spouse, child, parent, brother or sister of such independent contractor or "employee" of the independent contractor as a consequence of **(1)** above.

This exclusion applies:

**(1)** Whether the insured may be liable as an employer or in any other capacity; and

**(2)** To any obligation to share damages with or repay someone else who must pay damages because of "bodily injury".

For the purposes of this endorsement, independent contractor means any individual, natural person, or entity, including but not limited to a general contractor, a prime contractor, or a subcontractor performing any work, task, supervision, or other activity either directly or indirectly related to "your work", that:

**a.** Receives payment or other consideration, is entitled to payment or other consideration, or can be expected to seek payment or other consideration from any insured arising out of "your work"; or

**b.** Receives payment or other consideration, is entitled to payment or other consideration, or can be expected to seek payment or other consideration from any other entity, person, or party arising out of "your work", and

**c.** Is not an "employee" of the Named Insured.

This definition applies regardless of the existence or alleged existence of a written or oral contract or agreement with any insured or other doing work or performing tasks or duties for or on behalf of any insured.

All other terms and conditions of this policy remain unchanged.

CGL 1710 0115 Page 1 of 1

CGL 1711 0417

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY .**

# LIMITATION OF COVERAGE TO DESIGNATED OPERATIONS, PREMISES OR PROJECTS

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE FORM

#### SCHEDULE

| |
|---|
| **Operation(s):**<br>The insured performs masonry and paving and repaving of driveways, parking areas and sidewalks. |
| **Premises:** |
| **Project(s):** |

- **A.** If this endorsement is attached to Commercial General Liability Coverage Form **CG 0001** , then the provisions under this paragraph **A.** apply.

  - **1.** Paragraph **1.b** . under Section **I** – Coverages, Coverage **A** – Bodily Injury and Property Damage Liability is deleted in its entirety and replaced by the following:

    - **b.** This insurance applies to "bodily injury" and "property damage" caused by an "occurrence" that takes place in the "coverage territory" only if:

      - **(1)** The "bodily injury" or "property damage":

        - **(a)** Arises or is alleged to arise out of any operation(s) shown in the Schedule above; and
        - **(b)** Occurs on the premises, if scheduled above, or the grounds and structures appurtenant to those premises; and
        - **(c)** Arises or is alleged to arise out of any project(s), if scheduled above; and

      - **(2)** The "bodily injury" or "property damage" occurs during the policy period; and

      - **(3)** Prior to the policy period, no insured listed under paragraph **1** ., of Section **II** – Who Is An Insured and no "employee" authorized by you to give or receive notice of an "occurrence" or claim, knew that the "bodily injury" or "property damage" had occurred, in whole or in part. If such a listed insured or authorized "employee" knew, prior to the policy period, that the "bodily injury" or "property damage" occurred, then any continuation, change or resumption of such "bodily injury" or "property damage" during or after the policy period will be deemed to have been known prior to the policy period.

  - **2.** Paragraph **1.b.** under Section **I** – Coverages, Coverage **B** – Personal and Advertising Injury Liability is deleted in its entirety and replaced by the following:

    - **b.** This insurance applies to "personal and advertising injury" caused by an offense committed in the "coverage territory" but only if:

      - **(1)** The offense arises out of your business:

        - **(a)** Performed on the premises shown in the Schedule above; or
        - **(b)** In connection with the project(s) or operation(s) shown in the Schedule above; and

      - **(2)** The offense was committed during the policy period.

CGL 1711 0417                                                                Page 1 of 3

Includes copyrighted material of Insurance Services Office, Inc., used with its permission.

**CGL 1711 0417**

However, with respect to paragraph **A.1.b. (1)(b),** of this endorsement, if the "personal and advertising injury" is caused by:

**(1)** False arrest, detention or imprisonment; or

**(2)** The wrongful eviction from, wrongful entry into, or invasion of the right of private occupancy of a room, dwelling or premises that a person occupies, committed by or on behalf of its owner, landlord or lessor,

then such offense must arise out of your business performed on the premises shown in the Schedule above and the offense must have been committed on the premises shown in the Schedule above or the grounds and structures appurtenant to those premises.

**3.** Paragraph **1.a.** under Section **I** – Coverages, Coverage **C** – Medical Payments is deleted in its entirety and replaced by the following:

   **a.** We will pay medical expenses as described below for "bodily injury" caused by an accident that takes place in the "coverage territory" if the "bodily injury":

      **(1)** Arises or is alleged to arise out of any operation(s) shown in the Schedule above; and

      **(2)** Occurs on the premises, if scheduled above, or the grounds and structures appurtenant to those premises; and

      **(3)** Arises or is alleged to arise out of any project(s), if scheduled above;

      provided that:

         **(a)** The accident takes place during the policy period; and

         **(b)** The expenses are incurred and reported to us with in one year of the date of the accident; and

         **(c)** The injured person submits to examination, at our expense, by physicians of our choice as often as we reasonably require.

**4.** Section **II** – Who Is An Insured, paragraph **3** ., is deleted in its entirety and does not apply to this insurance.

**Coverage for any Operation(s), Premises, or Project(s) not shown above can only be covered if agreed to, in writing, by us as evidenced by endorsement to this policy.**

**B.** If this endorsement is attached to Commercial General Liability Coverage Form **CG 0002** , then the provisions under this paragraph **B** apply.

   **1.** Paragraph **1.b.** under Section **I** – Coverages Coverage **A** – Bodily Injury and Property Damage Liability is deleted in its entirety and replaced by the following:

      **b.** This insurance applies to "bodily injury" and "property damage" caused by an "occurrence" that takes place in the "coverage territory" only if:

         **(1)** The "bodily injury" or "property damage":

            **(a)** Arises or is alleged to arise out of any operation(s) shown in the Schedule above; and

            **(b)** Occurs on the premises, if scheduled above, or the grounds and structures appurtenant to those premises; and

            **(c)** Arises or is alleged to arise out of any project(s), if scheduled above;

         **(2)** The "bodily injury" or "property damage" did not occur before the Retroactive Date, if any, shown in the Declarations or after the end of the policy period; and

         **(3)** A claim for damages because of the "bodily injury" or "property damage" is first made against any insured, in accordance with paragraph **1.c.** of the Insuring Agreement, during the policy period or any Extended Reporting Period we provide under Section **V** – Extended Reporting Periods.

   **2.** Paragraph **1.b.** under Section **I** – Coverages, Coverage **B** – Personal and Advertising Injury Liability is deleted in its entirety and replaced by the following:

      **b.** This insurance applies to "personal and advertising injury" caused by an offense committed in the "coverage territory" only if:

         **(1)** The offense arises out of your business:

            **(a)** Performed on the premises shown in the Schedule above; or

            **(b)** In connection with the project(s) or operation(s) shown in the Schedule above; and

**Includes copyrighted material of Insurance Services Office, Inc., used with its permission.**

CGL 1711 0417

**(2)** The offense was not committed before the Retroactive Date, if any, shown in the Declarations or after the end of the policy period; and

**(3)** A claim for damages because of the "personal and advertising injury" is first made against any insured, in accordance with paragraph **1.c.** of the Insuring Agreement, during the policy period or any Extended Reporting Period we provide under Section **V** – Extended Reporting Periods.

However, with respect to paragraph **B. 1.b. (1) (b)** of this endorsement, if the "personal and advertising injury" is caused by:

**(1)** False arrest, detention or imprisonment; or

**(2)** The wrongful eviction from, wrongful entry into, or invasion of the right of private occupancy of a room, dwelling or premises that a person occupies, committed by or on behalf of its owner, landlord or lessor,

then such offense must arise out of your business performed on the premises shown in the Schedule above and the offense must have been committed on the premises shown in the Schedule above or the grounds and structures appurtenant to those premises.

**3.** Paragraph **1.a.** under Section **I** – Coverages, Coverage **C** – Medical Payments is deleted in its entirety and replaced by the following:

    **c.** We will pay medical expenses as described below for "bodily injury" caused by an accident that takes place in the "coverage territory" if the "bodily injury":

      **(1)** Arises or is alleged to arise out of any operation(s) shown in the Schedule above; and

      **(2)** Occurs on the premises, if scheduled above, or the grounds and structures appurtenant to those premises; and

      **(3)** Arises or is alleged to arise out of any project(s), if scheduled above;

    provided that:

      **(a)** The accident takes place during the policy period; and

      **(b)** The expenses are incurred and reported to us with in one year of the date of the accident; and

      **(c)** The injured person submits to examination, at our expense, by physicians of our choice as often as we reasonably require.

**4.** Section **II** – Who Is An Insured, paragraph **3** ., is deleted in its entirety and does not apply to this insurance.

**Coverage for any Operation(s), Premises, or Project(s) *not* shown above can only be covered if agreed to, in writing, by us as evidenced by endorsement to this policy.**

All other terms and conditions of this policy remain unchanged.

Includes copyrighted material of Insurance Services Office, Inc., used with its permission.

CGL 1766 0712

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# TERRITORIAL LIMITATION ENDORSEMENT
# STATE OF COLORADO EXCLUSION

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE FORM

The following change is made to Section **V** – Definitions, item **4.**,:

The definition of "Coverage Territory" is deleted in its entirety and replaced by the following:

"Coverage territory" means:

**a.** Canada, Puerto Rico, and the United States of America including its territories and possessions except the State of Colorado;

**b.** International waters or airspace, but only if the injury or damage occurs in the course of travel or transportation between any places included in paragraph **a.** above; or

**c.** All other parts of the world if the injury or damage arises out of:

   **(1)** Goods or products made or sold by you in the territory described in paragraph **a.** above;

   **(2)** The activities of a person whose home is in the territory described in paragraph **a.** above, but is away for a short time on your business; or

   **(3)** "Personal and advertising injury" offenses that take place through the Internet or similar electronic means of communication

provided the insured's responsibility to pay damages is determined in a "suit" on the merits, in the territory described in paragraph **a.** above or in a settlement we agree to.

FILED: KINGS COUNTY CLERK 07/08/2019 04:03 PM INDEX NO. 514871/2019
NYSCEF DOC. NO. 3 RECEIVED NYSCEF: 07/08/2019

Case 1:23-cv-06255 Document #1 Filed 09/23/2019 Page 133 of 140 PageID #:137

CGL 1820 0607

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

## NON-STACKING OF LIMITS ENDORSEMENT

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

If any Coverage Form, Coverage Part or policy issued to you by us or any company affiliated with us apply to the same claim for damages, the maximum Limit of Insurance for Liability Coverage under all of the Coverage Forms, Coverage Parts or policies shall not exceed the highest applicable Limit of Insurance available under any one Coverage Form, Coverage Part or policy.

This endorsement does not apply to any Coverage Form, Coverage Part, or policy issued by us or an affiliated company specifically to apply as excess insurance over this policy.

All Other Terms and Conditions of the Policy Remain Unchanged.

CGL 1828 0216

## THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# LIMITATION – CONDOMINIUM, COOPERATIVE, TIMESHARE, TOWNHOME, ROW HOUSE OR TRACT HOME

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

The following is added to paragraph **2.**, Exclusions, Section **I** – Coverages, Coverage **A** Bodily Injury and Property Damage Liability and to Coverage **B** Personal and Advertising Injury Liability:

## CONDOMINIUM, COOPERATIVE, TIMESHARE, TOWNHOME, ROW HOUSE OR TRACT HOME

A. This insurance does not apply to:

Any claim, "suit", action, allegation, or any liability, loss, cost, or expense arising directly or indirectly out of, relating to or in any way connected with "your work" or "your product" in, on, upon or involving the development, construction, or renovation of:

1. Condominiums;
2. Cooperatives;
3. Timeshares;
4. Town Homes;
5. Row Houses; or
6. Tract Homes

with greater than ten (10) homes or units, regardless of the number of homes or units on which the insured actually performed work.

B. This exclusion specifically does apply to:

1. additions to such structures listed above in **A.** and
2. any renovation operations to convert apartments to condominiums or timeshares.

Work of any kind that involves additions to structures listed in **A.** and/or any work involved with conversions of apartments to condominiums or timeshares is not included in the exception provided in item **C.**

C. This exclusion does not apply to:

non-structural remodeling, repair or maintenance provided that the non-structural remodeling, repair or maintenance operations:

1. begins after the date of initial occupancy and
2. does not complete work begun prior to the date of initial occupancy.

D. For the purposes of this endorsement:

Non-structural repair/remodeling/maintenance work means any work or operation (other than item **C.** above) that does not or does not attempt to:

1. alter any load-bearing wall or roof line; or
2. install, relocate, or remove any exterior door or exterior window

All other terms and conditions of this policy remain unchanged.

CGL 1828 0216                                                                 Page 1 of 1

CGL 1863 0312

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

## CONTINUOUS OR PROGRESSIVE INJURY AND DAMAGE LIMITATION

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

The following change is made to Section I – Coverages, Coverage **A**, Bodily Injury and Property Damage Liability, item **1.**, Insuring Agreement, paragraph **b.**:

Paragraph **b.** is deleted and entirely replaced by the following:

**b.** This insurance applies to "bodily injury" and "property damage" only if:

**(1)** The "bodily injury" or "property damage" is caused by an "occurrence" that takes place in the "coverage territory";

**(2)** The "bodily injury" or "property damage" occurs during the policy period; and

**(3)** The "bodily injury" or "property damage":

**(a)** Did not first exist, or first occur, in whole or in part, prior to the inception date of this policy; or

**(b)** Was not, nor is alleged to have been, in the process of taking place prior to the inception date of this policy, even if the actual or alleged "bodily injury" or "property damage" continues during this policy period.

**(4)** Prior to the policy period, no insured listed under paragraph **1.** of Section II – Who Is An Insured or "employee" authorized by you to give or receive notice of an "occurrence" or claim, knew that the "bodily injury" or "property damage" had occurred, in whole or in part. If such a listed insured or authorized "employee" knew, prior to the policy period, that the "bodily injury" or "property damage" occurred, then any continuation, change or resumption of such "bodily injury" or "property damage" during or after the policy period will be deemed to have been known prior to the policy period.

All other terms and conditions of this policy remain unchanged.

Includes copyrighted material of ISO Properties, Inc., used with permission

FILED: KINGS COUNTY CLERK 07/08/2019 04:03 PM
NYSCEF DOC. NO. 3

INDEX NO. 514871/2019
RECEIVED NYSCEF: 07/08/2019

Case 1:23-cv-06255-DG Document #: 1 Filed: 09/23/20 Page 136 of 140 PageID #: 140

IL 00 21 09 08

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# NUCLEAR ENERGY LIABILITY EXCLUSION ENDORSEMENT
**(Broad Form)**

This endorsement modifies insurance provided under the following:

COMMERCIAL AUTOMOBILE COVERAGE PART
COMMERCIAL GENERAL LIABILITY COVERAGE PART
FARM COVERAGE PART
LIQUOR LIABILITY COVERAGE PART
MEDICAL PROFESSIONAL LIABILITY COVERAGE PART
OWNERS AND CONTRACTORS PROTECTIVE LIABILITY COVERAGE PART
POLLUTION LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART
RAILROAD PROTECTIVE LIABILITY COVERAGE PART
UNDERGROUND STORAGE TANK POLICY

**1.** The insurance does not apply:

**A.** Under any Liability Coverage, to "bodily injury" or "property damage":

**(1)** With respect to which an "insured" under the policy is also an insured under a nuclear energy liability policy issued by Nuclear Energy Liability Insurance Association, Mutual Atomic Energy Liability Underwriters, Nuclear Insurance Association of Canada or any of their successors, or would be an insured under any such policy but for its termination upon exhaustion of its limit of liability; or

**(2)** Resulting from the "hazardous properties" of "nuclear material" and with respect to which **(a)** any person or organization is required to maintain financial protection pursuant to the Atomic Energy Act of 1954, or any law amendatory thereof, or **(b)** the "insured" is, or had this policy not been issued would be, entitled to indemnity from the United States of America, or any agency thereof, under any agreement entered into by the United States of America, or any agency thereof, with any person or organization.

**B.** Under any Medical Payments coverage, to expenses incurred with respect to "bodily injury" resulting from the "hazardous properties" of "nuclear material" and arising out of the operation of a "nuclear facility" by any person or organization.

**C.** Under any Liability Coverage, to "bodily injury" or "property damage" resulting from "hazardous properties" of "nuclear material", if:

**(1)** The "nuclear material" **(a)** is at any "nuclear facility" owned by, or operated by or on behalf of, an "insured" or **(b)** has been discharged or dispersed therefrom;

**(2)** The "nuclear material" is contained in "spent fuel" or "waste" at any time possessed, handled, used, processed, stored, transported or disposed of, by or on behalf of an "insured"; or

**(3)** The "bodily injury" or "property damage" arises out of the furnishing by an "insured" of services, materials, parts or equipment in connection with the planning, construction, maintenance, operation or use of any "nuclear facility", but if such facility is located within the United States of America, its territories or possessions or Canada, this exclusion **(3)** applies only to "property damage" to such "nuclear facility" and any property thereat.

**2.** As used in this endorsement:

"Hazardous properties" includes radioactive, toxic or explosive properties.

"Nuclear material" means "source material", "special nuclear material" or "by-product material".

IL 00 21 09 08 | © ISO Properties, Inc., 2007 | Page 1 of 2 □

"Source material", "special nuclear material", and "by-product material" have the meanings given them in the Atomic Energy Act of 1954 or in any law amendatory thereof.

"Spent fuel" means any fuel element or fuel component, solid or liquid, which has been used or exposed to radiation in a "nuclear reactor".

"Waste" means any waste material **(a)** containing "by-product material" other than the tailings or wastes produced by the extraction or concentration of uranium or thorium from any ore processed primarily for its "source material" content, and **(b)** resulting from the operation by any person or organization of any "nuclear facility" included under the first two paragraphs of the definition of "nuclear facility"

"Nuclear facility" means:

    **(a)** Any "nuclear reactor";

    **(b)** Any equipment or device designed or used for **(1)** separating the isotopes of uranium or plutonium, **(2)** processing or utilizing "spent fuel", or **(3)** handling, processing or packaging "waste";

    **(c)** Any equipment or device used for the processing, fabricating or alloying of "special nuclear material" if at any time the total amount of such material in the custody of the "insured" at the premises where such equipment or device is located consists of or contains more than 25 grams of plutonium or uranium 233 or any combination thereof, or more than 250 grams of uranium 235;

    **(d)** Any structure, basin, excavation, premises or place prepared or used for the storage or disposal of "waste";

and includes the site on which any of the foregoing is located, all operations conducted on such site and all premises used for such operations.

"Nuclear reactor" means any apparatus designed or used to sustain nuclear fission in a self-supporting chain reaction or to contain a critical mass of fissionable material.

"Property damage" includes all forms of radioactive contamination of property.

# EXHIBIT C



26-15 Ulmer Street
College Point, NY 11354

Sept. 24, 2019

**VIA CERTIFIED MAIL # 7018 2290 0002 1328 2463**

**Attn: Claims Manager**

**United Specialty Insurance Company**
**1900 L Don Dodson Drive**
**Bedford TX 76021**

| RE: | Policy: | USA-4197816 (12/11/17-12/11/18) |
|---|---|---|
| | Approx Date of Loss: | 10/1/18 |
| | Location: | MTA Bridge & Tunnel Toll Junction Box @ Hugh Carey Tunnel, Washington Street side |

Dear Sir/Madam:

Your insured, M. ALI Construction, Inc., caused damages, on or about 10/1/18, to an MTA Bridge and Toll Authority AET Junction Box while pouring concrete walls/footings as part of our Flood Mitigation Project # 36-03. The estimate for repairs (enclosed) is $448,884.94 and since the terms of our subcontract with your insured calls for them to, among other things, agree to indemnify and hold my firm harmless from any loss and liability from all claims and expenses, including attorneys' fees, for injuries or damages occurring on account of, or in connection with, the performance of your insured's work on the Project.

Further, as a result of the insurance requirements under the subcontract, my firm and the Project's owner and its subsidiaries and affiliates are entitled to coverage under a General Liability policy issued by your insurance company which was in effect at the time of the occurrence and which we believe is identified by the above Policy number.

My firm, on behalf of itself and the Project's owner, hereby demands that pursuant to the subcontract and your company's policy that you indemnify and defend my firm and the Project's owner from any claims arising from the incident and give my firm and the Project's owner additional insured status on the policy.

In order to facilitate the above, enclosed please find:

● Page 2                                                    September 24, 2019

1. The incident report

2. Certificate of Insurance

3. The Subcontract between my firm and your insured.

4. Estimate for repairs


As authorized by the Subcontract, my firm will withhold payment from your insured until we receive an acceptance of your tender from your company.

Please feel free to contact me with any questions or concerns.

Sincerely,

Eric Lynes
Insurance Administrator
718-554-2745

Cc:     M. Ali Construction, Inc.
        250 Ocean Pkwy, Ste 2B
        Brooklyn, NY 11218

        MTA B&T
        2 Broadway, 24th Floor
        New York, NY 10004