UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| JUDLAU CONTRACTING, INC., | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 1:22-cv-05205 |
| | ) | |
| v. | ) | |
| | ) | |
| UNITED SPECIALTY INSURANCE COMPANY, | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |

STATUS REPORT

Plaintiff Judlau Contracting, Inc., by its undersigned counsel, hereby provides a status report to the court, as follows:

1. This is a dispute over insurance coverage. The parties are pleased to advise that it recently settled, and a settlement agreement has been signed, but the check has not yet cleared.

2. Defendant United Specialty Insurance Company has therefore not put in an appearance, and its time to respond to the Complaint has been extended by stipulation.

3. Accordingly, Plaintiff requests that the December 19, 2022 initial status hearing be rescheduled to January 13, 2023 or a date thereafter, to give the parties time to complete the settlement and file a stipulation of dismissal.

Dated: December 13, 2022

Respectfully submitted,

Ray Hughes
The Hughes Firm, LLC
2027 West Division Street, Suite 122
Chicago, Illinois 60622
(708) 320-3336
ray@hughesfirmllc.com
*Attorneys for Plaintiff Judlau Contracting, Inc.*